```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AES NEWENERGY, INC.            :        CIVIL ACTION
                               :
        v.                     :
                               :
POWERWEB TECHNOLOGIES, INC     :        NO. 02-2733
```

ORDER

AND NOW, this     day of August, 2002, it is hereby ORDERED that the motion of defendant Powerweb Technologies, Inc. to dismiss the complaint is DENIED as moot since an amended complaint has been filed.

BY THE COURT:

_____
                                                         J.