IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AES NEWENERGY, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC. | : | |
| | : | |
| Defendant. | : | |

**STIPULATION TO EXTEND TIME**

The parties agree that the deadline for plaintiff AES NewEnergy, Inc., to answer, plead or otherwise move in response to the counterclaims of defendant Powerweb Technologies, Inc., shall be extended seven days, to September 20, 2002. No such prior extension has been granted.

_____  
Joel Sweet, Esquire  
WOLF, BLOCK, SCHORR and  
   SOLIS-COHEN, LLP  
1650 Arch Street, 22nd Floor  
Philadelphia, PA 19103  

Counsel for plaintiff, AES NewEnergy, Inc.

_____  
Nicholas J. Nastasi, Esquire  
SAUL EWING LLP  
Centre Square West  
500 Market Street, 38th Floor  
Philadelphia, PA 19102-2186  

Counsel for defendant, Powerweb Technologies, Inc.

DSB:872714.1/AES003-158567