IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AES NEWENERGY, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2733 |
| POWERWEB TECHNOLOGIES, INC. | : | |
| | : | |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently sheduled for

ARBITRATION at 9:30 am on November 7, 2002, has been CANCELLED.

                                            Michael E. Kunz
                                            Clerk of Court


                                            By:_____
                                            Patricia A. Jones
                                            Deputy Clerk
                                            Phone:267-299-7072

Date:November 4, 2002

   Copies:      Kathy Gallagher, Courtroom Deputy to Judge Bartle
                      Docket Clerk - Case File

          Counsel:        Joel M. Sweet, Esq.
                              Joseph F. O'Dea, Esq.
                              Nicholas J. Nastasi, Esq.
                              William Matthews, Esq.

ARB2.FRM