IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AES NEWENERGY, INC. | : | CIVIL ACTION |
| v. | : | |
| POWERWEB TECHNOLOGIES, INC. | : | NO. 02-2733 |

### **O R D E R**

AND NOW, this      day of            , 2002, it is Ordered that the above captioned case is removed from the Arbitration Track and placed in the Standard Case Management Track.

BY THE COURT:

_____
HARVEY BARTLE III,        J.

Civ 12 (9/83)