IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.  :
           Plaintiff,       :
                            :
          v.             : No. 02-CV-2733 (HB)
                            :
POWERWEB TECHNOLOGIES, INC., *et al*., :
           Defendants.     :

## ACCEPTANCE OF SERVICE

We hereby accept service of the Second Amended Complaint upon A-Valley

Engineers, Inc. and Lothar E.S. Budike, Jr. as of the date of this filing.


                                _____
                                Rudolph Garcia, Esquire
                                Joseph F. O'Dea, Jr., Esquire
                                Nicholas J. Nastasi, Esquire
                                Attorney I.D. Nos. 25336, 48370, 82102
                                SAUL EWING LLP
                                Centre Square West
                                1500 Market Street, 38th Floor
                                Philadelphia, PA  19102
                                (215) 972-1961; -7109; -1983

                                Attorneys for Powerweb Technologies,
                                  Inc., A-Valley Engineers, Inc. and
                                  Lothar E.S. Budike, Jr.

Date:  November 25, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.    :
              Plaintiff,           :
                                 :
            v.                 :  No. 02-CV-2733 (HB)
                                 :
POWERWEB TECHNOLOGIES, INC., *et al.*,  :
              Defendants.      :

**CERTIFICATE OF SERVICE**

        I, Nicholas J. Nastasi, hereby certify that a true and correct copy of the foregoing Acceptance of Service was served today by first-class mail, upon the following counsel of record:

> Joel M. Sweet, Esquire
> Wolf, Block, Schorr and Solis-Cohen, LLP
> 1650 Arch St., 22nd Floor
> Philadelphia, PA 19102

                                  _____
                                  Nicholas J. Nastasi

Dated: November 25, 2002