IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| POWERWEB TECHNOLOGIES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### DEFENDANT POWERWEB TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS AND TO JOIN ADDITIONAL PARTIES

Pursuant to Rules 15(a), 13(h) and 20 of the Federal Rules of Civil Procedure and for the reasons set forth in the accompanying Memorandum of Law, incorporated herein by reference, Defendant Powerweb Technologies, Inc., by and through its undersigned counsel respectfully moves this Court for leave file amended counterclaims and to join additional parties.

Respectfully submitted,

_____
Rudolph Garcia, Esquire
Kara H. Goodchild, Esquire
Nicholas J. Nastasi, Esquire

*Attorneys for Defendant*
*Powerweb Technologies, Inc.*

Dated: March 24, 2003

714010.2 3/24/03