IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., ET AL., | : | |
| | : | |
| Defendants | : | NO. 02-CV-2733 (HB) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

    Kindly enter our appearance on behalf of Counterclaim Defendant RETX, Inc. in the above captioned action.

_____
Lee A. Rosengard
Eric M. Hurwitz
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103
(215) 564-8000

Attorneys for Counterclaim Defendant
RETX, Inc.

Doc. #681566v.1

## CERTIFICATE OF SERVICE

I, Lee A. Rosengard, hereby certify that on May 7, 2003, I caused a copy of the foregoing Entry of Appearance to be served on counsel of record by first class mail, postage prepaid, addressed to:

Zachary C. Glaser, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA  19103-2097

*Attorneys for Plaintiff, Constellation Newenergy, Inc.*

Kara H. Goodchild, Esquire
Saul Ewing, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102-7725

*Attorneys for Defendants, Powerweb Technologies, Inc., A-Valey Engineers, Inc. and Lothar E. S. Budike, Jr., and for Counterclaimant, Powerweb Technologies, Inc.*

Madeline S. Baio, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

*Attorneys for Counterclaim Defendant Central Illinois Light Company d/b/a/AmerenCILCO*

_____
Lee A. Rosengard

Doc. #681566v.1