IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| vi. | : | |
| POWERWEB TECHNOLOGIES, INC., ET AL., | : | |
| Defendants | : | NO. 02-CV-2733 (HB) |

## ORDER

AND NOW, this ___ day of _____, 2003, upon consideration of the Motion for Admission Pro Hac Vice of Tacita A. Mikel Scott and Emory L. Palmer, it is hereby ORDERED that the Motion be, and it hereby is, GRANTED, and that Tacita A. Mikel Scott and Emory L. Palmer be, and they hereby are, ADMITTED to practice pro hac vice before this Court during the pendency of this action.

BY THE COURT:

_____
Bartle, J.

Doc. #680733v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| POWERWEB TECHNOLOGIES, INC., ET AL., | : | |
| Defendants | : | NO. 02-CV-2733 (HB) |

## MOTION FOR ADMISSION PRO HAC VICE OF TACITA A. MIKEL SCOTT AND EMORY L. PALMER

Lee A. Rosengard, one of the attorneys for Counterclaim Defendant RETX, Inc. ("RETX"), who is admitted to practice before this Court, hereby moves this Court for an Order allowing Tacita A. Mikel Scott and Emory L. Palmer to practice before this Court pro hac vice in the above-captioned action and, in support thereof, states as follows:

1. Tacita A. Mikel Scott is a Partner and Emory L. Palmer is an Associate in the Atlanta law firm of Morris, Manning & Martin, L.L.P.

2. Ms. Mikel Scott is a member in good standing of the Bars of the States of Georgia and New York and Mr. Palmer is a member in good standing of the Bar of the State of Georgia.

3. Ms. Mikel Scott and Mr. Palmer are familiar with the legal interests of RETX that are at issue in this litigation.

Doc. #680733v.1

4. Ms. Mikel Scott and Mr. Palmer have never been denied admission, nor have they been disciplined, by any Court.

5. The Declarations of Ms. Mikel Scott and Mr. Palmer are attached hereto collectively as Exhibit "A".

6. RETX desires that Ms. Mikel Scott and Mr. Palmer be admitted pro hac vice before this Court so that they can assist RETX in the defense of the Counterclaim.

7. No good cause for denial of this Motion exists.

WHEREFORE, it is respectfully requested that Tacita A. Mikel Scott and Emory L. Palmer be admitted to practice pro hac vice before this Court during the pendency of this action.

_____
Lee A. Rosengard
Eric M. Hurwitz
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8000

Attorneys for Counterclaim Defendant
RETX, Inc.

2

Doc. #680733v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC., : | CIVIL ACTION |
| Plaintiff, : | |
| vii. : | |
| POWERWEB TECHNOLOGIES, INC., : <br> ET AL., | |
| Defendants : | NO. 02-CV-2733 (HB) |

## DECLARATION OF TACITA A. MIKEL SCOTT

I, Tacita A. Mikel Scott, Esquire, hereby declare as follows:

1. I am a Partner in the law firm of Morris, Manning & Martin, L.L.P., and am engaged in the practice of law in the State of Georgia.

2. I am a member in good standing of the Bars of the States of Georgia and New York.

3. I have never been denied admission, nor have I been disciplined, by any court.

4. I am familiar with the legal interests of RETX, Inc. that are at issue in this litigation.

5. I will familiarize myself with the Local Rules of the United States District Court for the Eastern District of Pennsylvania, and I agree to abide by the ethical standards governing the practice of law before this Court.

6. I request that this Court grant the within Motion and admit me to practice <u>pro</u> <u>hac</u> <u>vice</u> before this Court during the pendency of this action.

_____
Tacita A. Mikel Scott

Doc. #680733v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| viii. | : | |
| POWERWEB TECHNOLOGIES, INC., ET AL., | : | |
| Defendants | : | NO. 02-CV-2733 (HB) |

## DECLARATION OF EMORY L. PALMER

I, Emory L. Palmer, Esquire, hereby declare as follows:

1. I am a, Associate in the law firm of Morris, Manning & Martin, L.L.P., and am engaged in the practice of law in the State of Georgia.

2. I am a member in good standing of the Bar of the State of Georgia.

3. I have never been denied admission, nor have I been disciplined, by any court.

4. I am familiar with the legal interests of RETX, Inc. that are at issue in this litigation.

5. I will familiarize myself with the Local Rules of the United States District Court for the Eastern District of Pennsylvania, and I agree to abide by the ethical standards governing the practice of law before this Court.

6. I request that this Court grant the within Motion and admit me to practice <u>pro</u> <u>hac</u> <u>vice</u> before this Court during the pendency of this action.

_____
Emory L. Palmer

# CERTIFICATE OF SERVICE

I, Eric M. Hurwitz, hereby certify that on May 12, 2003, I caused a copy of the foregoing Motion for Admission <u>Pro Hac Vice</u> to be served on counsel of record by hand delivery, addressed to:

Zachary C. Glaser, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097

*Attorneys for Plaintiff, Constellation Newenergy, Inc.*

Kara H. Goodchild, Esquire
Saul Ewing, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-7725

*Attorneys for Defendants, Powerweb Technologies, Inc., A-Valey Engineers, Inc. and Lothar E. S. Budike, Jr., and for Counterclaimant, Powerweb Technologies, Inc.*

Madeline S. Baio, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

*Attorneys for Counterclaim Defendant Central Illinois Light Company d/b/a/AmerenCILCO*

_____
Eric M. Hurwitz

Doc. #680733v.1