IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.  :  CIVIL ACTION
                                             :
       v.                                    :
                                             :
POWERWEB TECHNOLOGIES, INC.    :  NO. 02-2733

### ORDER

AND NOW, this      day of May, 2003, following a telephone conference with counsel, IT IS HEREBY ORDERED that:

      1. Discovery as to the issue of personal jurisdiction shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by June 23, 2003.

      2. Any interrogatories shall be answered within fourteen (14) days after service of the interrogatories and documents in response to a Request for Production shall be produced within fourteen (14) days after service of the request.

      3. All other discovery is suspended pending the decision of the court on the motions of counterclaim defendants AES CILCO and RETX, Inc. to dismiss due to lack of personal jurisdiction.

      4. Defendant Powerweb Technologies, Inc. shall file and serve, on or before July 7, 2003, any brief in opposition to the motions of counterclaim defendants AES CILCO and RETX, Inc. to dismiss due to lack of personal jurisdiction.

      5. Counterclaim defendants AES CILCO and RETX, Inc. shall file and serve any reply brief on or before July 17, 2003.

      6. No brief filed in support of or in opposition to any motion shall exceed 25 pages in length without prior leave of court.

      7. The motion of defendant Powerweb Technologies, Inc. for protective order and to quash notice of deposition is DENIED as moot.

                            BY THE COURT:

                              _____
                                                     J.