IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., ET AL., | : | |
| | : | |
| Defendants | : | NO. 02-CV-2733 (HB) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Pursuant to the Order of May 14, 2003, granting the Motion for Admission Pro Hac Vice of Tacita A. Mikel Scott and Emory L. Palmer, and upon payment of this Court's pro hac vice admission fee, which is tendered herewith, kindly enter our appearance on behalf of Counterclaim Defendant RETX, Inc. in the above captioned action.

_____     _____
Tacita A. Mikel Scott                Emory L. Palmer

MORRIS, MANNING & MARTIN, LLP        MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center        1600 Atlanta Financial Center
3343 Peachtree Road, N.E.            3343 Peachtree Road, N.E.
Atlanta, GA 30326                    Atlanta, GA 30326
Tel: (404) 233-7000                  Tel: (404) 233-7000
Fax: (404) 365-9532                  Fax: (404) 365-9532

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2003, I caused a copy of the foregoing Entry of Appearance to be served on counsel of record by United States Mail, first class, postage prepaid, addressed to:

>Zachary C. Glaser, Esquire
>Wolf, Block, Schorr and Solis-Cohen, LLP
>1650 Arch Street, 22nd Floor
>Philadelphia, PA  19103-2097
>
>*Attorneys for Plaintiff, Constellation Newenergy, Inc.*
>
>
>Kara H. Goodchild, Esquire
>Saul Ewing, LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA  19102-7725
>
>*Attorneys for Defendants, Powerweb Technologies, Inc., A-Valey Engineers, Inc. and Lothar E. S. Budike, Jr., and for Counterclaimant, Powerweb Technologies, Inc.*
>
>
>Madeline S. Baio, Esquire
>Marshall, Dennehey, Warner, Coleman & Goggin
>1845 Walnut Street
>Philadelphia, PA  19103
>
>*Attorneys for Counterclaim Defendant Central Illinois Light Company d/b/a/AmerenCILCO*

_____
Lee A. Rosengard