IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| POWERWEB TECHNOLOGIES, INC., ET AL., | : | |
| Defendants | : | NO. 02-CV-2733 (HB) |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒  The nongovernmental corporate party, Counterclaim Defendant RETX, Inc., in the above listed civil action does not have any parent corporation and any publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_5/19/03_
Date

_[signature]_
Signature

Counsel for: _RETX, Inc._

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
(b) TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
    (1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2)  promptly file a supplemental statement upon any change in the information that the statement requires.

Doc. #684963v.1