IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.   :       CIVIL ACTION
                                :
           v.                   :
                                :
POWERWEB TECHNOLOGIES, INC.     :       NO. 02-2733

ORDER

AND NOW, this      day of August, 2003, it is hereby ORDERED that the motion of Powerweb Technologies, Inc. to strike the affidavit of Peter Scarpelli and Section II.A. of the reply memorandum of RETX, Inc. (Document #65) is GRANTED.

BY THE COURT:

_____
                                J.