```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CONSTELLATION NEWENERGY, INC.   :     CIVIL ACTION
                                :
         v.                     :
                                :
POWERWEB TECHNOLOGIES, INC.     :     NO. 02-2733

ORDER

AND NOW, this     day of March, 2004, at the request of movant's counsel, it is hereby ORDERED that the motion of defendant Powerweb Technologies, Inc. to compel production of documents (Document #71) is marked WITHDRAWN.

BY THE COURT:

_____
                                                    J.