```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC. | : | NO. 02-2733 |

<u>ORDER</u>

AND NOW, this      day of April, 2004, after a telephone conference with counsel, it is hereby ORDERED that the motion of defendant Powerweb Technologies, Inc. for leave to file second amended counterclaims is DENIED as out of time.

                              BY THE COURT:


                              _____
                                                          J.