IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC., | : |
| Plaintiff, | : Civil Action No. 02-CV-2733 (HB) |
| v. | : |
| POWERWEB TECHNOLOGIES, INC., A-VALEY ENGINEERS, INC. AND LOTHAR E.S. BUDIKE, JR., | : |
| Defendants. | : |

FILED MAY 13 2004

## STIPULATION OF VOLUNTARY DISMISSAL

The parties, by their respective counsel, stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that Counts II (against Powerweb) and Count III (against all defendants) of Constellation NewEnergy's Second Amended Complaint are dismissed without prejudice.

_____
David E. Landau, Esquire
Matthew A. White, Esquire
Zachary C. Glaser, Esquire
Jennifer C. O'Neill, Esquire
Wolf, Block, Schorr & Solis-Cohen LLP
1650 Arch Street -- 22nd Floor
Philadelphia, PA 19103
215-977-2000
*Counsel for Constellation NewEnergy, Inc.*

Dated: May 12, 2004

_____
Rudolph Garcia, Esquire
Kara H. Goodchild, Esquire
Nicholas Nastasi, Esquire
Saul Ewing LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777
*Counsel for Powerweb, Inc., A-Valey Engineers, Inc., and Lothar E. S. Budike, Jr.*

Dated: May 11, 2004

DSB:967194.1/AES003-158567