IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC. : | |
| : | |
| Plaintiff, : | Civil Action No. 02-CV-2733 (HB) |
| : | |
| v. : | |
| : | |
| POWERWEB TECHNOLOGIES, INC., : | |
| A-VALEY ENGINEERS, INC. AND : | |
| LOTHAR E.S. BUDIKE, JR., : | |
| : | |
| Defendants. : | |

## CERTIFICATION

I certify that, prior to filing Plaintiff Constellation NewEnergy's Motion to Compel the Production of Documents, the parties made a reasonable, good faith effort to meet and confer but were unable to resolve this dispute.

_____
Zachary C. Glaser

Dated: May 19, 2004