## CERTIFICATE OF SERVICE

I, Jennifer C. O'Neill, certify that on May 19, 2004, I caused a true and correct copy of plaintiff Constellation NewEnergy, Inc.'s Motion to Compel the Production of Documents, a supporting memorandum of law, and a proposed order to be served via hand delivery upon:

>Rudolph Garcia, Esquire
>SAUL EWING LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA  19102-2186

*[signature]*
Jennifer C. O'Neill