IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC., | : |
| Plaintiff, | : Civil Action No. 02-CV-2733 (HB) |
| v. | : |
| POWERWEB TECHNOLOGIES, INC., A-VALEY ENGINEERS, INC. AND LOTHAR E.S. BUDIKE, JR., | : |
| Defendants. | : |

## ORDER

AND NOW, this ____ day of _____, 2004, upon consideration of Plaintiff Constellation NewEnergy's Motion to Compel the Production of Documents, and any response thereto, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**. It is **FURTHER ORDERED** that defendant Powerweb Technologies, Inc., and its expert, Constantinos Gus Pappas shall produce all documents responsive to NewEnergy's Request no. 2 no later than 10 days from the date of this order.

**BY THE COURT:**

_____
Bartle, J.