```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CONSTELLATION NEWENERGY, INC.   :      CIVIL ACTION
                                :
        v.                      :
                                :
POWERWEB TECHNOLOGIES, INC.     :      NO. 02-2733
```

ORDER

AND NOW, this       day of May, 2004, it is hereby ORDERED that the motion of plaintiff Constellation NewEnergy, Inc. to compel production of documents (Doc. #78) is DENIED.

BY THE COURT:

_____
                                                           J.