IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC. :
    Plaintiff, :
     :
v. : No. 02-CV-2733 (HB)
     :
POWERWEB TECHNOLOGIES, INC., *et al.*, :
    Defendants. :

ELECTION TO APPLY PROTECTIVE
ORDER TO PRODUCTION BY A NON-PARTY

We, **Leslie E. John, Esq. and Emily J. Barnhart, Esq.**, state as follows:

1. Check one:

    \_\_\_\_ I reside at _____

    and have been asked by a party to produce documents or information in this litigation.

    **X**     **We are counsel for ISO New England, Inc.** _____,

    which has been asked by a party to produce documents or information in this litigation, and am authorized to enter into this election on its behalf.

2. I have read and understand the Confidentiality Order dated **January 17, 2003**, entered in this litigation.

3. I hereby elect to provide Confidential Information in the litigation subject to the protections of the Confidentiality Order to the same extent as if such Confidential Information were produced by a party to the litigation.

**Exhibit A**

ISO NE 000003

4. I agree to comply with the designation requirements of the Confidentiality Order and consent to the jurisdiction of the United States District Court for the Eastern District of Pennsylvania for the resolution of any disputes regarding the effect or implementation of this election.

Signature: _____

Name: _____
Leslie E. John, Esquire
Emily J. Barnhart, Esquire

Title: Attorneys for ISO New England, Inc.

Date: May 18, 2004