## CERTIFICATE OF SERVICE

I, Jennifer C. O'Neill, certify that on June 1, 2004, I caused true and correct copies of the Declaration of Ketan "Keith" Mistry and the Declaration of David McGeown to be served electronically upon:

>Rudolph Garcia, Esquire
>SAUL EWING LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA  19102-2186

>_____s/JO416_____
>Jennifer C. O'Neill
>Attorney I.D. #89755

DSB:970343.1/AES003-158567