Exhibit A



EXHIBIT
POWERWEB
3
12 4 00
HAROLD BROWN, C.S.R.



POWERWEB
INTEGRATED ENERGY SOLUTIONS

## EXCLUSIVE AGREEMENT FOR BELL ATLANTIC

This letter agreement is between NewEnergy East, L.L.C. (including but not limited to any current, future, direct or indirect subsidiaries, and affiliates) having its principal place of business at 551 5th Avenue, Suite 400 New York, New York 10176 ("NEE") and Powerweb Technologies, Inc.,. a New Jersey corporation, (including but not limited to any current, future, direct or indirect subsidiaries, and affiliates) having its principal place of business at 655 Niblick Lane, Suite 100, Wallingford, PA 19086 ("PWT"), collectively the "Parties".

NEE is a national energy supplier in the business of providing energy and energy services to Bell Atlantic Corporation.

PWT is in the business of providing interactive information systems (Omni-Link®) to energy suppliers. These interactive information systems enable an energy supplier to offer additional value added services to their customers.

PWT has developed an Omni-Link Interactive Information System for the telecommunication industry. This system is specifically designed for capacity sales under the Active Load Management Program ("ALM") of the Pennsylvania Jersey Maryland Interconnect ["PJM"], and to enable a customer to execute energy saving programs.

The Parties hereby enter into to this exclusive agreement to develop projects for Bell Atlantic [and all current, future, direct or indirect subsidiaries and affiliates] by utilizing the Omni-Link technology to exploit opportunities and create revenues through the sale of electrical capacity and other energy savings programs by the operation of the Bell Atlantic standby generators. Generators will be dispatched within the terms of the Operating Agreement of the PJM as regulations permit to improve reliability and collect the optimum revenues for Bell Atlantic.

The Parties agree to share equally profits resulting from contracts with Bell Atlantic developed under this agreement using Omni-Link. The specific form of profit distribution will be determined and agreed upon with both parties before the final development of contracts with Bell Atlantic. In these contracts

**Powerweb will be responsible for:**
(i)     creation of a detailed project implementation plan, schedule and cost analysis
(ii)    turnkey Design Engineer Procure Construct (EPC) of an Omni-Link system
(iii)   post installation software and hardware maintenance of the Omni-Link system

**NewEnergy, acting as the Bell Atlantic representative, will be responsible for:**
(i)     supervision of the design and installation of the Omni-Link system
(ii)    development of generator dispatch operation procedures
(iii)   structure and execution of contracts for the sale of capacity and energy created by operation of generators
(iv)    PJM liaison
(v)     assisting Bell Atlantic staff in operating the generator dispatch system
        collecting and distributing revenues for Bell Atlantic

*POWERWEB TECHNOLOGIES*
655 Niblick Lane, Suite 100
Wallingford, PA 19086
888-2POWERWEB
FAX 610-874-7212
www.2powerweb.com

PAGE 1    NEE _BH_    PWT



The Parties agree to an open door policy that allows them to determine actual revenues, costs and profits of all Omni-Link energy related products sold to Bell Atlantic in order to determine actual market value for revenue and an equitable profit distribution between the Parties.

NEE will extend to PWT a right of first refusal to design and build similar systems for opportunities in which NEE elects to offer a similar program to other telecommunication companies to operate standby generators for the sale of energy and capacity. The terms of each opportunity will be agreed in writing prior to joint development of the opportunity. NEE agrees to maintain all confidentiality obligations detailed in the executed non-disclosure agreement.

NEE acknowledges that PWT brought the concept of reserve capacity sales (the Active Load Management Program) on the PJM to NEE and agrees not to independently pursue this opportunity in the telecommunication industry, specifically Bell Atlantic.

NEE agrees to fund project development costs of up to One Hundred Thousand Dollars ($100,000.00) for Powerweb to create a detailed project implementation plan, schedule and investment analysis of an Omni-Link application for Bell Atlantic. NEE will deposit the funds with Powerweb within ten (10) business days after execution of this agreement. Allocation and use of the funds will be subject to the sole approval of NEE in advance. If Bell Atlantic does not proceed with the project unused funds will be allocated to joint development of other opportunities. These development funds will be repaid from the first project payments made by Bell Atlantic to either PWT or to NEE. The specific form of repayment will be determined and agreed upon with both parties before the final contract negotiations with Bell Atlantic.

The term of this Agreement shall be for one year. Any notice(s) to be given under this Agreement shall be made by registered or certified mail to the addresses herein, or as notified in writing by either Party. Any amendments or alterations hereto shall be valid only when made in writing and executed by authorized representatives of both parties. This Agreement may not be assigned in whole or in part by either Party without the prior written consent of the other Party.

The Parties agree that this letter agreement shall interpreted under the laws of the Commonwealth of Pennsylvania and that they shall seek to enforce its provisions only in the courts of the Commonwealth of Pennsylvania.

This letter agreement, in addition to the non-disclosure agreement previously executed and attached hereto, represent the entire agreement between the Parties.

POWERWEB TECHNOLOGIES, INC.

By:

NAME

PRESIDENT
TITLE

NEWENERGY EAST, L.L.C.

By: _Brian Heydul_

NAME

_Vice President - NewEnergy East_
TITLE

Acknowledged and agreed to on this __7th__ day of January 2000:

NE000167

Exhibit B

388

1      IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                   -    -    -

4    CONSTELLATION                    :CIVIL ACTION

     NEWENERGY, INC.                  :

5              v.                     :

     POWERWEB TECHNOLOGIES,  :

6    INC, A-VALEY                     :

     ENGINEERS, INC., and             :

7    LOTHAR E.S. BUDIKE, JR.:NO.02-CV-2733(HB)

8                   -    -    -

                JANUARY 13, 2004

9                  VOLUME II

                  CONFIDENTIAL

10                  -    -    -

11            Continuing videotape deposition of

12    LOTHAR E.S. BUDIKE, JR, held in the

13    offices of Wolf, Block, Schorr &

14    Solis-Cohen, 1650 Arch Street,

15    Philadelphia, Pennsylvania 19103,

16    commencing at 10:00 a.m., on the above

17    date, before Amanda Dee Maslynsky-Miller,

18    a Certified Realtime Reporter and Notary

19    Public in and for the Commonwealth of

20    Pennsylvania.

21

22                  -    -    -

              ESQUIRE DEPOSITION SERVICES

23        1880 John F. Kennedy Boulevard

                  15th Floor

24        Philadelphia, Pennsylvania 19103

400

1    with Kirk Hampton.

