IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, upon consideration of Plaintiff Constellation NewEnergy's Response to Defendant Powerweb's Motion for Summary Judgment, it is hereby ORDERED and DECREED that Defendant's Motion is DENIED.  Summary Judgment is entered in favor of Plaintiff and against the Defendant in the amount of $100,000.00 plus pre-judgment interest since January 8, 2001 on Count I of Plaintiff's Second Amended Complaint.

                                                            **BY THE COURT:**


                                                            _____
                                                            The Honorable Harvey Bartle, III,  J.

DSB:972007.1/AES003-158567