**CERTIFICATE OF SERVICE**

I certify that on June 15, 2004, I caused a true and correct copy of Plaintiff Constellation NewEnergy, Inc.'s Response to Powerweb's Motion for Summary Judgment, a proposed order and an appendix to be served electronically upon:

>Kara Goodchild, Esquire
>SAUL EWING LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA  19102-2186

The document is available for viewing and downloading from the ECF system.

>_____s/JO416_____
>Jennifer C. O'Neill