# **APPENDIX**

# EXHIBIT "A"





## EXCLUSIVE AGREEMENT FOR BELL ATLANTIC

This letter agreement is between NewEnergy East, L.L.C. (including but not limited to any current, future, direct or indirect subsidiaries, and affiliates) having its principal place of business at 551 5th Avenue, Suite 400 New York, New York 10176 ("NEE") and Powerweb Technologies, Inc., a New Jersey corporation, (including but not limited to any current, future, direct or indirect subsidiaries, and affiliates) having its principal place of business at 655 Niblick Lane, Suite 100, Wallingford, PA 19086 ("PWT"), collectively the "Parties".

NEE is a national energy supplier in the business of providing energy and energy services to Bell Atlantic Corporation.

PWT is in the business of providing interactive information systems (Omni-Link®) to energy suppliers. These interactive information systems enable an energy supplier to offer additional value added services to their customers.

PWT has developed an Omni-Link Interactive Information System for the telecommunication industry. This system is specifically designed for capacity sales under the Active Load Management Program ("ALM") of the Pennsylvania Jersey Maryland Interconnect ["PJM"], and to enable a customer to execute energy saving programs.

The Parties hereby enter into to this exclusive agreement to develop projects for Bell Atlantic [and all current, future, direct or indirect subsidiaries and affiliates] by utilizing the Omni-Link technology to exploit opportunities and create revenues through the sale of electrical capacity and other energy savings programs by the operation of the Bell Atlantic standby generators. Generators will be dispatched within the terms of the Operating Agreement of the PJM as regulations permit to improve reliability and collect the optimum revenues for Bell Atlantic.

The Parties agree to share equally profits resulting from contracts with Bell Atlantic developed under this agreement using Omni-Link. The specific form of profit distribution will be determined and agreed upon with both parties before the final development of contracts with Bell Atlantic. In these contracts

**Powerweb will be responsible for:**
(i)     creation of a detailed project implementation plan, schedule and cost analysis
(ii)    turnkey Design Engineer Procure Construct (EPC) of an Omni-Link system
(iii)   post installation software and hardware maintenance of the Omni-Link system

**NewEnergy, acting as the Bell Atlantic representative, will be responsible for:**
(i)     supervision of the design and installation of the Omni-Link system
(ii)    development of generator dispatch operation procedures
(iii)   structure and execution of contracts for the sale of capacity and energy created by operation of generators
(iv)    PJM liaison
(v)     assisting Bell Atlantic staff in operating the generator dispatch system collecting and distributing revenues for Bell Atlantic

POWERWEB TECHNOLOGIES
655 Niblick Lane, Suite 100
Wallingford, PA 19086
888-2POWERWEB
FAX 610-874-7212
www.2powerweb.com

PAGE 1    NEE _BH_    PWT _JB_

NE000166





The Parties agree to an open door policy that allows them to determine actual revenues, costs and profits of all Omni-Link energy related products sold to Bell Atlantic in order to determine actual market value for revenue and an equitable profit distribution between the Parties.

NEE will extend to PWT a right of first refusal to design and build similar systems for opportunities in which NEE elects to offer a similar program to other telecommunication companies to operate standby generators for the sale of energy and capacity. The terms of each opportunity will be agreed in writing prior to joint development of the opportunity. NEE agrees to maintain all confidentiality obligations detailed in the executed non-disclosure agreement.

NEE acknowledges that PWT brought the concept of reserve capacity sales (the Active Load Management Program) on the PJM to NEE and agrees not to independently pursue this opportunity in the telecommunication industry, specifically Bell Atlantic.

NEE agrees to fund project development costs of up to One Hundred Thousand Dollars ($100,000.00) for Powerweb to create a detailed project implementation plan, schedule and investment analysis of an Omni-Link application for Bell Atlantic. NEE will deposit the funds with Powerweb within ten (10) business days after execution of this agreement. Allocation and use of the funds will be subject to the sole approval of NEE in advance. If Bell Atlantic does not proceed with the project unused funds will be allocated to joint development of other opportunities. These development funds will be repaid from the first project payments made by Bell Atlantic to either PWT or to NEE. The specific form of repayment will be determined and agreed upon with both parties before the final contract negotiations with Bell Atlantic.

The term of this Agreement shall be for one year. Any notice(s) to be given under this Agreement shall be made by registered or certified mail to the addresses herein, or as notified in writing by either Party. Any amendments or alterations hereto shall be valid only when made in writing and executed by authorized representatives of both parties. This Agreement may not be assigned in whole or in part by either Party without the prior written consent of the other Party.

The Parties agree that this letter agreement shall interpreted under the laws of the Commonwealth of Pennsylvania and that they shall seek to enforce its provisions only in the courts of the Commonwealth of Pennsylvania.

This letter agreement, in addition to the non-disclosure agreement previously executed and attached hereto, represent the entire agreement between the Parties.

POWERWEB TECHNOLOGIES, INC.          NEWENERGY EAST, L.L.C.
By:                                   By:
_____            _____
NAME                                 NAME
_____            *Vice President - NewEnergy East*
PRESIDENT
TITLE                                TITLE

Acknowledged and agreed to on this 7th day of January 2000:

NE000167

# EXHIBIT "B"



CONFIDENTIAL

Subj:    **Profit distribution agreement + other bits**
Date:    2/3/00 1:03:32 AM Eastern Standard Time
From:    dmcgeown@newenergy.com (David McGeown)
To: bhayduk@newenergy.com
CC: Pweb1@aol.com, jcurnyn@newenergy.com, dlord@newenergy.com

File:  Profitdi.mim (89312 bytes)
DL Time (21600 bps): < 1 minute

[This e-mail contains a MIME (Multipurpose Internet Mail Extensions) file.  The file was specially formatted to be sent over the Internet.  For more information on opening the attached file, go to Keyword: MIME.]

Attached my edits to Lou's proposal on profit sharing

Please take a look and comment. I think it is just about ready. If you want to comment it MUST be now.

Lou, any changes? Your version got most everything. I have tidied and referenced back to master agreement using the same language wherever possible. One bit you missed was the change to ALM language. I trust you will find this acceptable. If you don't like the price we have to offer you can beat it.

Last bit to iron out will be the agreement with Bell. Hopefully it won't change things dramatically.

   files attached

NEE...doc  has edits in it

Clean.......DOC is the print version – it is much easier to read- but you cannot see what I changed

LOOK AT THE COMMENTS I INSERTED

------

Brian,

Please have Patti verify where the $100,000 check is. We have not met our commitment to get the money to Pweb.

Please indicate when you will expect to be able to sign this addendum.

------

Lou,

I am confirming formal authorization for $5,000 to deliver opinions on the regulations governing the operation of on site generators in NY, NY, and PA. Please forward a short scope of work for the $5,000. It is my understanding that last week's piece was only the initial download of regulations. Not the interpretation that we need regarding how we plan to operate. Am I correct?

   This is the only authorization for expenditures for the $100,000 issued to date.

Are you yet able to propose a schedule of values for what we need to do next? I expect that there are some costs for the generator on-site audits.

EXHIBIT

PW      48
1/8/04   PS

PW00263



Case 2:02-cv-02733-HB    Document 87-4    Filed 06/15/2004    Page 7 of 47

CONFIDENTIAL

We need to account for those quickly. I am also expecting a schedule and
costs to perform the detailed system design for BA - hardware installs,
dispatch system design, PJM verification, and software implementation.
When do you think it is appropriate to get this done? This will all help
to keep Brian appraised of where we plan to spend the money.

Did I understand correctly that you will forward a schematic of the
proposed system for BA in NJ for inclusion in Jeremy's presentation?

_____

Next step is a response to the proposed agreement regarding the addition
of Pweb originated deals for NY.  I will have that to you by tomorrow
evening.

Does this bring us up to date? Please identify if there are any other
issues outstanding.

Using Pweb for dispatch in CA is on the agenda tomorrow.

