IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF CONSTELLATION NEWENERGY, INC.'S MOTION
TO STRIKE THE SECOND EXPERT REPORT OF CONSTANTINOS PAPPAS
AND PRECLUDE EVIDENCE**

Plaintiff Constellation NewEnergy, Inc., respectfully moves to strike the second expert report of Constantinos Pappas, CPA, submitted by Defendant Powerweb Technologies, Inc., and preclude evidence pursuant to Federal Rules of Civil Procedure 26 and 37 for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

For WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP

s/DL422
David E. Landau, I.D. #43341
Matthew A. White, I.D. #55812
Zachary C. Glaser, I.D. #85979
Jennifer C. O'Neill, I.D. #89755

1650 Arch Street, 22nd floor
Philadelphia, Pennsylvania 19103-2097
(215) 977-2000

*Attorneys for Plaintiff,
Constellation NewEnergy, Inc.*

Dated: June 21, 2004

DSB:972832.1/AES003-158567