IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATION**

I certify that, prior to filing Plaintiff Constellation NewEnergy's Memorandum of Law in Support of Plaintiff Constellation NewEnergy, Inc.'s Motion To Strike the Second Expert Report of Constantinos Pappas and Preclude Evidence, the parties made a reasonable, good faith effort to meet and confer but were unable to resolve this dispute.

                                                                                                                     s/DL422
                                                                                                                   David E. Landau

Dated: June 21, 2004