**CERTIFICATE OF SERVICE**

I certify that on June 21, 2004, I caused a true and correct copy of Plaintiff Constellation NewEnergy, Inc.'s Motion To Strike the Second Expert Report of Constantinos Pappas and Preclude Evidence, a proposed order, accompanying memorandum of law and appendix to be served via hand delivery upon:

>Kara H. Goodchild, Esquire
>SAUL EWING LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA  19102-2186

>_____s/JO416_____
>Jennifer C. O'Neill

DSB:972937.1/AES003-158567