IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, upon consideration of Plaintiff Constellation NewEnergy, Inc.'s Motion to Strike the Second Expert Report of Constantinos Pappas and Preclude Evidence, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.  Mr. Pappas' second expert report is hereby stricken and Powerweb is precluded from offering evidence related to thirteen specific utilities referenced in Mr. Pappas' second expert report.

**BY THE COURT:**

_____
The Honorable Harvey Bartle, III,  J.