**CERTIFICATE OF SERVICE**

    I certify that on June 24, 2004, I caused a true and correct copy of Plaintiff Constellation NewEnergy, Inc.'s Reply to Powerweb's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and exhibits to be served electronically upon:

        Kara Goodchild, Esquire
        SAUL EWING LLP
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA  19102-2186

The document is available for viewing and downloading from the ECF system.

                        s/JO416
                        Jennifer C. O'Neill