**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CONSTELLATION NEWENERGY, INC.,    :
                                  :
              Plaintiff,          :        Civil Action No. 02-CV-2733 (HB)
                                  :
       v.                         :
                                  :
POWERWEB TECHNOLOGIES, et al.,    :
                                  :
              Defendants.         :

**<u>WITHDRAWAL OF APPEARANCE</u>**

Kindly withdraw my appearance as counsel for defendant Powerweb Technologies, in the above-captioned action.  Saul Ewing LLP remains as counsel for defendant.

*Nytasha W. Tobias*
                    NT572
_____
Nytasha W. Tobias, Esquire
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7187

Attorneys for Defendant
Powerweb Technologies, Inc.

**Dated:** June 23, 2004

## CERTIFICATE OF SERVICE

I, Nytasha W. Tobias, hereby certify that a true and correct copy of the foregoing was served this day, via First Class U.S. Mail, upon the following counsel of record:

> Jennifer C. O'Neill, Esquire
> Wolf, Block, Schorr and Solis-Cohen, LLP
> 1650 Arch St., 22nd Floor
> Philadelphia, PA 19102

_____ NT572
Nytasha W. Tobias

Date:   June 23, 2004