LOTHAR E.S. BUDIKE, JUNIOR

Page 689

1  Gamble, the entire package.  And when you
2  say the "entire package," the load
3  metering, the contract mechanism and all
4  that other stuff, yes.
5      Q.   Anyone else?  Anybody else
6  you can think of?
7      A.   Not off the top of my head.
8      Q.   Let's go back to the
9  counterclaim.  Let's go to Paragraph 90
10 on Page 9.  Let's go to -- I'm sorry,
11 let's go to Page 32, Paragraph 207.
12          Page 207 -- I mean,
13 Paragraph 207 you allege -- I have a
14 count here for tortious interference with
15 prospective contractual relations.  Other
16 than Bell Atlantic, tell me who you
17 actually had -- were in contract
18 negotiations with and lost the contract
19 because of the actions of NewEnergy?
20     A.   BG&E.
21     Q.   Okay.  Other than BG&E, is
22 there anyone else?
23     A.   Not that I can remember
24 right off the top of my head, but BG&E

Page 690

1  was the main one.  That was our biggest
2  contract.
3      Q.   That was a contract.  I'm
4  not talking about existing contracts, I'm
5  talking about prospective contracts.
6      A.   Oh, prospective contracts.
7  Well, there were several prospective
8  contracts, I believe, that were in the
9  pipeline at the time.  And as soon as
10 this hit the -- hit the street, everybody
11 started talking about it.
12     Q.   Can you name me the names?
13     A.   No, I can't name them off
14 the top of my head.  I'd have to look at
15 the sales pipeline chart, look at the
16 dates.
17     Q.   Did you have any -- when
18 you -- when you say "sales pipeline," did
19 you have just general discussions with
20 them?
21     A.   There might have been
22 general discussions with some, there
23 might have been proposals on the table
24 with others.

Page 691

1      Q.   Do you have any facts to
2  tell me whether anyone at NewEnergy knew
3  about specific discussions with
4  prospective customers of yours at the
5  time?
6      A.   Only BG&E.
7      Q.   Okay.  Nobody else?
8      A.   That I could tell you with a
9  matter of fact.
10     Q.   And how about with existing,
11 is BG&E the only existing one, it would
12 be both existing or prospective?
13     A.   I don't have any factual
14 statements that they went around to -- I
15 don't have anything factual.
16     Q.   I'm not asking you whether
17 they went around.  I'm asking you --
18 factually they have any knowledge of the
19 identity of your prospective or existing
20 customers other than BG&E and Bell
21 Atlantic?
22     A.   They would have a general
23 knowledge of who my customers are because
24 they're so limited in nature.  Because

Page 692

1  they would know who I already signed up
2  to the program from my -- from my press
3  releases, and they would know that
4  there's only three utilities in every
5  state -- or two.
6           So, I mean, but I don't know
7  that they contacted those utilities in
8  order to say something.  But they would
9  know who my prospective clients would be.
10     Q.   Well, do you have any --
11 other than assuming from what's your
12 press release out there, I'm talking --
13 had anybody at NewEnergy or anyone else
14 ever communicate to you about --
15 specifically about NewEnergy's knowledge
16 of who your prospective customers were?
17     A.   Not from the NewEnergy side.
18     Q.   Okay.
19          MR. LANDAU:  I need a
20 minute.  Let's take a two-minute
21 break.
22          - - -
23          VIDEO TECHNICIAN:  Off the
24 record at 4:56.

77 (Pages 689 to 692)