1
2     Q.   You are not an expert in the energy
3  industry, are you?
4     A.   No.
5     Q.   For any of those 13 contracts, or
6  customers listed there, have you seen a draft
7  contract between them and Powerweb?
8              MS. GOODCHILD:  Objection.
9     Withdrawn.
10    A.   No, not seen any contract, draft
11 contracts.
12    Q.   Did you know whether any such
13 contracts existed?
14    A.   Between who?
15    Q.   Any of those 13 customers, or
16 potential customers, and Powerweb.
17    A.   No.
18    Q.   Why do you think that Powerweb would
19 have gotten, had a relationship with, any of
20 those 13 customers?
21    A.   From discussions with Mr. Budike;
22 that out of those 13, that they were the
23 finalists in requests for bids for each of
24 those utilities.
25    Q.   Did you see any documents or

1
2  correspondence between any of those companies
3  and Powerweb that indicated they were even
4  considering doing business with Powerweb?
5      A.   No.
6      Q.   Did you see one piece of paper that
7  indicated that any of those companies even
8  knew who Powerweb was?
9      A.   No.
10     Q.   You were just taking Mr. Budike's
11 word on that one, too?
12     A.   Yes, I did.
13     Q.   See, for CILCO there are 23,064 C &
14 I customers?
15     A.   Yes.
16     Q.   Can you name one of those customers?
17     A.   Pardon me?
18     Q.   Can you name one of those customers?
19     A.   No.
20              MS. GOODCHILD:  Objection.
21 BY MR. WHITE:
22     Q.   Do you know whether any of those
23 23,064 C & I customers at CILCO have ever
24 heard of Powerweb?
25              MS. GOODCHILD:  Objection.