IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.  :     CIVIL ACTION
                               :
        v.                     :
                               :
POWERWEB TECHNOLOGIES, INC.    :     NO. 02-2733

## ORDER

AND NOW, this      day of July, 2004, it is hereby ORDERED that:

(1)  the unopposed motion of counterclaim defendant Constellation NewEnergy, Inc. ("NewEnergy") for summary judgment on Count II of the amended counterclaim of Powerweb Technologies, Inc. ("Powerweb") is GRANTED.  Powerweb agrees it has no claim for breach of the letter of intent;

(2)  the motion of NewEnergy for summary judgment on Count IV of the amended counterclaim is GRANTED.  Under Pennsylvania law, there is no independent cause of action for breach of implied contractual duties of good faith and fair dealing under the circumstances presented here.  See Northview Motors, Inc. v. Chrysler Motors Corp., 227 F.3d 78, 91-92 (3d Cir. 2000);

(3)  judgment is entered in favor of NewEnergy and against Powerweb on Counts II and IV of the amended counterclaim of Powerweb;

(4) the motion of NewEnergy for summary judgment is otherwise DENIED on the ground that genuine issues of material fact exist;

(5) the motion of Powerweb for summary judgment on Count IV of the second amended complaint of NewEnergy is GRANTED. NewEnergy is not entitled to an equitable accounting since it has adequate legal remedies. See Meier v. Maleski, 648 A.2d 595, 606 n.21 (Pa. Commw. 1994); Berger & Montague P.C. v. Scott & Scott L.L.C., 153 F. Supp. 2d 750, 754 (E.D. Pa. 2001);

(6) judgment is entered in favor of Powerweb and against NewEnergy on Count IV of the second amended complaint; and

(7) the motion of Powerweb for summary judgment is otherwise DENIED on the ground that genuine issues of material fact exist.

BY THE COURT:

_____
J.