## Constellation NewEnergy Exhibit List

| Exhibit No. | Deposition Exhibit No. | Bates No. | Date | Author | Recipient | Description |
|---|---|---|---|---|---|---|
| PX1 | | McGeown 001-002 | 04/29/99 | Harry Davitan | Edward Kulik, Jr. | Letter re: Sale of capacity from emergency generators |
| PX2 | Budike 2 | PW00001-00002 | 03/12/99 | Lothar Budike, Jr | James Goodman | Letter re: Omni-Link Efficiency System |
| PX3 | Budike 4 | PW00003-00004 | 06/24/99 | Lothar Budike, Jr. | James Goodman | Letter re: Omni-Link Efficiency System |
| PX4 | Budike 6 | PW00005 | 07/15/99 | Lothar Budike, Jr. | David McGeown | Letter re: Omni-Link Efficiency System |
| PX5 | Powerweb 3 | PW00172 | 09/02/99 | Jonathan Harkness | Lothar Budike | Email re: NewEnergy |
| PX6 | Budike 7 | PW00006-00007 | undated | | | Powerweb Opportunity Summary |
| PX7 | | PW00757-00771 | 09/21/99 | | | Flex-Save Energy Product for New Jersey - Creating a unique advantage for customer |
| PX8 | | PW00716-00718 | 10/11/99 | | | Draft letter of intent between NewEnergy Corporation and Powerweb Technologies |
| PX9 | Budike 8 | PW00008-00009 | 10/11/99 | | | Non-Disclosure Confidentialty Agreement |
| PX10 | Budike 10 | PW00011-00019 | | | | Executive Summary |
| PX11 | | NE000222-238 | 10/18/99 | David McGeown | Lothar Budike, Jr. | Email with attachments re: Letter of Agreement and Executive Summary |
| PX12 | Powerweb 77 | P00059-00061 | 10/25/99 | | | First Letter of Intent |
| PX13 | Powerweb 78 | PW00065-67 | 10/26/99 | | | Second Letter of Intent |
| PX14 | Budike 19 | PW00068 | 10/26/99 | | | Bell Atlantic Reserve Capacity Sales Update Notes on meeting with PowerWeb |
| PX15 | | PW002290 | 11/04/99 | | | Bell Atlantic Powerpoint presentation |
| PX16 | | PW00571-572 | 11/04/99 | | | Non-Disclosure Confidentialty Agreement, unsigned |
| PX17 | Budike 3 | PW1204 | | | | Powerweb_Telecom_Promo.exe |
| PX18 | | PW00210-212 | 11/23/99 | David McGeown | Lothar Budike, Jr. | Email re: proposal-PSE&G doc |

## Constellation NewEnergy Exhibit List

| Exhibit No. | Deposition Exhibit No. | Bates No. | Date | Author | Recipient | Description |
|---|---|---|---|---|---|---|
| PX19 | Powerweb 7 | PW00226 | 12/03/99 | David McGeown | James Curnyn | Email re: Bell Atlantic - powerweb |
| PX20 | Powerweb 8 | NE000182-210 | 12/20/99 | David McGeown | Brian Hayduk | Email re: PowerWeb Conference call with attached Powerweb Summary Plan |
| PX21 | Powerweb 105 | NE006683-685 | 01/05/00 | Doug Short | Matthew Hunter | E-mail re: Bell Atlantic PowerWeb |
| PX22 | Powerweb 5 | NE000166-00167 | 01/07/00 | | | Exclusive Agreement for Bell Atlantic between New Energy and Powerweb |
| PX23 | Powerweb 9 | NE000170-00171 | 01/08/00 | | | Exclusive Bell Atlantic Agreement Addendum: Profit Distribution Agreement |
| PX24 | Powerweb 10 | PW00246-00247 | 01/09/00 | David McGeown | Lothar Budike, Jr. | Email re: Important Next Steps |
| PX25 | | PW002290 | 01/10/00 | David McGeown | | FinalBell2.pdf |
| PX26 | Powerweb 11 | PW00248 | 01/11/00 | David McGeown | Lothar Budike, Jr. | Email re: Meeting with Bell Atlantic |
| PX27 | Powerweb 48 | PW00263-00264 | 02/03/00 | David McGeown | Brian Hayduk | Email re: Profit distribution agreement & other bits |
| PX28 | Powerweb 50 | PW00270-00271 | 02/03/00 | David McGeown | Lothar Budike, Jr. | Email re: Agreement to cover PWT customers |
| PX29 | NewEnergy 40 | PW00109 | 02/07/00 | Lothar Budike, Jr. | David McGeown | Letter re: Project Scope for Generation Study |
| PX30 | Powerweb 16 | NE000172-00174 | 02/08/00 | | | Exclusive PWT Customer Marketing Agreement between New Energy and Powerweb |
| PX31 | Powerweb 17 | NE003904-3919 | 02/22/00 | | | Flex-Save Energy Product for New Jersey |
| PX32 | NewEnergy 41 | PW00286-287 | 02/27/00 | David McGeown | Powerweb | Email re: Help |
| PX33 | Powerweb 14 | PW00296 | 04/20/00 | James Curnyn | James Goodman | Email re: Load Curtailment Pilot |
| PX34 | | TRF 00326-00335 | 04/24/00 | | | Proposal for Bell Atlantic - Pilot Load Curtailment Program |
| PX35 | Powerweb 22 | NE000009 | 08/16/00 | Lou Budike | Brian Hayduk | Letter re: Powerweb Technologies Load Curtailment Project |

## Constellation NewEnergy Exhibit List

| Exhibit No. | Deposition Exhibit No. | Bates No. | Date | Author | Recipient | Description |
|---|---|---|---|---|---|---|
| PX36 | | MA 264-266 | 08/21/00 | | | Draft News Release with attached email from Martin Anderson |
| PX37 | | MA 267-268 | 08/25/00 | Martin Anderson | Brian Hayduk | Email re: Powerweb Technologies News Release |
| PX38 | NewEnergy -46 | TPD001-3 | 09/07/00 | | | News Release "AES NewEnergy Selects Omni-Lind Internet Energy Platform for Customers in New York and New Jersey" |
| PX39 | NewEnergy-44 | NE000010 | 09/18/00 | Brian Hayduk | Lothar Budike | Letter form re: Powerweb |
| PX40 | NewEnergy-74 | PW00543-00544 | 09/19/00 | Lothar Budike | Brain Hayduk | Email re: Powerweb Technologies News Release |
| PX41 | NewEnergy-49 | PW00309 | 02/27/01 | Brian Hayduk | Lothar Budike | Email re: Re(2) Agreement |
| PX42 | | PW00324 | 02/23/02 | Brian Hayduk | Lothar Budike | Email re: call/meeting |
| PX43 | | PW00307 | 02/23/01 | Brian Hayduk | Lothar Budike | Email re: Agreement |
| PX44 | | PW00325 | 02/25/02 | Brian Hayduk | Lothar Budike | Email re: call/meeting |
| PX45 | | NE003922-003923 | 02/25/02 | Lothar Budike | Brian Hayduk | Email re: call/meeting |
| PX46 | | NE000016 | 03/01/02 | George Drosdowich | Lothar Budike | Demand letter for $100,000 |