2                    These are all documents that

3    had to do with the deal structure between

4    Deidra Lord, Jim Curnyn.  These were all

5    engineering documents from Bell Atlantic.

6                    Kirk just got technical type

7    of information.  And that was the

8    information, that was the patent

9    applications that we talked about, the

10   schematics, the drawings, the information

11   on the technology itself.

12                    This is engineering

13   documents, generator load graphs.  This

14   is the stuff from Deidra that she sent to

15   me on all the load profiles for the Bell

     Atlantic buildings, because we had to

     match the generators against the cost

     centers of each one of the Bell Atlantic

     cost centers.

                     This is environmental

     permitting issues that we had retained

     for NewEnergy based what -- the work we

     had to do prior to putting the deal

     together with Bell Atlantic.

adache, especially after the deal --

you know, the deal, the way the situation

is right now.

Q.    Did you, in fact, spend up

to $100,000?

A.    More than.

Go ahead.

Q.    So the answer is, yes, you

spent more than $100,000?

10    A.    Yes.

11    Q.    Is there any documentation

12  for what that was spent on?

13    A.    Yes.  I didn't spend it.

14  A-Valey spent the money.

15    Q.    So you -- you subcontracted

16  all of the work --

17    A.    All of the engineering work,

18  yes.

19    Q.    So is the entire amount of

20  the $100,000 was -- went to A-Valey?

21    A.    The entire amount of the

22  $100,000?  No.  A-Valey spent more than

23  $100,000.

24    Q.    But at least $100,000 was

pent -- in other words, Power --

ewEnergy gives you $100,000, sends you

$100,000?

A.    Right.

Q.    Those actual dollars, all of

those dollars, at least, were used up by

A-Valey?

A.    They were used up, yes.

Q.    Well, I'm trying to figure

out whether Powerweb kept some of that,

you spent some of that or does it all go

to A-Valey?

A.    No.  There's still monies

outstanding to A-Valey on our books

today.

Q.    Power -- so Powerweb --

A.    Has not paid the full bill

to A-Valey.

Q.    Okay.  Powerweb, though,

didn't keep any of the $100,000 for its

own activity?

A.    No.  No.  It was all

dedicated to this project.

Q.    So if I wanted to get the

564

A.    Correct.

Q.    The $100,000 from AES comes into Powerweb's account?

A.    Correct.

Q.    How is that money spent? Was it spent?

A.    No, not particularly, not all of the money.  I mean, it was spent in my mind, basically, because the bill from -- from A-Valey is over $100,000.

Q.    But --

A.    So when -- what do you mean by "spent"?

Q.    Well, in other words, there's $100,000 in cash.  If I went and looked at the Powerweb bank account today, is there $100,000 in cash sitting there?

A.    Yes, there's more than $100,000 in cash.

Q.    And on the books and records --

MR. GARCIA:  You're assuming it's the same $100,000, the same

565

dollars?

MR. LANDAU:  No, I didn't ask that question.  I just asked if there's $100,000.

BY MR. LANDAU:

Q.   And the question is -- the next question is, how does that -- if you can recall or if you know, how does that $100,000 appear on the books and records of your company?

A.   As an outstanding bill to A-Valey Engineers for engineering services on this project.

Q.   And the income or assets --

A.   It's on my P&Ls, yes.

Q.   As an asset on the P&Ls?

A.   No.  It's an asset on my books and it's a deduction on my books as well as an accounts payable to A-Valey. Yes.

Q.   Right.  It's both.

Do you recall having any discussion in this period, February 2000, March 2000, with Dave McGeown about

Exhibit C

1

1      IN THE UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                  -    -    -

4   CONSTELLATION NEW            :    CIVIL

    ENERGY, INC.,               :    ACTION

5          Plaintiff,           :

                                :

6          v.                   :    COPY

                                :

7   POWERWEB TECHNOLOGIES,      :

    INC., A-VALEY ENGINEERS,    :

8   INC. and LOTHAR E.S.        :

    BUDIKE, JR.,                :    NO. 02-CV-2733

9          Defendants.          :    (HB)

                  -    -    -

10              January 30, 2004

11                  -    -    -

12              Oral deposition of LOTHAR

13   BUDIKE, P.E., held in the offices of Wolf

14   Block Schorr and Solis-Cohen LLP, 1650

15   Arch Street, Philadelphia, Pennsylvania

16   19103 commencing at 10:00 a.m., on the

17   above date, before Linda Rossi Rios, a

18   Federally Approved Registered

19   Professional Reporter and Notary Public

20   of the Commonwealth of Pennsylvania.

21                  -    -    -

22         ESQUIRE DEPOSITION SERVICES

          1880 John F. Kennedy Boulevard

23                  15th Floor

          Philadelphia, Pennsylvania 19103

24              (215) 988-9191

that New Energy would pay for this work?

    A.   I didn't know Energy -- I

didn't know these people, so I don't

know.  I don't know what the agreement

they were going -- my thing was Bell is

going to pay somebody, and those

somebodys are going to pay A-Valey.

That's my idea.

    Q.   To the best of your

knowledge, have you been paid for this

work that you did that's been invoiced in

New Energy 55?

    A.   No, sir.  No, sir.

    Q.   Did you understand that the

work that you were doing that is

represented in New Energy 54 and 55 was

being requested by Powerweb for the

installation of Omni-Link at Bell

Atlantic?

    A.   I beg your pardon?

    Q.   You understand that the work

that you were doing in New Energy 54 and

55 was being requested by Powerweb for

the installation of Omni-Link at the Bell

Atlantic facilities?

        A.      Yeah, I know that Powerweb
requested that to be done.  And in
addition, Bell Atlantic requested.  It's
okay, go ahead.

        Q.      The first invoice on New
Energy 55 seems to be work that began on
or about February 19, 2000?

        A.      If that's written, that's
correct.

        Q.      How soon before that was the
request made for you to start that work?

        A.      I remember meeting them --
sometime early in February.  Early
February.  Early February.  Because
everything was -- remember I told you I
give him which buildings they should go?
So there was -- you know, things were
really going hectic because of the site
environmental problems with the
generators, et cetera, et cetera.  So I
think the date was early February.

        Q.      When you said things were
going hectic, what do you mean?

Exhibit D

1

04:28   2   UNITED STATES DISTRICT COURT

3   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

4   ------------------------------------x

5   CONSTELLATION NEWENERGY, INC.,

6                          Plaintiff,

                                         Civil Action No.