David McGeown
NewEnergy
908 704 8437
E fax 413 581 9034


———————— Headers ————————
Return-Path: <dmcgeown@newenergy.com>
Received: from  rly-yb05.mx.aol.com (rly-yb05.mail.aol.com [172.18.146.5]) by air-yb05.mail.aol.com (v67_b1.21) with
ESMTP; Thu, 03 Feb 2000 01:03:32 -0500
Received: from  mail.newenergy.com (mail.newenergy.com [207.16.110.9]) by rly-yb05.mx.aol.com (v67_b1.21) with ESMTP;
Thu, 03 Feb 2000 01:03:05 -0500
Message-id: <fc.0064ba28000aaf450064ba28000aaf45.aaf54@newenergy.com>
Date: Wed, 02 Feb 2000 21:59:44 -0800
Subject: Profit distribution agreement + other bits
To: bhayduk@newenergy.com
Cc: Pweb1@aol.com, jcurnyn@newenergy.com, dlord@newenergy.com
From: dmcgeown@newenergy.com (David McGeown)
MIME-Version: 1.0
Content-type: multipart/mixed; boundary="-=_-3032373587.228308592.4634"

PW00264

Friday, February 04, 2000    America Online: Pweb1                Page: 2

# EXHIBIT "C"

1　　　　IN THE UNITED STATES DISTRICT COURT

　　FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2　　　　　CASE NO. 02-CV-2733 (HB)

3

4　　_____

CONSTELLATION NEWENERGY, INC.,

5

　　　　　　　Plaintiffs,　　　　　(Videotaped)

6　　　　　　　　　　　　　　　Oral Deposition of:

　　　　vs.

7　　　　　　　　　　　　　DAVID McGEOWN

POWERWEB TECHNOLOGIES, INC.,

8　et al.,

9　　　　　　　Defendants.

　　_____

10

11

12　　　　　　* * * * *

　　　　Thursday, February 26, 2004

　　　　　　* * * * *

13

14

15　　　　Transcript in the above matter taken at the

16　offices of Wolf Block, 101 Eisenhower Parkway,

17　Roseland, New Jersey, commencing at 10:17 a.m.,

18　before Seva Flicstein, Certified Shorthand

19　Reporter, Registered Merit Reporter, Certified

20　Realtime Reporter, a Notary Public of the State of

21　New Jersey.

22

　　　　CERTIFIED SHORTHAND REPORTING SERVICES

23　　　　　　Arranged Through

　　　MASTROIANNI & FORMAROLI, INC.

24　　　　709 White Horse Pike

　　　Audubon, New Jersey　08106

25　　　　　(856) 546-1100

Page 134

1    Q.   Are those tasks that you understood
2  would need to be completed in order to identify the
3  buildings to be included, generators?
4    A.   No, they are not.
5    Q.   How did you understand -- how did you
6  believe it was going to be determined which
7  generators would be included in the pilot project
8  with Bell Atlantic?
9    A.   We had been given a detailed
10  generator list for all regions of Bell Atlantic
11  with the exception of New Jersey.  Mr. Goodman was
12  to assist in preparing a list of the -- what they
13  believed to be their inventory of generators in
14  New Jersey.  Budike and his team believed that they
15  had access through the parent company to those
16  facilities.
17        And we were going to select the most
18  likely to contribute to the program.  We were going
19  to review them with somebody within Bell Atlantic,
20  probably Mr. Goodman, that those locations would be
21  willing to participate.
22        At that point, we would have to go
23  out and verify what generators are actually there,
24  what were their conditions, and were there any
25  construction conditions, et cetera, that were

Page 135

1  relevant to putting a price together for an
2  Omni-Link system if that was to be installed as
3  part of the program.
4    Q.   And do you know whether that was
5  actually done?
6        MR. WHITE:  Which this?
7    Q.   The process you just described.
8        MR. WHITE:  I don't think he was
9  finished yet.
10        THE WITNESS:  I would finish.  Yes, I
11  do.
12        To my knowledge, the work was never
13  done, with the exception of Jim Curnyn, who did it
14  for us.
15    Q.   (BY MR. GARCIA:)  Well, I can
16  represent to you that various lists like you've
17  described have been produced in the case, and other
18  people have testified that those things happened.
19        If they did happen, would you have
20  been the one to be involved in those tasks?  Or
21  would that have been someone else at NewEnergy?
22        MR. WHITE:  Objection to your
23  characterization of prior testimony in this case.
24  I disagree.
25        You may answer.

Page 136

1    A.   It is abundantly clear that I was the
2  sole person in NewEnergy that would authorize any
3  of that work to be done, and it would all filter
4  through me.
5    Q.   So your testimony is that no one else
6  at NewEnergy would have dealt with Mr. Budike or
7  anyone else with respect to getting that work
8  done?
9    A.   If I may, you said would have.
10    Q.   Yes.
11    A.   I don't know that nobody else would
12  have.  Nobody else should have and nobody else was
13  authorized to, and Powerweb was not authorized to
14  respond to those requests.
15        I think we've made it very clear that
16  Lou had to get written authorization from me.
17    Q.   Where was that made clear?
18    A.   I don't recall.  But I remember it
19  being one of the issues that we discussed.  In
20  fact, wasn't that in the last e-mail, 48?  This is
21  the only authorization -- no, it doesn't say
22  exclusively through me.
23    Q.   It doesn't say written, either, does
24  it?
25    A.   No, it doesn't say written.  Correct.

Page 137

1    Q.   I am showing you what has been marked
2  previously as Exhibit PW-23.
3        This appears to be a couple of
4  PowerPoint presentations and some sort of flier.
5        Do you recognize any of these
6  documents?
7    A.   Yes, I do.
8    Q.   Can you tell me what they are?
9    A.   They appear to be -- they are some
10  marketing materials that we prepared in the
11  New York office for some energy seminars we gave to
12  New York property managers in the New York
13  Marriott, as I remember.  Oh, yeah.
14    Q.   Were the PowerPoint slides included
15  within this document actually presented to property
16  managers at the New York seminar you described?
17    A.   I can't be 100 percent sure that 100
18  percent of this content was presented.  But
19  assuming these are the PowerPoints we had on the
20  laptops at the time, and it's reasonable to assume
21  they are, yes.
22    Q.   If you look at about halfway through
23  the page that's marked NE 6114 --
24    A.   6114?
25    Q.   Yes.

Page 242

1  ever received that letter?
2          MR. GARCIA:  Objection.
3      A.   No, I don't believe I ever received
4  that letter.
5      Q.   Why do you feel so strongly about
6  that?
7      A.   I don't miss details like that.
8  Almost all of our communications were e-mail.  Lou
9  didn't write letters.
10     Q.   We've seen the e-mail, and I think it
11  might be the one right underneath here,
12  Powerweb-48, that was your e-mail authorizing the
13  $5,000 work to be done.  And I think your e-mail
14  said that this is the only authorization for
15  expenditures for the $100,000 issued to date.
16         Do you remember that?
17     A.   Yes, I do.
18     Q.   To your knowledge, at this point in
19  time, what work did Powerweb do to implement the
20  Omni-Link project or program at Bell Atlantic?
21         MR. GARCIA:  Are you saying as of the
22  date of this e-mail?
23         MR. WHITE:  Yes.
24     A.   And can I refreshen the date?
25  Approximately it was February.

Page 243

1      Q.   Correct.
2      A.   Yeah.  Lou had been very active in
3  providing business development sales support to
4  help us characterize the offer to Bell Atlantic
5  correctly, and be sure that we could deliver that
6  which we were promising to our customer.
7          I believe they had helped us in
8  getting the spreadsheet information from John
9  Goodman on what was believed to be the inventory.
10  But other than that, none.
11     Q.   Was that inventory -- did that
12  include New Jersey generators?
13     A.   That was New Jersey generators.
14     Q.   Do you remember that information
15  being useful?
16     A.   I remember it not being useful.
17     Q.   Why was it not useful?
18     A.   There was substantial inaccuracies in
19  the data.
20     Q.   What did you do to deal with those
21  inaccuracies?
22     A.   I believe that Jim Curnyn actually
23  visited some of the Bell Atlantic properties that
24  were on the list to verify the inventory that was
25  claimed.