7                -against-              02-CV-2733

8   POWERWEB TECHNOLOGIES, INC., et al,

9                          Defendants.

10  ------------------------------------x

11                          February 17, 2004

                            10:05 a.m.

12

13        Deposition of BRIAN HAYDUK, taken by

14   Defendants, pursuant to notice, at the offices of

15   Wolf, Block, Schorr & Solis-Cohen, LLP, 250 Park

16   Avenue, New York, New York, before SUZANNE

17   PASTOR, a Shorthand Reporter and Notary Public

18   within and for the State of New York.

19

20

21

22

23

24

25

LEGALINK
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400    www.legalink.com
tel (800) 325-3376
fax (212) 692-9171

BRIAN HAYDUK

Q.    Was it your understanding that if there was anything left over, it would be used for other opportunities?

A.    Yes.  It was my understanding that during the term of the agreement, that's what would happen.  It would be used for other opportunities.

Q.    Well, does it say in here anywhere that it would be returned if it wasn't used for Bell?

A.    No.  But certainly my assumption was that if the entire contract was terminated and the funds weren't used for Bell Atlantic or other opportunities, then it would be refunded.

Q.    And that was your assumption based on what?

A.    Based on a contract being terminated, that that's what would happen.

Q.    Powerweb never agreed to that, did they?

A.    Not in -- no.

Q.    At the time this was entered into, were you aware of any discussions within NewEnergy about pursuing this same type of

BRIAN HAYDUK

likely person to present this to Bell?

A.    At the time probably either Jim
Kernan or David McGeown.  I may have been
involved in presenting it, too, but I just don't
remember doing that.

Q.    Do you remember having any meetings
with Bell about the proposal?

A.    Not specifically, no.

Q.    What happened with the deal that was
being proposed?

A.    My understanding was sometime before
spring -- we had a deadline that we had to meet
in order to get the contracts done and all the
work that Powerweb had to do.  We had a deadline
that we had to meet.  And sometime right before
or right after, my recollection is I had a
conversation with Jeremy Metz where he
essentially told me that they, I don't know
exactly who "they" are in this case, but they
couldn't get comfortable with running the engines
as part of the program because of the permitting
on the engines.

I don't know if it was their legal
folks or their environmental folks or who, but

BRIAN HAYDUK

1

2    for whatever reason, they could not get past the

3    permitting issue and decided that they couldn't

4    run the engines.  And if they couldn't run the

5    engines, this deal essentially dies on the vine,

6    which is what happened.

7         Q.    And this was before the summer of

8    2000?

9         A.    Correct.

10        Q.    Was there a decision made at that

11   time to in effect postpone it until the summer of

12   2001?

13        A.    What's "it" in that case?

14        Q.    Proceeding with this proposal.

15        A.    I don't know.

16        Q.    What, if anything, was done with Bell

17   in the summer of 2001 in this regard?

18        A.    I don't think anything.

19        Q.    Was something done in New York?

20        A.    I don't believe so.

21        Q.    Even in 2001?

22        A.    In 2001 we -- at some point we were

23   involved with Electrotech that had a relationship

24   with Bell Atlantic, or maybe it was Verizon at

25   that point.  I don't know if that was '01 or

Exhibit E

**Subj:**  **Fwd: Re: PowerWeb Conference call**
          12/30/99 5:23:19 PM Eastern Standard Time
    om:   dmcgeown@newenergy.com (David McGeown)
To: Pweb1@aol.com

File:  Powerwebplansummary.DOC (45568 bytes)
DL Time (21600 bps): < 1 minute

Copy of final memo and confirmation that the call will be on Monday. Note
one small adder - got some feedback that we may want the unspent money
back if we do not move forward on other deals. That is so unlikely that I
added it today. I don't like to even have the idea in there but at his
point I just want it done. One idea to make the deal cleaner for NewEnergy
was to let you increase the margin up front in return for forgoing a split
of the operating margins downstream. I refused to bring that offer to you.

Hope you are having a good time in the Big Apple.

Best regards

>We will be having a conference call at 3:00 PM EST on Monday the 3rd to
 discuss the PoweWeb/Bell Atlantic opportunity in NJ. For those of you
 that do not have it, a summary of the deal will be forwarded to all.

 Summary of the deal is attached.

 LEASE PLEASE call me if you have any questions. A lot of work has been
 out into this so far. I welcome the opportunity to talk to you before
 Monday. I will be checking voice mail regularly.

>
HAPPY NEW MILLENIUM

David McGeown
NewEnergy
908 704 8437
E fax 413 581 9034


————————— Headers —————————
Return-Path: <dmcgeown@newenergy.com>
Received: from  rly-yb04.mx.aol.com (rly-yb04.mail.aol.com [172.18.146.4]) by air-yb04.mail.aol.com (v67.7) with ESMTP;
  Thu, 30 Dec 1999 17:23:19 -0500
Received: from  mail.newenergy.com (mail.newenergy.com [207.16.110.9]) by rly-yb04.mx.aol.com (v67.7) with ESMTP; Thu,
  30 Dec 1999 17:23:04 -0500
Message-id: <fc.0064ba2800084f520064ba280008477d.84f5c@newenergy.com>
Date: Thu, 30 Dec 1999 14:20:10 -0800
Subject: Fwd: Re: PowerWeb Conference call
To: Pweb1@aol.com
From: dmcgeown@newenergy.com (David McGeown)
ME-Version: 1.0
Content-type: multipart/mixed; boundary="-=_-3029408412.42985136.2084"

EXHIBIT
207

**PW05857**

Exhibit F

Subj:    Re(2): PowerWeb Conference call
e:    1/2/00 6:48:52 PM Eastern Standard Time
om:    dmcgeown@newenergy.com (David McGeown)
uo:   Pweb1@aol.com

I understand, but please note added was ONLY if we did not agree on other
deals. I will pass on your comments tomorrow.