Page 244

1      Q.   After you sent this e-mail, Powerweb
2  Exhibit 48, the one where you authorized him to go
3  spend $5,000 to do some work, are you aware of any
4  work that Mr. Budike or anyone at Powerweb
5  undertook after that point to implement the
6  Omni-Link program at Bell Atlantic?
7      A.   No.
8      Q.   Did Mr. Budike ever explain to you
9  what he had done with the $100,000?
10     A.   No.
11     Q.   Did he ever try to make excuses on
12  why he wouldn't give the $100,000 back?
13         MR. GARCIA:  Objection to form of the
14  question.
15     Q.   Did he ever explain to you why he did
16  not want to give the $100,000 back?
17     A.   He made some very specific comments.
18     Q.   What were his comments?
19     A.   It's kind of difficult to express the
20  verbiage that was used if I were to quote him.
21     Q.   Were they visceral, to use your word
22  before?
23     A.   Yes.
24     Q.   Can you -- without using any
25  profanity, can you give us the gist of what

Page 245

1  Mr. Budike said?
2      A.   The rough translation would be to
3  invite myself to go and have sex with myself.
4      Q.   Well, why was he having this
5  reaction?
6      A.   Because we were calling him to task
7  on where we were going to go with this business
8  development.  The other --
9          We had in good faith said we'll
10  explore the other opportunities.  But I believe at
11  that time Brian had said to me, "Find out how we
12  can get our money back."  And the moment I
13  mentioned it, Lou had a fit.
14     Q.   Did he tell you that you made a
15  mistake, I've spent the $100,000 already?
16     A.   No, he didn't.
17     Q.   Did he tell you that he had spent any
18  of it?
19     A.   I believe he made some kind of
20  comment about having done some form of
21  mobilization, that he wanted to get his teams out
22  there.
23         That may have been about the time
24  that I sent the e-mail explicitly stating what is
25  authorized and what's not authorized.  There was a

# EXHIBIT "D"

1        IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                    -   -   -

4    CONSTELLATION               :CIVIL ACTION
     NEWENERGY, INC.            :

5            v.                 :
     POWERWEB TECHNOLOGIES, :

6    INC, A-VALEY               :
     ENGINEERS, INC., and       :

7    LOTHAR E.S. BUDIKE, JR.:NO.02-CV-2733(HB)

8                    -   -   -

                JANUARY 13, 2004
9                  VOLUME II
                 CONFIDENTIAL

10                   -   -   -

11        Continuing videotape deposition of

12   LOTHAR E.S. BUDIKE, JR, held in the

13   offices of Wolf, Block, Schorr &

14   Solis-Cohen, 1650 Arch Street,

15   Philadelphia, Pennsylvania 19103,

16   commencing at 10:00 a.m., on the above

17   date, before Amanda Dee Maslynsky-Miller,

18   a Certified Realtime Reporter and Notary

19   Public in and for the Commonwealth of

20   Pennsylvania.

21

22                   -   -   -

         ESQUIRE DEPOSITION SERVICES
23      1880 John F. Kennedy Boulevard
                15th Floor
24      Philadelphia, Pennsylvania 19103
            (215) 988-9191

Page 557

1   expensive process and what we wanted --
2   what we -- what we needed to do.
3         Q.   And as a result of that, did
4   they ever send you any indication back
5   they were authorizing more than the
6   $5,000 to be spent?
7         A.   They said -- when I told
8   them that there was more money, they used
9   the words, "get it done." And I took
10  that as authorization to get it done, do
11  whatever it took to get it done.
12        Q.   Who said get it done?
13        A.   Dave -- Dave McGeown said,
14  Get it done.
15        Q.   Did he put that in writing?
16        A.   I don't believe -- I don't
17  know if it was in an e-mail to me or he
18  said it to me over the phone. But I took
19  that -- I remember him saying, Get it
20  done, after he received the letter.
21        Q.   So you don't recall whether
22  it was an e-mail or telephone conference
23  or anything like that?
24        A.   No, I don't.

Page 558

1         Q.   Do you recall any e-mail or
2   writing beyond the Brian Hayduk $5,000
3   which authorized you to spend more than
4   the $5,000 of the $100,000?
5         A.   No.
6         Q.   I'm handing you a document
7   that has been previously marked as P-48
8   at another deposition.
9             And I just ask you to look
10  at the bottom string of the e-mail and
11  confirm for me this is the e-mail to
12  which you were just referring about
13  authorizing you to spend $5,000.
14        A.   Uh-huh.
15        Q.   Is that correct?
16        A.   Yes.
17            - - -
18            (Whereupon, Exhibit-40 was
19        marked for identification.)
20            - - -
21  BY MR. LANDAU:
22        Q.   I've handed you a document
23  that we've marked as P-40.
24            Is this the response you

Page 559

1   were talking about in terms of -- to Dave
2   McGeown that you need to spend more
3   money?
4         MR. GARCIA:  Do you mean
5   NewEnergy-40?
6         MR. LANDAU:  Yes.
7         MR. GLASER:  PW-48.
8         MR. LANDAU:  Are you on the
9   same page? It's NewEnergy -- I
10  just marked it, that letter.
11        MR. GARCIA:  Yeah.
12        MR. LANDAU:  Okay.
13        THE WITNESS:  Yes.
14  BY MR. LANDAU:
15        Q.   And it's in response to this
16  letter you had an e-mail or a telephone
17  call from Mr. McGeown saying, Get it
18  done?
19        A.   Yes. I knew that if we
20  kept -- that I was going to go through
21  this whole process, do all this work and
22  fight and try and convince them that all
23  these hours of work was worth $5,000.
24  And I didn't want to go through that

Page 560

1   headache, especially after the deal --
2   you know, the deal, the way the situation
3   was right now.
4         Q.   Did you, in fact, spend up
5   to $100,000?
6         A.   More than.
7             Go ahead.
8         Q.   So the answer is, yes, you
9   spent more than $100,000?
10        A.   Yes.
11        Q.   Is there any documentation
12  for what that was spent on?
13        A.   Yes. I didn't spend it.
14  A-Valey spent the money.
15        Q.   So you -- you subcontracted
16  all of the work --
17        A.   All of the engineering work,
18  yes.
19        Q.   So is the entire amount of
20  the $100,000 was -- went to A-Valey?
21        A.   The entire amount of the
22  $100,000? No. A-Valey spent more than
23  $100,000.
24        Q.   But at least $100,000 was

LOTHAR E.S. BUDIKE, JUNIOR

Page 561

1  spent -- in other words, Power --
2  NewEnergy gives you $100,000, sends you
3  $100,000?
4      A.   Right.
5      Q.   Those actual dollars, all of
6  those dollars, at least, were used up by
7  A-Valey?
8      A.   They were used up, yes.
9      Q.   Well, I'm trying to figure
10 out whether Powerweb kept some of that,
11 you spent some of that or does it all go
12 to A-Valey?
13     A.   No.  There's still monies
14 outstanding to A-Valey on our books
15 today.
16     Q.   Power -- so Powerweb --
17     A.   Has not paid the full bill
18 to A-Valey.
19     Q.   Okay.  Powerweb, though,
20 didn't keep any of the $100,000 for its
21 own activity?
22     A.   No.  No.  It was all
23 dedicated to this project.
24     Q.   So if I wanted to get the

Page 562

1  itemization of what was spent, I'd have
2  to go to A-Valey documents?
3      A.   Yes.
4      Q.   Did you keep any records of
5  the checks that Powerweb wrote to
6  A-Valey?
7      A.   Uh-huh.
8      Q.   Did you produce those to
9  your counsel?
10     A.   There were none as it
11 pertains to this case, because I didn't
12 pay A-Valey anything.
13     Q.   How did the $100,000 get to
14 A-Valey?
15     A.   It never got to A-Valey.
16     Q.   Where is it?
17     A.   It's in Powerweb.
18     Q.   Start over.
19     A.   I said there's a bill
20 outstanding to A-Valey for $100,000 for
21 work performed, but the cash never
22 exchanged.
23     Q.   So you never paid that bill?
24     A.   No.

Page 563

1      Q.   So the Power -- the $100,000
2  is still sitting in a Powerweb banking
3  account somewhere?
4      A.   It went into working
5  capital, but it wasn't used for anything
6  other than this project.
7           So the exact location of
8  every dollar, is, you know, not sitting
9  in an escrow account, if that's what
10 you're asking.
11     Q.   That's what I'm asking.
12     A.   Okay.
13     Q.   It's not --
14     A.   No, it's not sitting in an
15 escrow account.
16     Q.   Let me see if I understand
17 this.
18          A-Valey was performing the
19 work?
20     A.   Yes.
21     Q.   A-Valey bills Powerweb?
22     A.   Correct.
23     Q.   Powerweb didn't pay those
24 bills?