Pweb1@aol.com,Internet writes:
>I don't not agree with the adder of yours, by giving money back says were
>not
>going to approach other deals together.  I want a partner to approach
>other
>deals with, if thats not the case they let me know now.
>
>I know we both tried hard on this deal  but I'm real tired of this
>eleventh
>hour bullshit.
>
>We have no deal until we get want we want a partner that wants to go
>after
>the market. I'll still expect your final answer by Monday.
>
>Happy New Year
>
>Lou


---------------- Headers ----------------
Return-Path: <dmcgeown@newenergy.com>
Received: from  rly-zc02.mx.aol.com (rly-zc02.mail.aol.com [172.31.33.2]) by air-zc04.mail.aol.com (v67.7) with ESMTP; Sun,
02 Jan 2000 18:48:52 -0500
Received: from  mail.newenergy.com (mail.newenergy.com [207.16.110.9]) by rly-zc02.mx.aol.com (v67.7) with ESMTP; Sun,
02 Jan 2000 18:48:43 -0500
Message-Id: <fc.0064ba28000858803b9aca00ccdcd61b.85881@newenergy.com>
Date: Sun, 02 Jan 2000 15:45:46 -0800
Subject: Re(2): PowerWeb Conference call
To: Pweb1@aol.com
From: dmcgeown@newenergy.com (David McGeown)
MIME-Version: 1.0
Content-type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 8bit



PW05855

Exhibit G





INTEGRATED ENERGY SOLUTIONS

October 26, 1999

NewEnergy East, L.L.C.
1350 Avenue of the Americas
Suite 2015
New York, New York 10019-4801

     This letter of intent is between NewEnergy East, L.L.C. (including but not limited to any current, future, direct or indirect subsidiaries, joint ventures, affiliates or sub-contractors) ("NEE") and Powerweb Technologies, Inc., a New Jersey corporation, having its principal place of business at 655 Niblick Lane, Suite 100, Wallingford, PA 19086 ("PWT"). Now, therefore, in consideration of the foregoing and other good and valuable consideration, and intending to be legally bound hereby, the parties hereto intend to execute the following:

     NewEnergy is a "nationally focused" energy supplier in the business of providing energy as well as energy services to customers in the industrial and commercial marketplace.

     PWT is in the business of providing interactive information systems (Omni-Link®) to energy suppliers. These interactive information systems enable an energy supplier to offer additional value added services to their customers.

     PWT has developed an interactive information system for the telecommunication industry. This system is specifically designed to utilize existing load management programs from the PJM to enable a customer to execute energy-saving services as well as capacity-side sales. PWT intends to exclusively partner with NEE in offering this system and these related services to the Bell Atlantic Corporation.

     NEE intends to pre-purchase products, services and project development expertise from PWT for the Bell Atlantic Corporation after all specific due diligence items are addressed and satisfied by NEE.

     If NEE decides not to move forward with an exclusive partnership with PWT, NEE shall have no obligation to PWT.

     NEE acknowledges that PWT brought the concept of reserve capacity sales to the PJM to NEE and agrees not to independently pursue this opportunity in the telecommunication industry (specifically Bell Atlantic). In addition, NEE agrees to maintain all confidentiality obligations detailed in the executed non-disclosure agreement.

**POWERWEB TECHNOLOGIES**
655 Niblick Lane, Suite 100
Wallingford, PA 19086
**888-2POWERWEB**
FAX 610-874-7212
www.2powerweb.com

PW00065

**NEE / POWERWEB LETTER OF INTENT - 1 -**



If NEE decides to move forward with an exclusive partnership with PWT NEE agrees to fund the sale, design, installation and configuration of an Omni-Link application specifically for Bell Atlantic by prepaying PWT for products, services and project development. In the course of due diligence NEE will determine the amount needed. It is anticipated that this sum could be $500,000 (five hundred thousand dollars). NEE may specify how this money is to be distributed and utilized for these information system sales within the Bell Atlantic Corporation.

PWT agrees to an open book pricing policy where both parties split equally the costs and profits on all system sales. PWT also agrees that in the event that NEE is unable to realize a profitable return on investment with the Omni-Link® product within the Bell Atlantic organization, PWT will extend the exclusive partnership to other regional telecommunication companies.

As described herein, the satisfactory completion of the technical due diligence review in NEE's sole judgment is a condition proceeding any payment. Further, both parties may terminate this letter of agreement at any time for any reason and have no further liability other than the confidentiality obligations detailed in the non-disclosure agreement and this document.

DUE DILLEGENCE CHECK LIST ITEMS:

1. Describe and provide detailed documentation on the value proposition to NEE of owning an exclusive license to the Omni-Link technology.
2. Describe and provide detailed documentation on the value proposition to a Bell Atlantic of purchasing an Omni-Link system from NEE.
3. Describe and provide detailed documentation on which services can be offered to Bell Atlantic and how they interact with NEE's supply side marketing strategies.
4. Describe and provide detailed documentation on how a capacity side virtual sale is transacted and demonstrate an actual sale with all contractual support documentation.
5. Describe and provide detailed documentation on the marketing penetration strategy of the product line within the Bell Atlantic organization.
6. Describe and provide detailed documentation on the market size and market potential for the product line within the Bell Atlantic organization.
7. Describe and provide detailed documentation on the system cost points, installation costs, and profit margins.
8. Describe and provide detailed documentation on the patent protection of the system technology to ensure exclusivity.
9. Describe and provide detailed documentation on the technology and how it operates within a telecommunication central-office.
10. Provide a fully operational working prototype at an actual central-office facility.



PW00066

NEE / POWERWEB LETTER OF INTENT - 2 -



The Parties agree that this letter agreement shall interpreted under the laws of the Commonwealth of Pennsylvania and that they shall seek to enforce its provisions only in the courts of the Commonwealth of Pennsylvania.

This letter agreement, in addition to the non-disclosure agreement attached hereto, represents the whole agreement between the Parties.

**POWERWEB TECHNOLOGIES, INC.**

By: Mr. Lothar E.S. Budike Jr.

Title: President

_____
10/26/99
DATE

**NEWENERGY EAST, L.L.C.**

By: Mr. David I. MCGEOWN, PE

Title: Director of Energy Services

_____
October 26 1989
DATE

Acknowledged and agreed to on this  26th day of October 1999:



PW00067

Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 02-CV-2733 (HB)

CONSTELLATION NEWENERGY, INC.,

                        Plaintiffs,              (Videotaped)
                                        Oral Deposition of:

            vs.
                                        DAVID McGEOWN

POWERWEB TECHNOLOGIES, INC.,
et al.,
                        Defendants.      ORIGINAL

* * * * *
Thursday, February 26, 2004
* * * * *

        Transcript in the above matter taken at the
offices of Wolf Block, 101 Eisenhower Parkway,
Roseland, New Jersey, commencing at 10:17 a.m.,
before Seva Flicstein, Certified Shorthand
Reporter, Registered Merit Reporter, Certified
Realtime Reporter, a Notary Public of the State of
New Jersey.