Page 564

1      A.   Correct.
2      Q.   The $100,000 from AES comes
3  into Powerweb's account?
4      A.   Correct.
5      Q.   How is that money spent?
6  Was it spent?
7      A.   No, not particularly, not
8  all of the money.  I mean, it was spent
9  in my mind, basically, because the bill
10 from -- from A-Valey is over $100,000.
11     Q.   But --
12     A.   So when -- what do you mean
13 by "spent"?
14     Q.   Well, in other words,
15 there's $100,000 in cash.  If I went and
16 looked at the Powerweb bank account
17 today, is there $100,000 in cash sitting
18 there?
19     A.   Yes, there's more than
20 $100,000 in cash.
21     Q.   And on the books and
22 records --
23          MR. GARCIA:  You're assuming
24 it's the same $100,000, the same

45 (Pages 561 to 564)

Page 565

1    dollars?
2        MR. LANDAU: No, I didn't
3    ask that question. I just asked
4    if there's $100,000.
5    BY MR. LANDAU:
6        Q.   And the question is -- the
7    next question is, how does that -- if you
8    can recall or if you know, how does that
9    $100,000 appear on the books and records
10   of your company?
11       A.   As an outstanding bill to
12   A-Valey Engineers for engineering
13   services on this project.
14       Q.   And the income or assets --
15       A.   It's on my P&Ls, yes.
16       Q.   As an asset on the P&Ls?
17       A.   No. It's an asset on my
18   books and it's a deduction on my books as
19   well as an accounts payable to A-Valey.
20   Yes.
21       Q.   Right. It's both.
22           Do you recall having any
23   discussion in this period, February 2000,
24   March 2000, with Dave McGeown about

Page 566

1    intellectual property -- which kind of
2    intellectual property would be Powerweb's
3    and which is AES NewEnergy's?
4        A.   I remember a conversation in
5    where he said that there was some
6    metering technologies that he would like
7    to use through his friend Keith Mistry.
8    And he didn't know how it could fit in,
9    but he wanted to give Keith Mistry an
10   opportunity to sell some stuff to AES
11   NewEnergy. That conversation I remember.
12           I don't know whether it was
13   February of 2000, but -- as it relates to
14   another set of IP, yes.
15       Q.   So do you think it was in
16   the your 2000 you had that conversation
17   with McGeown?
18       A.   If not '99, than 2000, yes.
19       Q.   And so at that time would it
20   be fair to say that you knew that Keith
21   Mistry had some metering technology?
22       A.   Yes.
23       Q.   Did you know any details of
24   what that metering --

Page 567

1        A.   No.
2        Q.   -- technology might be?
3        A.   No.
4        Q.   Do you know whether it was
5    competing metering technology?
6        A.   I don't know.
7        Q.   Did you have a discussion
8    with Dave McGeown about whether
9    modifications would have to be made to
10   Omni-Link to fit into the AES NewEnergy
11   system?
12       A.   I don't remember that
13   conversation specifically.
14       Q.   No conversation --
15   conversation about enhancements?
16       A.   I remember him barking about
17   metering technology to me. I remember
18   having a -- a real heated conversation
19   about metering technology. But that's
20   all I remember.
21       MR. LANDAU: We'll mark this
22   as NewEnergy-41.
23           - - -
24           (Whereupon, Exhibit-41 was

Page 568

1    marked for identification.)
2           - - -
3    BY MR. LANDAU:
4        Q.   Take a moment, please, to
5    read that.
6        A.   Okay.
7        Q.   Do you recall receiving this
8    e-mail in February 2000?
9        A.   Yeah, I remember this
10   e-mail.
11       Q.   Now, does this refresh your
12   recollection at all about enhancements to
13   the Omni-Link to --
14       A.   It -- it refreshes my memory
15   of a couple of heated conversations that
16   I had with Dave, because he was always on
17   the go, he never had time, you know,
18   he -- he was moving around a lot. And he
19   would always try and talk about things
20   that -- at a high -- high level.
21           And I think this is what
22   his -- his challenge was, he had some
23   type of metering product that was had --
24   he had access to called Energy Tracking.

# EXHIBIT "E"

1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF PENNSYLVANIA

3  ------------------------------------x

4  CONSTELLATION NEWENERGY, INC.,

5                              Plaintiff,

                                 Civil Action No.

6          -against-         02-CV-2733 (HB)

7  POWERWEB TECHNOLOGIES, INC., et al.,

8                              Defendants.

9  ------------------------------------x

10                           December 4, 2003

                             11:30 a.m.

11

12

13

14

15      Deposition of JAMES P. CURNYN, taken by

16  Defendants, pursuant to notice, at the offices

17  of Wolf Block, 250 Park Avenue, New York, New

18  York, before HAROLD BROWN, a Certified Shorthand

19  Reporter and Notary Public within and for the

20  State of New York.

21

22

23

24

25

Page 154

JAMES P. CURNYN

1    JAMES P. CURNYN
2  January 2000." Does that comport with your
3  general recollection as to when Powerweb and
4  NewEnergy came to terms for a Bell Atlantic
5  project?
6        A.    Yes, I think it appears to be
7  right.
8        Q.    Were you involved at all in
9  negotiating how any profits were going to be
10 distributed between NewEnergy and Powerweb?
11       A.    Not that I recall. I think it was
12 already kind of agreed to with Dave McGeown and
13 Lou Budike at the time.
14       MS. GOODCHILD:  Let's mark that as
15 Powerweb 9.
16       (Powerweb Exhibit 9 for
17 identification, document entitled "Exclusive
18 Bell Atlantic Agreement Addendum: Profit
19 Distribution Agreement" dated January 8, 2000
20 bearing Bates numbers NE 000170 through NE
21 000171.)
22       Q.    Mr. Curnyn, I've handed you what
23 has been marked as Powerweb 9 which is NewEnergy
24 000170 to 171.
25       A.    Okay.

Page 155

JAMES P. CURNYN

1    JAMES P. CURNYN
2        Q.    Just let me know if you need a
3  minute to review the document. Are you familiar
4  with this document?
5        A.    Vaguely.
6        Q.    Can you tell me what you mean by
7  "vaguely"?
8        A.    It appears to be something that
9  I've looked at in the past, but I don't really
10 remember what the premise of the agreement was.
11       Q.    Did you look at it prior to it
12 being signed?
13       A.    I don't think so.
14       Q.    Were you involved in negotiating
15 this agreement at all?
16       A.    I don't recall.
17       Q.    Do you recall who showed you this
18 document?
19       A.    No, it just looks vaguely familiar,
20 that's all.
21       Q.    Okay. After the Powerweb deal was
22 signed January 7, do you know what happened next
23 to develop the Bell Atlantic deal?
24       After the Powerweb deal was signed
25 on January 7, do you know what happened next to

Page 156

JAMES P. CURNYN

1    JAMES P. CURNYN
2  develop the Bell Atlantic deal.
3        A.    Not specifically, except at some
4  point in time we began working on a proposal for
5  Bell Atlantic and that proposal involved a lot
6  of work on my part and also NewEnergy's part as
7  a whole and Lou Budike, his role was to help put
8  together the I guess technology plan for the
9  sites that we were going to use for the
10 curtailment program and basically, I spent a lot
11 of time working out how we could structure the
12 program from a financial standpoint dealing with
13 a wholesale trading group trying to figure out
14 the value of certain elements of the program and
15 how we can capture the maximum amount of
16 revenue.
17       I spent a lot of time researching
18 the issues regarding can they run the generators
19 when called because there was a problem with
20 Bell Atlantic and the power engineering group in
21 allowing us to run the generators when called
22 and there was basically a standing agreement
23 with Bell Atlantic and the utilities that if
24 they were called, that they would run the
25 generators, but as soon as they entered into a

Page 157

JAMES P. CURNYN

1    JAMES P. CURNYN
2  contract to sell that for a profit, it was the
3  opinion of Bell Atlantic that it would be a
4  problem. So I spent a lot of time trying to
5  figure out with Bell Atlantic if we can get past
6  that regulatory problem and that internal
7  problem with Bell Atlantic.
8        Lou was supposed to actually put
9  together a detailed project plan as part of this
10 and one of the frustrations I had working with
11 this is that I really got a runaround for a
12 couple of months on trying to get that put
13 together and at the 11th hour when I was trying
14 to get this thing done because it needed to go
15 to Jim Goodman and some other people, I got a
16 phone call on my cell phone that says it's
17 $20,000 a site and I could just tell from the
18 nature of the phone call and there was no
19 substance to anything that he had put together
20 and that basically, I came back to him. I said
21 that's too much money, you're going to sink the
22 project.
23       He says what do you need the number
24 to be? I said that's not what we agreed to. I
25 said what we agreed to is that you were going to