CERTIFIED SHORTHAND REPORTING SERVICES
Arranged Through
MASTROIANNI & FORMAROLI, INC.
709 White Horse Pike
Audubon, New Jersey  08106
(856) 546-1100

David McGeown                                    February 26, 2004

the engine sizes. But I think that was primarily
Budike and Jim Curnyn worked on that.
        Does that answer your question?
    Q.  Thank you very much.
        Do you recall submitting a proposal
like this to Bell Atlantic?
    A.  I did not.
    Q.  Do you recall anyone else doing
that?
    A.  I believe Jim Curnyn did.
    Q.  Do you know whether it was actually
handed to someone at Bell Atlantic at a meeting or
sent by mail or how it was delivered?
    A.  I believe all of those. But I
believe the venue was Team Energy.
    Q.  So this was a meeting of people from
various parts of Bell Atlantic?
    A.  I believe at that point Team Energy
had final control. Rod Sluyter had taken it up to
the senior vice president of whatever that was the
number two or number three. And they may even have
been starting to call themselves Verizon at that
stage. And had gotten some approvals from him.
And this may have been the seminal document he was
trying to get result to a contract.

    Q.  Did you attend the meeting at Team
Energy that you just described?
    A.  I attended multiple Team Energy
meetings. I missed multiple Team Energy meetings.
It wouldn't necessarily have been relevant that I
would have attended this one.
    Q.  What did Bell Atlantic decide
regarding this proposal?
        MR. WHITE: Objection.
    A.  If I may recharacterize, with regard
to our proposal, which this probably reasonably
represents but I don't know if this specifically
was examined in detail --
    Q.  I will accept that revision.
    A.  The senior vice president with whom
we had to go up to approved the program, and gave
an instruction that this program is going to work.
And I remember clearly that the rub was he had to
instruct a different team that was not part of Team
Energy called the generator guys to participate.
        And that was the rub, instructing
them to participate.
    Q.  Who were the generator guys?
    A.  The responsibility for the operations
of -- does the phrase "CO" make sense? CO is that

1   switching center? Central Office, that's what it's
2   called, where the switch gear is that we were
3   planning to turn the generators on and off.
4           Team Energy was in an advisory
5   capacity only, not an execution capacity. Thus,
6   the generator guys were part of another division
7   that I believe was called Operations. I'm not
8   sure. That was their function. And Team Energy
9   could not instruct the generator guys.
10      Q.  So how was it expected that this
11  would be brought about?
12      A.  That from the instruction from the
13  head cheese, the senior vice president, that Team
14  Energy would approve the deal. Somebody in Team
15  Energy, probably Jeremy Metz, would be the contract
16  point of contact.
17          And that moving forward, we would
18  have generator guys in Operations that would
19  somehow be notified in the event that we were going
20  to execute a curtailment call, that they had to go
21  to the site and turn the generators on.
22      Q.  Once that decision had been made,
23  what was the next step that was expected to occur?
24          MR. WHITE: Objection. You may
25  answer.

1       A.  Somewhere in Bell Atlantic we were
2   going to put the operational stuff together of what
3   sites, who, and how do we communicate with them to
4   make the program work. Oh, pardon me.
5           The next step, somebody was going to
6   sign a contract.
7       Q.  Did that happen?
8       A.  To my knowledge, no.
9       Q.  Why not?
10      A.  Because it is my understanding that
11  one of the generator guys wrote to the regional
12  Environmental Protection Agency to seek
13  clarification that if they ran their diesel
14  generators during a summer peak for profit, would
15  that be okay.
16          And the regional EPA guy sent a very
17  swift memo back telling Bell Atlantic that they
18  would be treated as an electric utility, and thus,
19  all their permits would be invalidated.
20      Q.  Was this an official in New Jersey?
21      A.  I don't know if it was a New Jersey
22  guy or the New York guy. It didn't really matter.
23  It was dead at that point.
24      Q.  Was any effort made to try to solve
25  that problem?

orting@verizon.net

Mastroianni & Formaroli, Inc.
Professionals Serving Professionals

856-546-1100

Page 154

A. Other than begging, pleading? Yes, multiple efforts were made to try and get around it. But at that point the operations team had an official letter. And they sat back, that was it.

Q. Did that occur sometime in year 2000?

A. I'm pretty sure -- it had to occur about the time of the proposal. It was all 2000. By inference, yes.

Q. Was anything done with Bell Atlantic -- by "anything" I mean some sort of curtailment program -- at all in the year 2000?

A. I believe the answer is no.

Q. Was anything done like that with Bell Atlantic in the year 2001?

A. I don't know the answer to that. Pretty sure it's -- I'm pretty sure the answer is no.

Q. Was there a program in New York done with Bell Atlantic for curtailment?

A. There was a program in New York. I don't think Bell Atlantic participated. I think we tried. We didn't get it.

Q. Are you sure about that? Or you're not sure?

Page 155

A. I can remember trying. I can remember talking about facilities in New York, as we tried to resurrect the deal and keep something going. I remember we tried hard. But I don't think they participated in the end.

Q. Do you remember NewEnergy doing anything with Bell Atlantic in the year 2002?

A. No. Not to my knowledge. With regard, again, to programs of this nature.

Q. I am showing you what has been marked as Exhibit Powerweb-20.

Have you seen this before?

A. No.

Q. For the record, it's titled "Agreement for Customer Curtailment of Electricity Under the PJM Customer Load Reduction Pilot Program." It appears to be entered into between Amboy Aggregates and NewEnergy.

And -- I don't see an offerings date on it, but there is a fax on the back that has a header, July 26, 2000.

Do you know whether any sort of curtailment agreement was entered into with Amboy Aggregates and NewEnergy?

A. No, I don't.

Page 156

1    Q. Do you know whether NewEnergy entered
2  into any curtailment contracts with any customers
3  in the year 2000?
4    A. I believe the answer is they did.
5    Q. What customers?
6    A. I don't recall.
7    Q. Do you recall whether that was done
8  in the PJM?
9    A. No, I don't.
10   Q. Do you recall whether it was done in
11 the New York ISO?
12   A. Yes, I do.
13   Q. Do you recall the customers there?
14   A. No. There is only a handful. I
15 don't recall specifically who did sign up.
16   Q. Do you know whether it was done in
17 any other regions of NewEnergy?
18   A. I don't know -- California program
19 came and went. I believe there was probably
20 something in California. I'm pretty sure there was
21 something in Chicago.
22     MR. GARCIA: Would you mark this,
23 please.
24     (Exhibit Powerweb-214, Request for
25 advice on the purchase of Energy Tracking, Inc.,

Page 157

1  Bates stamped NE005843 through NE005849, was marked
2  for identification.)
3    Q. (BY MR. GARCIA:) I am showing you
4  what has been marked as Exhibit PW-214. It appears
5  to be a request for advice on the purchase of
6  Energy Tracking, Inc.
7      Have you seen this before?
8    A. Yes.
9    Q. It says, "Please respond to Robert
10 Morgan or David McGeown at AES NewEnergy by
11 August 25, 2000."
12     Did you have a role in preparing
13 this?
14   A. Yes.
15   Q. What was your role?
16   A. I believe I was the author.
17   Q. And were you recommending the
18 purchase of Energy Tracking?
19   A. Yes, I was.
20   Q. What type of technology did Energy
21 Tracking have?
22     MR. WHITE: Objection; overly broad.
23 You may answer.
24   A. Web-based information services and
25 metering equipment to go with it.