Page 158

JAMES P. CURNYN

1
2  put together a detailed project plan and not
3  just throw a number at me.
4          So we went through that process and
5  I would say by and large because of my efforts
6  and NewEnergy's efforts, that proposal got to
7  Bell Atlantic.
8      Q.   When NewEnergy and Powerweb signed
9  their agreement, was there a commitment to
10  proceed on the Bell Atlantic end?
11     A.   No.
12     Q.   And was there any kind of
13  commitment from Bell Atlantic?
14     A.   The only commitment we knew of was
15  that Jim Goodman through Lou Budike said that
16  this thing in his opinion was a done deal and
17  that he would support it 100 percent but the
18  problem was that Jim Goodman didn't really have
19  the ability or capability or authority to really
20  bind Bell Atlantic in this deal and that he was
21  really a secondary player in the TeamEnergy
22  group and we kept trying to tell Lou that we
23  really need to work through Jeremy Metz and his
24  group who at the time was actually evaluating
25  other technologies as well.  They had a system

Page 159

JAMES P. CURNYN

1
2  set up with FPL, they were talking to Silicon
3  Energies.  They were talking to a bunch of other
4  people.  So there was kind of a disjoint there
5  as to what was going on.
6      Q.   Did you ever have a meeting with
7  Mr. Metz?
8      A.   Yes.
9      Q.   Do you have a recollection of when
10  that occurred?
11     A.   Several of them.  I mean I was the
12  account representative responsible for that
13  account so --
14     Q.   Did you have a meeting with
15  Mr. Metz specifically about the Powerweb deal?
16     A.   We had a joint meeting that I
17  recall with Dave McGeown, Lou Budike, Jim
18  Hopkins and Jeremy Metz to present the concept
19  of load curtailment and to basically talk about
20  what we were proposing for New Jersey.
21     Q.   And do you recall when that meeting
22  occurred?
23     A.   I would say it probably had to be
24  like October or so maybe.
25     Q.   Of '99?

Page 160

JAMES P. CURNYN

1
2      A.   Yes.
3      Q.   Did you have any other meetings
4  with Mr. Metz on the Powerweb deal after that
5  October '99 meeting that you testified to?
6      A.   I don't know.
7      MS. GOODCHILD:  Let's mark this as
8  Powerweb 10.
9          (Powerweb Exhibit 10 for
10  identification, E-mail dated January 9, 2000
11  from Mr. McGeown to Pweb1@aol.com bearing Bates
12  numbers PW 00246 through PW 00247.)
13     A.   Okay, what have we got here?
14     Q.   You have been handed a document
15  that has been marked as Powerweb 10 which is
16  Bates labeled PW 00246 and 247 and purports to
17  be an E-mail string?
18     A.   It looks like it's from Dave
19  McGeown to Powerweb and copying me.  No, it was
20  from Dave McGeown to Powerweb and then I'm
21  copied on it.
22     Q.   Okay.
23     A.   I'm not sure.  This is very
24  confusing.
25     Q.   I agree with you completely.  The

Page 161

JAMES P. CURNYN

1
2  way these print out, it's very hard to figure
3  out.
4      A.   It looks like that Powerweb's
5  original E-mail was used as a template and then
6  there was some sort of response to each one of
7  the questions.
8      Q.   I agree that that is what it looks
9  like, that there is the Powerweb portion of this
10  E-mail has the marks by it and then what I think
11  is the McGeown portion of the E-mail does not
12  have those hash marks, but I can't -- since I
13  didn't write it and you didn't write it, neither
14  one of us can vouch for that.
15          But if you can just take a minute
16  and generally review the E-mail, my question is
17  whether or not you recall the meetings that are
18  referenced in the E-mail.
19     A.   Who is JG; is that Jim Goodman?
20  You want me to comment on what this meeting was?
21     Q.   At the top it says "Good meeting
22  Friday.  It's time to drive the deal home."  Do
23  you have any idea of what that is referring to?
24     A.   It would appear and this is
25  speculation based upon the information I see

41 (Pages 158 to 161)

# EXHIBIT "F"

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                  -   -   -

4    CONSTELLATION NEW        :   CIVIL

     ENERGY, INC.,           :   ACTION

5          Plaintiff,        :

                              :

6          V.                :

                              :

7    POWERWEB TECHNOLOGIES,  :

     INC., A-VALEY ENGINEERS,:

8    INC. and LOTHAR E.S.    :

     BUDIKE, JR.,            :   NO. 02-CV-2733

9          Defendants.      :   (HB)

                  -   -   -

10                  January 30, 2004

11                  -   -   -

12                  Oral deposition of LOTHAR

13   BUDIKE, P.E., held in the offices of Wolf

14   Block Schorr and Solis-Cohen LLP, 1650

15   Arch Street, Philadelphia, Pennsylvania

16   19103 commencing at 10:00 a.m., on the

17   above date, before Linda Rossi Rios, a

18   Federally Approved Registered

19   Professional Reporter and Notary Public

20   of the Commonwealth of Pennsylvania.

21                  -   -   -

22          ESQUIRE DEPOSITION SERVICES

         1880 John F. Kennedy Boulevard

23              15th Floor

         Philadelphia, Pennsylvania 19103

24              (215) 988-9191

LOTHAR BUDIKE, P.E.

Page 10

1    Q.    Did you ask anybody else to
2   look for documents or did you do it just
3   yourself?
4        A.    Just myself.
5        MR. GARCIA:  Should we just
6   note for the record that the
7   documents have been Bates stamped
8   A-Valey 1 through A-Valey 54.
9        MR. WHITE:  Thank you.
10  BY MR. WHITE:
11       Q.    Mr. Budike, what is A-Valey?
12       A.    A-Valey Engineers is a
13  company that profiles professional
14  services and also mechanical engineering
15  services and electrical engineering
16  services worldwide.  It is a marine --
17  licensed marine engineering services.  So
18  we perform work around the world.
19       Q.    How long has A-Valey been in
20  existence?
21       A.    1964 through the present.
22       Q.    Did you start A-Valey?
23       A.    That's correct, yes, sir.
24       Q.    Currently, do you have a

Page 11

1   title or a position at A-Valey?
2        A.    I'm the CEO.
3        Q.    CEO?
4        A.    CEO and president,
5   treasurer.
6        Q.    How long have you been CEO
7   and president of A-Valey?
8        A.    As long as it's existed.
9        Q.    Does A-Valey have any type
10  of relationship or affiliation with
11  Powerweb, Inc.?
12       A.    Yes.
13       Q.    And what is the
14  relationship?
15       A.    Well, I as a -- my son and I
16  started off with CAMTEL, Inc.  And then
17  later on we went to Powerweb, Inc.  The
18  relationship is, you know, father and son
19  and I am the -- I was, when we started
20  CAMTEL in general service in 1991, I was
21  the secretary, and Louie, Jr. was the
22  president.  And then I owned about -- I'm
23  the one that gave him $25,000 to start
24  off.  And in 1996, we then went to

Page 12

1   Powerweb.
2        At that time, we then had
3   shares because he wanted to take the
4   company public.  So there was a different
5   deal that they made out to him.  So that
6   decreased my 45 percent stock and I got
7   then shares instead of the percentile,
8   what I used to have.  So in 1996 it
9   changed to 400,000 shares that I was
10  awarded.
11       Q.    When you say you were
12  awarded, do you --
13       A.    Louie Budike, Sr.
14       Q.    You individually own?
15       A.    That's correct, yes.
16       Q.    Let me finish the question.
17  A-Valey does not own any shares of
18  Powerweb.  Is that correct?
19       A.    No, sir.
20       Q.    So the shares are owned
21  individually by yourself?
22       A.    That's correct, sir.
23       Q.    Do you understand what
24  percentage of the outstanding stock of

Page 13

1   Powerweb you own?
2        A.    Outstanding?  I still own
3   400,000 shares.  You know, I don't know
4   anything about stocks, so that's why I,
5   you know, I only know the quantity.
6        Q.    Do you have an understanding
7   that you own 40 percent of the business
8   or 50 percent?
9        A.    Well, you know, if we look
10  in mathematics, then it doesn't hold true
11  for a percentile in Powerweb.
12       Q.    Do you have an understanding
13  of the percentage of Powerweb that you
14  own?
15       A.    Well, percentage, no, I
16  can't tell you percentage because I don't
17  know what they figured out.  I know
18  400,000 shares.
19       Q.    Do you know how many shares
20  your son Lou Budike, Jr., owns?
21       A.    No, because they redone that
22  when he wanted to go public.  And I left
23  that, that was not relevant for me, so I
24  left -- relevant to me it was not.  So I

4 (Pages 10 to 13)

LOTHAR BUDIKE, P.E.