40 (Pages 154 to 157)

Exhibit I

COPY

HAND DELIVERED

**A-VALEY ENGINEERS, INC.**
1137 ATLANTIC AVENUE, CAMDEN, NJ 08104
Tel: (856) 338-1450     Fax: (856) 338-1489

**LETTER OF TRANSMITTAL**
Date: 5/26/08 Job No. 2000
Attention: Jim C.Goodman
Re: Target Buildings

TO: Mr.James C.Goodman
Bell Atlantic Corp.
216 Morris Ave.
Spring Lake, NJ 07762

COPIES TO: Lothar E.S.Budike
Powerweb Technologies,Inc.
655 Niblick Lane
Wallingford, PA 19086

GENTLEMEN:
WE ARE SENDING YOU: ____ Attached XX Under separate cover via Hand the following items

| | | | |
|---|---|---|---|
| X Shop drawings | X Prints | X Plans | X Specifications |
| ___ Copy of letter | ___ Change order | ___ Other Audit Reports | |

Copies  Date   No.        Description  Results and completion of the DATA

gathering for the Emergency Generator Capacity Condition

and Audits for the "TARGET BUILDINGS" Referenced

Powerweb Technologies, Inc. AES Capacity Resale Program

Project.  Completed Audits and Data gathering, at 29 New Jersey –
                                                                    Locations.

THEY ARE TRANSMITTED as checked below:

___ For approval
X For your use
X As requested
___ For review and comment

x Approved as submitted
___ Approved as noted
___ Returned for corrections
___ Other_____

FOR BIDS DUE_____19____

**EXHIBIT**
New Energy 54
1/30/04

REMARKS:____ Call me if there are any questions

_____ All Enclosures are self explanatory accordingly.

COPY TO Powerweb Technology     SIGNED _____
A-Valey Engineers,Inc.
by: Lothar E.S.Budike,P.E.,
President.

A-VALEY 00003

# A-VALEY ENGINEERS, INC.

## MECHANICAL AND ENVIRONMENTAL CONTRACTORS
## LICENSED MARINE & INDUSTRIAL ENGINEERS
## CONSULTING ENGINEERS



**TEAMWORK**
Together We Achieve the Extraordinary



MAY 26,2000

**COPY**

Bell Atlantic NETWORK SERVICES,INC.
216 Morris Avenue
Spring Lake, New Jersey 07762

ATTENTION:    Mr.James C.Goodman,
              Manager/Real Estate Operation

REFERENCE:    Results and Completion of the Data gathering
              for the Emergency Generator Capacity,
              Condition and Audits for the "TARGET BUILDINGS"
              regarding Powerweb Technology AES Capacity
              Resale Program project.

Dear Mr.Goodman:

Please be advised that A-Valey Engineers,Inc. ("AVE"),has
concluded the above referenced project as requested.
All requested Data was gathered and concluded from the
following underlined Bell,New Jersey State facilities;

 1 : Newark Central Office,  540 BRoad Street,       Newark

 2 : Newark Market Central Office, 95 Williams,St.  Newark

 3 : Corporate Data Center, 999 West Main St., Freehold

 4 : Corporate Training Center, 6000 Hadley RD.,South Plainfld.

 5 : New Brunswick Central Office, 18 Paterson St.,New Brunswick

 6 : Corporate Data Center,    175 Park Ave.,Madison

 7 : Newark 1 Central Office, 281 Washington St., Newark

 8 : Bergen Central Office,   71 Madison Ave.,Jersey City

 9 : Paterson Central Office, 114 Paterson St.,Paterson

10: Teaneck AMA,            1500 Teaneck Rd.,Teaneck

11: Irvington DSC,           900 Clinton Ave.,Irvington

12: Camden Central Office,   781 Federal St.,Camden

**A-VALEY 00004**

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

MAY 26,2000
Bell Atlantic NETWORK SERVICES,INC.
ATTENTION Mr.C.Goodman
PAGE #2

13: Camden 11 Central Office, 12 N.7th. St.,          Camden
14: Elizabeth Central Office,1196 E.Grand St., Elizabeth
15: Cranford Accounting,       1100 Orange Ave., Cranford
16: Trenton Central Office,   216 E. State St., Trenton
17: Support Service Hdqrt., 650 Park Ave.,       Orange
18: Passaic Central Office, 133 Prospect St.,   Passaic
19: Ewing Administration,   777 Parkway,        Trenton
20: Journal Square Central Office,773 Summit Ave.,Jersey City
21: Hackensack Central Office, 256-260 State St.,Hackensack
22: Morristown Central Office, 37 Maple Ave.,   Morristown
23: Atlantic City Central Office,1609 Pacific Ave.,Atlt.City
24: Irvington Central Office, 9 Coit St.,       Irvington
25: East Orange Central Office,621 Williams St.,East Orange
26: Jersey City TSPS, 136 Magnolia St.,         Jersey City
27: Englewood Central Office, 34 Engle St.,     Englewood
28: Asbury Park Central Office, 587 Bangs Ave.,Asbury Park
29: Plainfield Central Office, 420 Park Ave., Plainfield

Additionally,because of your major concern,the following indicated
Items were Thoroughly Checked at Each Facility while collecting
the requested Data; n.l.

a)   Checked Ground Faulth Security Protection System
     against Building Failure

b)   Operated and Checked Transfer Switches for proper
     "AUTO" and "MANUAL" operation

C)   Cheked Building Excess Fuel Tank Capacity and
     Condition for On Site Tanks.