Page 14

1  let things move on.
2      Q.  Do you have any idea at all
3  about the approximate percentage of
4  ownership interest you have in Powerweb?
5      A.  Percent, no, sir.
6      Q.  Do you get any dividends
7  paid on that stock?
8      A.  No, sir.
9      Q.  Has a dividend ever been
10  paid?
11      A.  No, sir.
12      Q.  Is there any periodic
13  financial report or report of operations
14  that Powerweb has prepared to explain to
15  its shareholders how the business is
16  performing?
17      A.  Well, you know, this is
18  father and son.  You know, so we don't --
19  it's not -- no, we don't have that, no.
20      Q.  So there's no documentation
21  prepared by Powerweb that describes how
22  its business is performed year to year?
23      A.  No, sir.
24      Q.  Have you ever seen any tax

Page 15

1  returns for Powerweb?
2      A.  No, sir.
3      Q.  Do you know what the tax
4  basis is in the stock that you own in
5  Powerweb?
6      A.  No, I don't know.  The only
7  thing I know is that Powerweb owes me a
8  lot of money.  That's all.
9      Q.  We'll get to that.  Have you
10  made loans to Powerweb?
11      A.  That's correct, yes, sir.
12      Q.  When did you make loans to
13  Powerweb?
14      A.  I made loans when -- the
15  time that he was going to go public
16  because the gentlemen came to see me and
17  they needed some money, so I cashed in
18  some CDs and I handed it over to them.
19      Q.  What was the amount of the
20  loans that you paid to Powerweb?
21      A.  150,000.  Just a minute.
22  About $440,000.  450,000 or so.
23      Q.  Do you know when these loans
24  were made?

Page 16

1      A.  Yes.  At the time that he
2  was maneuvering to bring the company, to
3  bring the company on line with -- to sell
4  the shares on the market.  So I don't
5  know the date.  I know the date, but I
6  can't remember what -- you know, what
7  date it was.
8      Q.  I appreciate that you might
9  not be able to remember the exact date.
10  Could you tell me the approximate year
11  this was?
12      A.  About --
13      MR. GARCIA:  If you can.
14  Don't guess.  If you can give him
15  an approximation.
16      THE WITNESS:  No, I'd
17  rather -- all I need to do is go
18  back and look at my checks and see
19  when I gave it to him.  But I
20  don't want to make a statement
21  that I don't remember.
22  BY MR. WHITE:
23      Q.  To the best of your
24  recollection, you can't tell me today the

Page 17

1  approximate year.  Is that correct?
2      A.  That's correct, yes.
3      Q.  Was there any documentation
4  on these loans?  Was there a formal note
5  or a loan prepared?
6      A.  What there was prepared was,
7  you know, when the CD was in the bank.
8  So I gave the bank one CD, I think it was
9  $150,000, and they then made me sign some
10  paperwork that Powerweb was going to use
11  that money.  On the other hand, when I
12  gave them the other money, there was CDs
13  that I cashed and I said, hey, go ahead
14  with the loans.
15      Q.  I guess my question, Mr.
16  Budike, is whether there is an actual
17  formal loan prepared or a formal note
18  prepared?
19      A.  No, sir.
20      Q.  So to somebody looking at
21  this from the outside, all they would
22  really see was that a certain amount of
23  money was given from you to Powerweb.  Is
24  that correct?

ESQUIRE DEPOSITION SERVICES

LOTHAR BUDIKE, P.E.

Page 18

1      A.   That's correct, sir.
2      Q.   And the money was given to
3  Powerweb, not directly to your son?
4      A.   No, to Powerweb.  Everything
5  was Powerweb.
6          MR. WHITE:  Mr. Garcia, I'll
7      request at some point, I don't
8      need to see the checks, but if you
9      could try to get me some
10     information about when the dates
11     were on those loans or that
12     payment, I'd appreciate it.
13         MR. GARCIA:  We'll see what
14     we can do.
15         MR. WHITE:  Thank you very
16     much.
17  BY MR. WHITE:
18     Q.   Now, you said this was
19  approximately $440,000?
20     A.   Yes.
21     Q.   Has any of that been paid
22  back?
23     A.   No, sir.
24     Q.   Have you made a demand or a

Page 19

1  request to your son to pay any of this
2  back?
3      A.   Oh, yeah, sure.  I tell him,
4  you know, I say, hey, let's move on.  But
5  then this situation happened.  I never
6  expected this thing.  I mean, for him not
7  to pay back.  Not that he doesn't want to
8  pay back, he can't pay back because you
9  have to understand, we were going as
10  friendly as possible with all the people
11  involved; that this is a good movement.
12  So I never realized that at some time
13  down the road there might be problems.  I
14  was waiting until everything was settled
15  before I collect my money back.
16     Q.   When you say this thing
17  going on, what thing are you referring
18  to?
19     A.   What we are here for about.
20  We're here about -- you know, that's why
21  we're here, the relationship split.  One
22  guy tried to con the other guy, whoever
23  it was.  So it split.  I didn't know that
24  this would have happened.

Page 20

1      Q.   When you say one guy tried
2  to con the other guy, what guys are you
3  referring to?
4      A.   Well, let me make a
5  statement.  The company that was on board
6  with Louie, with Junior, I referred to
7  him as an Englishman.  So I don't even
8  know the company that is referenced in
9  the case.
10     Q.   Would that be New Energy or
11  AES New Energy?  Is that what you're
12  referring to?
13     A.   Yes, I think it's -- that's
14  right.  Correct, yes.
15     Q.   So you said you referred
16  Louie to that company?
17     A.   No, no, no, no, no.  I
18  didn't say that.  I don't even know them
19  guys.  When these -- before these guys
20  came on board, things were happening very
21  well because I spent a lot of time
22  bringing it to the point where this
23  company came on board with Louie to
24  proceed to do what they were going to do.

Page 21

1  So there was never a conflict or any
2  opinion that, hey, somebody is going to
3  get hurt in this thing.  So that's the
4  reason why I did not pound on the boy to
5  say give me my money, give me my money.
6  Because the money was coming.  They had
7  everything in progress to do what they
8  had to do.
9      Q.   What is your understanding
10  of what New Energy and Powerweb were
11  going to do together?
12     A.   They were -- the idea was
13  this.  You know, during the Enron years.
14  The energy on the grid was sold, you
15  know, when there was not enough
16  transmission capacity.  So then you could
17  start your generators within the premises
18  at the facility.  And that generation
19  that you did not use, you know, you would
20  be paid X dollars for that.  To do that,
21  you needed all the computer, scientific
22  equipment in place to do that.  And as I
23  understand, he had an agreement with this
24  New Energy, whatever it is, you know, to

ESQUIRE DEPOSITION SERVICES

LOTHAR BUDIKE, P.E.