**A-VALEY 00005**

MAY 26,2000
Bell Atlantic NETWORK SERVICES,INC.
ATTENTION Mr.C.Goodman
PAGE #3

d)  Checked Condition of the Per Set Backup
    Generation,Versus the Building Maximum Peak Load.

e)  Checked Rules and Regulations regarding Permit
    Station Status for the Building Diesel Generator
    Operation.

f)  Checked Building Status for the Federal/State –
    E.P.A. Containment Zone for Each Diesel Generator
    Operation.

g)  Checked Status of Each Building Diesel Generator,
    in order to Identify if Emission Controls could
    be added to the equipment.

f)  Completed total project as requested.

g)  Forwarded report to Mr.James C.Goodman, Manager
    Bell Atlantic Real Estate Operation,
    Spring Lake, NJ 07762 and to Mr. Lothar E.S.Budike,
    Powerweb Technologies, 655 Niblick Lane,,
    Wallingford, PA 19086

As agreed, the Cost Incurred by AVE for this Completed project
will be Back Charged in it's entirety to Powerweb –
Technologies, Inc.

If there are any other questions relating to this project, please
call me at 856/338-1450.

Thank you once again for the opportunity to be of service to you
and to the Bell System.

Sincerely,

A-Valey Engineers,Inc.

by:  Lothar E.S.Budike, P.E.,President
/mb

Encls.

C.c. Powerweb Technologies

A-VALEY 00006

# A-VALEY ENGINEERS, INC.

## MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

COPY

**TEAMWORK**
**Together We Achieve the Extraordinary**

**INVOICE NO:** N/A

**DATE:** JUNE 20, 2000

*PLEASE REMIT TO:*
1137 Atlantic Avenue
Camden, NJ 08104

**RE:**   RESULTS AND COMPLETION OF THE DATA GATHERING FOR THE EMERGENCY GENERATOR CAPACITY, CONDITION AND AUDITS FOR THE "TARGETBUILDINGS"REGARDING POWERWEB TECHNOLOGY AES CAPACITY RESALE PROGRAM PROJECT.

COMPLETED THE PROJECT. 05/20/2000

POWERWEB TECHNOLOGY
655 NIBLICK LANE
WALLINGFORD, PA 19086

| | | | | | |
|---|---|---|---|---|---|
| ITEM 01-19 | – | $ 67,200.00 | ITEM 15-19 | – | $ 28,800.00 |
| ITEM 02-19 | – | 14,400.00 | ITEM 16-19 | – | $ 9,600.00 |
| ITEM 03-19 | – | 14,400.00 | ITEM 17-19 | – | $ 9,600.00 |
| ITEM 04-19 | – | 14,400.00 | ITEM 18-19 | – | $ 9,600.00 |
| ITEM 05-19 | – | 14,400.00 | ITEM 19-19 | – | $ 9,600.00 |
| ITEM 06-19 | – | 14,400.00 | | | |
| ITEM 07-19 | – | 14,400.00 | 19 ITEMS TOTAL | | $ 360,000.00 |
| ITEM 08-19 | – | 14,400.00 | | | |
| ITEM 09-19 | – | 33,600.00 | | | |
| ITEM 10-19 | – | 24,000.00 | | | |
| ITEM 11-19 | – | 9,600.00 | | | |
| ITEM 12-19 | – | 9,600.00 | | | |
| ITEM 13-19 | – | 38,400.00 | | | |
| ITEM 14-19 | – | 9,600.00 | | | |

NET DUE FOR THE PROJECT    **$ 360,000.00**

*1137 Atlantic Avenue, Camden, NJ 08104 * (856) 338-1450 Fax (856) 338-1489*
*3557 National Drive, Suite D, Norman, OK 73069 * (405) 360-2996 Fax (450) 360-9675*
*506 Georgetown Road, Wallingford, PA 19086 * (610) 876-3192*

A-VALEY 00007

# *A-VALLEY ENGINEERS, INC.*

## *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
## *LICENSED MARINE & INDUSTRIAL ENGINEERS*

TEAMWORK
Together We Achieve the Extraordinary

COPY 

## PURCHASE ORDER REQUEST

For Work Performed : FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

NEWARK CENTRAL OFFICE, NEWARK

NEWARK MARKET CENTRAL OFFICE,
NEWARK

NEWARK 1 CENTRAL OFFICE, NEWARK

THREE (3) LOCATIONS

PROJECT COST $  67,200.00

JOB NO. _____ 34065 _____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

DATE  02/19/00  Through 03/04/00

|  | UNIT PRICE | AMOUNT |
|---|---|---|
|  |  |  |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  |  |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS 14    @ 10 HOURS/DAY/PER MAN |  |  |
| TOTAL PROJECT HOURS  280 @ $240.00 | $240.00 P/H | $ 67,200.00 |
| TOTAL | | $ 67,200.00 |

1 - 19



EXHIBIT

A-VALEY 00008

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK 
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $14,400.00

CORPORATE DATA CENTER, FREEHOLD

JOB NO. _____ 38066

P.O. NO. BACK CHARGE TO Powerweb-
Technology

DATE _____ 03/06/00 Through 03/08/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS ,3 @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

2 - 19

A-VALEY 00009

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*



TEAMWORK
Together We Achieve the Extraordinary

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

JOB NO. _____312067_____
P.O. NO. BACK CHARGE TO Powerweb-
Technology

CORPORATE TRAINING CENTER,
SOUTH PLAINDIELD

DATE ___03/10/00 Through 03/12/00___

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS,  60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | |

3 - 19

A-VALEY 00010

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*



TEAMWORK 
**Together We Achieve the Extraordinary**

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

JOB NO. _____316068_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

CORPORATE DATA CENTER,

MADISON

DATE __03/14/00 Through 03/16/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3    @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS,  60 @ $240.00 | $240.00 P/H | $ 14.400.00 |
| TOTAL | | $ 14,400.00 |

4 - 19

A-VALEY 00011

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# *A-VALEY ENGINEERS, INC.*

## *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
## *LICENSED MARINE & INDUSTRIAL ENGINEERS*



TEAMWORK
**Together We Achieve the Extraordinary**

### PURCHASE ORDER REQUEST

For Work Performed : FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $14,400.00

JOB NO. _____ 320069

P.O. NO. BACK CHARGE TO Powerweb-
Technology

NEW BRUNSWICK CENTRAL OFFICE

NEW BRUNSWICK

DATE    03/18/00 Through 03/20/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS ,3    @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS , 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