Page 126

1  year?
2       MR. WHITE:  Actually it
3  wasn't.
4       MR. GARCIA:  Very impressive
5  that you know that.
6       MR. WHITE:  Off the record.
7            - - -
8       (Whereupon, a discussion was
9  held off the record.)
10           - - -
11  BY MR. WHITE:
12      Q.  It says at the top, work
13  performed while building occupied after
14  hours, nights, weekends and holidays.  So
15  you didn't do any of this work during
16  normal business hours?
17      A.  You can't work in the
18  building during business hours.
19      Q.  Now, who was this bill sent
20  to?
21      A.  To Powerweb.
22      Q.  Has Powerweb paid any of it?
23      A.  No, sir.
24      Q.  Do you have any

Page 127

1  understanding with them whether they're
2  going to pay any of it?
3       A.  Well, we got to wait until
4  they make some money to pay me.
5       Q.  Has he, your son, indicated
6  whether he's going to pay you any bit of
7  this?
8       A.  He has no choice.  He's got
9  to pay A-Valey.
10      Q.  Well, have you tried to go
11  collect any of this?
12      A.  Yeah, he don't have the
13  money.
14      Q.  Have you tried to collect
15  any of this?
16      A.  Collect it from him?
17      Q.  Yes.
18      A.  Yes.
19      Q.  Have you tried to collect
20  it?
21      A.  I asked him.  He don't have
22  -- he say, hey, dad, whenever I got some
23  money, I'll pay you.
24      Q.  You haven't started any kind

Page 128

1  of lawsuit against Powerweb?
2       A.  No, come on, no.
3       Q.  Has he given you any
4  indication as to when he's going to start
5  trying to pay this back?
6       A.  As soon as he makes some
7  money.
8       Q.  Do you know that New Energy
9  provided $100,000?
10      A.  I sure do, yes.
11      Q.  Let me finish the question.
12  Do you know that they provided $100,000
13  in the early part of 2000 for development
14  and other expenses related to deal with
15  Bell Atlantic?
16      A.  I don't know what it was
17  for.  I just know he got a check for
18  $100,000.
19      Q.  Did he give any of that
20  money to you for the work that you did
21  here?
22      A.  The thing that I don't --
23  quickly came up, did he give me the
24  $100,000?  I don't know, but I can look

Page 129

1  up.  I can see what -- you know, in the
2  checks.
3       Q.  That's what I asked you
4  before, whether you had any knowledge
5  whether any of this invoice that is in
6  New Energy 55 has been paid, any part of
7  it?
8       A.  None of that -- no, none of
9  that right there has been paid, no, sir.
10      Q.  I want to show you what has
11  been previously marked as New Energy
12  Exhibit 40.  Do you see this?  Have you
13  seen this document before?
14      A.  No, I didn't.
15      Q.  Would you agree with me that
16  some of the items that are listed here in
17  the bullet points is the type of data and
18  information that is contained in the work
19  that you did on the 29 facilities for
20  which there is invoices that we've seen
21  in New Energy 55?
22      A.  You need -- I don't know
23  what he's done on here.  I can't talk for
24  him.  So this letter doesn't mean

33 (Pages 126 to 129)

LOTHAR BUDIKE, P.E.

Page 118

1    A.   That's for this particular
2  job, yes.
3    Q.   Did you keep those records?
4    A.   I should have them
5  somewhere, yes.
6    Q.   And if I asked your counsel
7  to go find them --
8    A.   I'm going to go look.
9    Q.   Hold on for a moment.  If I
10  ask your counsel to go find the hour
11  sheet, you would know what he's talking
12  about when he asks it to you?
13    A.   Yeah, sure.
14    Q.   And that would be the sheet
15  that shows what hours --
16    A.   The reference --
17    Q.   Just a moment.  That would
18  be a sheet that would show what hours you
19  and your men spent on looking at these 29
20  buildings?
21    A.   Yes.
22    Q.   Would it also tell you the
23  dates that you were working on those
24  buildings?

Page 119

1    A.   To days?  I beg your pardon?
2    Q.   Would that tell you the
3  days, the dates?
4    A.   The days, correct, yes.
5    Q.   And would it tell you how
6  long or how many hours they worked on a
7  given day?
8    A.   That's correct.  Worked on
9  that job on that given day.
10    Q.   Right.
11      MR. WHITE:  Let's mark this
12  as New Energy 55, please.
13        -  -  -
14      (Exhibit New Energy 55 was
15  marked for identification.)
16        -  -  -
17  BY MR. WHITE:
18    Q.   Mr. Budike, I'm handing you
19  what has been marked as New Energy
20  Exhibit 55.  Again, these are Bates
21  labeled A-Valey 00008 through 00026.
22  These were among the documents you and
23  your counsel brought to me this morning.
24      Can you take a look through

Page 120

1  these documents and tell me what this
2  packet of materials is?
3    A.   This is for a purchase order
4  request.  This is the work performed
5  while building's unoccupied after hours,
6  nights, weekends and holidays.  It is for
7  a Newark Central Office, Newark Market
8  Central Office, Newark Central Office.
9  Newark.
10    Q.   You're just telling me what
11  the first page is?
12    A.   That's right.
13    Q.   Fine, we can take them one
14  page at a time, but I'm going to ask you
15  generally what these documents are for
16  each of these.
17    A.   Provided professional
18  services, labor and material for the
19  facility and/or facilities.  Emergency
20  on-site generator capacity, condition and
21  all other data gathering as outlined and
22  requested.
23    Q.   Is this the purchase order
24  request that relates to work done on the

Page 121

1  29 buildings we've been talking about?
2    A.   That's correct, sir.
3    Q.   And is this, in essence, the
4  bill that you sent to Powerweb for the
5  work that you did?
6    A.   That's correct, sir.
7    Q.   The first one of these
8  documents has a date 2/19 to March 2000.
9  The last one says 5/19 through 5/20/2000.
10  Do you see that?
11    A.   That's 19, 19?  Yes.
12    Q.   Were all of these invoices
13  prepared on the same day?
14    A.   No.  On these here?
15    Q.   Yes.
16    A.   Yes, it came off from the
17  yellow pad, yes, sir.
18    Q.   I don't know what the yellow
19  pad is.
20    A.   You just asked me to send
21  you copy of my output.
22    Q.   The hour sheet?
23    A.   That's right.  I give it to
24  the secretary and she writes it down.

31 (Pages 118 to 121)

# EXHIBIT "G"

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK 
Together We Achieve the Extraordinary

**COPY**

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 67,200.00

NEWARK CENTRAL OFFICE, NEWARK

NEWARK MARKET CENTRAL OFFICE,
NEWARK

NEWARK 1 CENTRAL OFFICE, NEWARK

THREE (3) LOCATIONS

JOB NO. _____ 34065 _____

P.O. NO. _BACK CHARGE TO Powerweb-
Technology

DATE _ 02/19/00  Through 03/04/00_

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS 14  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS  280 @ $240.00 | $240.00 P/H | $ 67,200.00 |
| TOTAL | | $ 67,200.00 |

1 - 19

A-VALEY 00008

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*

**TEAMWORK** 
**Together We Achieve the Extraordinary**

**COPY**

## PURCHASE ORDER REQUEST
**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
                         BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING                    PROJECT COST $14,400.00
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

CORPORATE DATA CENTER, FREEHOLD

JOB NO. _____38066_____

P.O. NO. ___BACK CHARGE TO Powerweb-___
                              Technology

DATE ___03/06/00 Through 03/08/00___

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS ,3    @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

2 - 19

**A-VALEY 00009**

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

**COPY**

TEAMWORK 
**Together We Achieve the Extraordinary**

## PURCHASE ORDER REQUEST
**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

CORPORATE TRAINING CENTER,
SOUTH PLAINDIELD

JOB NO. _____312067_____
P.O. NO. _BACK CHARGE TO Powerweb-
Technology
DATE __03/10/00 Through 03/12/00_

|  | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS | | |
| OUTLINED AND REQUESTED. | | |
| | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3    @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS,   60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | |

3 - 19

**A-VALEY 00010**

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



TEAMWORK
**Together We Achieve the Extraordinary**

## PURCHASE ORDER REQUEST
For Work Performed : FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

JOB NO. _____ 316068 _____

P.O. NO. ___ BACK CHARGE TO Powerweb- Technology

CORPORATE DATA CENTER,

MADISON

DATE ___ 03/14/00 Through 03/16/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS,  60 @ $240.00 | $240.00 P/H | $ 14.400.00 |
| TOTAL | | $ 14,400.00 |

4 - 19

A-VALEY 00011

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

## MECHANICAL AND ENVIRONMENTAL CONTRACTORS
## LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



### PURCHASE ORDER REQUEST

For Work Performed : FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $14,400.00

JOB NO. _____ 320069 _____

P.O. NO. ___ BACK CHARGE TO Powerweb-
                                    Technology

NEW BRUNSWICK CENTRAL OFFICE

NEW BRUNSWICK

DATE ____ 03/18/00 Through 03/20/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS ,3    @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS , 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

5 - 19

A-VALEY 00012

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
**Together We Achieve the Extraordinary**

 COPY

### PURCHASE ORDER REQUEST
**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 14,400.00

JOB NO.    324070
P.O. NO.   BACK CHARGE TO Powerweb-
Technology
DATE    03/22/00 Through 03/24/00

PATERSON CENTRAL OFFICE,

PATERSON

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3   @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $14,400.00 |