5 - 19

A-VALEY 00012

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



TEAMWORK
Together We Achieve the Extraordinary

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

JOB NO. _____324070_____

P.O. NO. ____BACK CHARGE TO Powerweb-
Technology

DATE ___03/22/00 Through 03/24/00___

PATERSON CENTRAL OFFICE,

PATERSON

|  | UNIT PRICE | AMOUNT |
|---|---|---|
|  |  |  |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  |  |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS, 3    @ 10 HOURS/DAY/PER MAN |  |  |
| TOTAL PROJECT HOURS, 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL |  | $14,400.00 |

6 - 19

A-VALEY 00013

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



 TEAMWORK
Together We Achieve the Extraordinary

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR, NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

JOB NO. _____ 328071 _____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

TEANECK AMA, TEANECK

DATE _____ 03/26/00 Through 03/28/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 3   @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS , 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

7 - 19

A-VALEY 00014

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*

**TEAMWORK**
**Together We Achieve the Extraordinary**



### PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

IRVINGTON DSC, IRVINGTON

JOB NO. _____401072_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

DATE ___03/30/00 Through 04/01/00___

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3   @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

8 - 19

A-VALEY 00015

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



TEAMWORK
**Together We Achieve the Extraordinary**

## PURCHASE ORDER REQUEST
**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
                        BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING           PROJECT COST $ 33,600.00
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

JOB NO. _____ 409073 _____

P.O. NO. ___ BACK CHARGE TO Powerweb-
                              Technology

CAMDEN CENTRAL OFFICE, CAMDEN           DATE ___ 04/03/00 Through 04/09/00

CAMDEN 11 CENTRAL OFFICE, CAMDEN

ATLANTIC CITY CENTRAL OFFICE,
        ATLANTIC CITY

THREE (3) LOCATIONS

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 7 @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS , 140 @ $240.00 | $240.00 P/H | $ 33,600.00 |
| TOTAL | | $ 33,600.00 |

9 - 19

A-VALEY 00016

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $

JOB NO. _____416074_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

EWING ADMINISTRATION, EWING

DATE ___04/12/00 Through 04/16/00

TRENTON CENTRAL OFFICE, TRENTON

TWO (2) LOCATIONS

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 5  @ 10 HOURS/DAY/PER HOUR | | |
| TOTAL PROJECT HOURS,  100 @ $240.00 | $240.00 P/H | $ 24,000.00 |
| TOTAL | | $ 24,000.00 |

10 - 19

A-VALEY 00017

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



TEAMWORK 
**Together We Achieve the Extraordinary**

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____419075_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

ELIZABETH CENTRAL OFFICE,

ELIZABETH

DATE _04/18/00_ Through _04/19/00_

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 2  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS , 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

11 - 19

A-VALEY 00018

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



TEAMWORK
**Together We Achieve the Extraordinary**

### PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____421076_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

CRANFORD ACCOUNTING,

CRANFORT

DATE ___04/20/00  Through  04/21/00___

|  | UNIT PRICE | AMOUNT |
|---|---|---|
|  |  |  |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS , 2  @ 10 HOURS/DAY /PER MAN |  |  |
| TOTAL PROJECT HOURS , 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

12 - 19

**A-VALEY 00019**

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



TEAMWORK
Together We Achieve the Extraordinary

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 38,400.00

SUPPORT SVC HEADQUARTERS, ORANGE

PASSAIC CENTRAL OFFICE, PASSAIC

EAST ORANGE CENTRAL OFFICE,
EAST ORRANGE

IRVINGTON CENTRAL OFFICE, IRVINGTON

JOB NO. ___429077___

P.O. NO. BACK CHARGE TO Powerweb-
Technology

DATE ___04/22/00 Through 04/29/00___

| FOUR (4) LOCATIONS | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 8 @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS , 160 @ $240.00 | $240.00 P/H | $ 38,400.00 |
| TOTAL | | $ 38,400.00 |

13 - 19

A-VALEY 00020

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____ 501078 _____
P.O. NO. BACK CHARGE TO Powerweb-
Technology
DATE ____ 04/31/00  Through 05/01/00

MORRISTOWN CENTRAL OFFICE,
MORRISTOWN

|  | UNIT PRICE | AMOUNT |
|---|---|---|
|  |  |  |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  |  |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS, 2   @ 10 HOURS/DAY/PER MAN |  |  |
| TOTAL PROJECT HOURS, 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

14 - 19

A-VALEY 00021

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST
### For Work Performed : FOR POWERWEB TECHNOLOGY AT BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR, NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 28,800.00

JERSEY CITY TSP, JERSEY CITY

JOURNAL SQUARE CENTRAL OFFICE,
                    JERSEY CITY

BERGEN CENTRAL OFFICE, JERSEY CITY

JOB NO. _____508079_____

P.O. NO. BACK CHARGE TO Powerweb- Technology

DATE _____05/03/00_ Through __05/08/00_

THREE (3) LOCATIONS

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 6 @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 120 @ $240.00 | $240.00 P/H | $ 28,800.00 |
| TOTAL | | $ 28,800.00 |

15 - 19

A-VALEY 00022

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*

TEAMWORK
**Together We Achieve the Extraordinary**



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____ 511080 _____

P.O. NO. ___BACK CHARGE TO Powerweb-
                                    Technology___

ENGLEWOOD CENTRAL OFFICE,
      ENGLEWOOD

DATE ___05/10/00   Through 05/11/00___

|  | UNIT PRICE | AMOUNT |
|---|---|---|
|  |  |  |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  |  |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS , 2  @ 10 HOURS/DAY/PER MAN |  |  |
| TOTAL PROJECT HOURS , 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

16 - 19

**A-VALEY 00023**

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____ 514081 _____

P.O. NO. __BACK CHARGE TO Powerweb-__
__Technology__

ASBURY PARK CENTRAL OFFICE,
ASBURY PARK

DATE ___05/13/00  Through  05/14/00__

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS,  2  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

17 - 19

A-VALEY 00024

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____ 517082 _____

P.O. NO. BACK CHARGE TO Powerweb-
                              Technology

PLAINFIELD CENTRAL OFFICE,
              PLAINFIELD

DATE __ 05/16/00  Through  05/17/00 __

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 2  @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

18 - 19

A-VALEY 00025

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR, NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____520083_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

HACKENSACK CENTRAL OFFICE,
HACKENSACK

DATE __05/19/00  Through 05/20/00__

|  | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES |  |  |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS, 2  @ 10 HOURS/DAY/PER MAN |  |  |
| TOTAL PROJECT HOURS, 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL |  | $ 9,600.00 |

19 - 19

A-VALEY 00026

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192