6 - 19

**A-VALEY 00013**

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



**TEAMWORK** 
**Together We Achieve the Extraordinary**

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING        PROJECT COST $ 14,400.00
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

JOB NO. _____328071_____

P.O. NO. ____BACK CHARGE TO Powerweb-
Technology

TEANECK AMA, TEANECK          DATE ____03/26/00 Through 03/28/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

7 - 19

**A-VALEY 00014**

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

## MECHANICAL AND ENVIRONMENTAL CONTRACTORS
## LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



### PURCHASE ORDER REQUEST
For Work Performed : FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $14,400.00

JOB NO. _____401072_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

IRVINGTON DSC, IRVINGTON

DATE ___03/30/00 Through 04/01/00___

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 3  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 60 @ $240.00 | $240.00 P/H | $ 14,400.00 |
| TOTAL | | $ 14,400.00 |

8 - 19

A-VALEY 00015

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*

**TEAMWORK**
**Together We Achieve the Extraordinary**



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 33,600.00

JOB NO. _____409073_____

P.O. NO. ___BACK CHARGE TO Powerweb-Technology___

CAMDEN CENTRAL OFFICE, CAMDEN

DATE ___04/03/00 Through 04/09/00___

CAMDEN 11 CENTRAL OFFICE, CAMDEN

ATLANTIC CITY CENTRAL OFFICE,
ATLANTIC CITY

| THREE (3) LOCATIONS | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 7  @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS , 140 @ $240.00 | $240.00 P/H | $ 33,600.00 |
| TOTAL | | $ 33,600.00 |

9 - 19

A-VALEY 00016

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

**MECHANICAL AND ENVIRONMENTAL CONTRACTORS**
**LICENSED MARINE & INDUSTRIAL ENGINEERS**

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR, NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $

JOB NO. _____416074_____

P.O. NO. BACK CHARGE TO Powerweb Technology

EWING ADMINISTRATION, EWING

TRENTON CENTRAL OFFICE, TRENTON

DATE ___04/12/00 Through 04/16/00

TWO (2) LOCATIONS

|  | UNIT PRICE | AMOUNT |
|---|---|---|
|  |  |  |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS, 5  @ 10 HOURS/DAY/PER HOUR |  |  |
| TOTAL PROJECT HOURS, 100 @ $240.00 | $240.00 P/H | $ 24,000.00 |
| TOTAL |  | $ 24,000.00 |

10 - 19

**A-VALEY 00017**

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS



TEAMWORK 
**Together We Achieve the Extraordinary**

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO.    419075
P.O. NO.   BACK CHARGE TO Powerweb-
                          Technology
DATE    04/18/00  Through  04/19/00

ELIZABETH CENTRAL OFFICE,

    ELIZABETH

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 2  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS , 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

11 - 19

A-VALEY 00018

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____ 421076 _____
P.O. NO. BACK CHARGE TO Powerweb-
Technology

CRANFORD ACCOUNTING,
CRANFORT

DATE _____ 04/20/00  Through  04/21/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 2  @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS , 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

12 - 19

A-VALEY 00019

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*



TEAMWORK
Together We Achieve the Extraordinary

## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 38,400.00

SUPPORT SVC HEADQUARTERS, ORANGE

PASSAIC CENTRAL OFFICE, PASSAIC

EAST ORANGE CENTRAL OFFICE,
EAST ORRANGE

IRVINGTON CENTRAL OFFICE, IRVINGTON

FOUR (4) LOCATIONS

JOB NO. _____429077_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

DATE __04/22/00  Through 04/29/00__

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 8  @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS , 160 @ $240.00 | $240.00 P/H | $ 38,400.00 |
| TOTAL | | $ 38,400.00 |

13 - 19

A-VALEY 00020

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

For Work Performed : FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____501078_____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

MORRISTOWN CENTRAL OFFICE,
MORRISTOWN

DATE ___04/31/00  Through 05/01/00___

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 2  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

14 - 19

A-VALEY 00021

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 28,800.00

JERSEY CITY TSP, JERSEY CITY

JOURNAL SQUARE CENTRAL OFFICE,
JERSEY CITY

BERGEN CENTRAL OFFICE, JERSEY CITY

JOB NO. ___508079___
P.O. NO. ___BACK CHARGE TO Powerweb-Technology___
DATE ___05/03/00  Through  05/08/00___

THREE (3) LOCATIONS

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 6  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 120 @ $240.00 | $240.00 P/H | $ 28,800.00 |
| TOTAL | | $ 28,800.00 |

15 - 19

A-VALEY 00022

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary

COPY 

## PURCHASE ORDER REQUEST
**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR, NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO.       511080

P.O. NO.   BACK CHARGE TO Powerweb-
Technology

ENGLEWOOD CENTRAL OFFICE,
ENGLEWOOD

DATE      05/10/00  Through 05/11/00

|  | UNIT PRICE | AMOUNT |
|---|---|---|
|  |  |  |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. |  |  |
| COMPLETED THE PROJECT AND SUBMITTED ALL |  |  |
| RELEVANT DATA REPORTS. |  | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H |  |  |
| ($90.00 + $150.00) $240.00 |  |  |
| TOTAL DAYS , 2  @ 10 HOURS/DAY/PER MAN |  |  |
| TOTAL PROJECT HOURS , 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

16 - 19

A-VALEY 00023

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# *A-VALEY ENGINEERS, INC.*

### *MECHANICAL AND ENVIRONMENTAL CONTRACTORS*
### *LICENSED MARINE & INDUSTRIAL ENGINEERS*

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $9,600.00

JOB NO.       514081

P.O. NO.   BACK CHARGE TO Powerweb-
                                    Technology

ASBURY PARK CENTRAL OFFICE,
           ASBURY PARK

DATE    05/13/00  Through  05/14/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES | | |
| EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | . |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS,  2  @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

17 – 19

A-VALEY 00024

1137 Atlantic Avenue - Camden, NJ  08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA  19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

For Work Performed : FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO. _____ 517082 _____

P.O. NO. BACK CHARGE TO Powerweb-
Technology

PLAINFIELD CENTRAL OFFICE,
PLAINFIELD

DATE _05/16/00_ Through _05/17/00_

| | UNIT PRICE | AMOUNT |
|---|---|---|
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS , 2  @ 10 HOURS/DAY /PER MAN | | |
| TOTAL PROJECT HOURS | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

18 - 19

A-VALEY 00025

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192

# A-VALEY ENGINEERS, INC.

### MECHANICAL AND ENVIRONMENTAL CONTRACTORS
### LICENSED MARINE & INDUSTRIAL ENGINEERS

TEAMWORK
Together We Achieve the Extraordinary



## PURCHASE ORDER REQUEST

**For Work Performed :** FOR POWERWEB TECHNOLOGY AT
BELL ATLANTIC NJ FACILITIES

WORK PERFORMED WHILE BUILDING
UNOCCUPIED, AFTER HOUR,NIGHTS
WEEKEND AND HOLIDAYS.

PROJECT COST $ 9,600.00

JOB NO.    520083
P.O. NO.   BACK CHARGE TO Powerweb-
Technology

HACKENSACK CENTRAL OFFICE,
HACKENSACK

DATE   05/19/00  Through 05/20/00

| | UNIT PRICE | AMOUNT |
|---|---|---|
| | | |
| PROVIDED PROFESSIONAL SERVICES, LABOR AND MATERIAL FOR THE FACILITY AND OR FACILITIES EMERGENCY ON SITE GENERATOR CAPACITY, CONDITION AND ALL OTHER DATA GATHERING, AS OUTLINED AND REQUESTED. | | |
| COMPLETED THE PROJECT AND SUBMITTED ALL | | |
| RELEVANT DATA REPORTS. | | |
| AGREED HOURLY RATE CHARGE, $240.00 NET P/H | | |
| ($90.00 + $150.00) $240.00 | | |
| TOTAL DAYS, 2 @ 10 HOURS/DAY/PER MAN | | |
| TOTAL PROJECT HOURS, 40 @ $240.00 | $240.00 P/H | $ 9,600.00 |
| TOTAL | | $ 9,600.00 |

19 - 19

A-VALEY 00026

1137 Atlantic Avenue - Camden, NJ 08104 - (856) 338-1450 - FAX (856) 338-1489
3557 National Dr., Suite D - Norman, OK 73069 - (405) 360-2996 - FAX (405) 360-9675
506 Georgetown Road - Wallingford, PA 19086 - (610) 876-3192