Case 2:02-cv-02733-HB   Document 105-3   Filed 07/15/2004   Page 1 of 1
Received 03/03/2004 09:58AM in 01:54 on    [3] for 2904 WORKSRV2 printed B00E9D53 on    03/2004 10:00AM  * Pg 2/4
03/02/2004 22:04 FAX                                                                                    ☒002/004



1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

Jennifer C. O'Neill
Direct Dial: (215) 977-2108
Direct Fax: (215) 405-3708
E-mail:    joneill@wolfblock.com

March 3, 2004

**VIA FAX AND FIRST CLASS MAIL**

Kara H. Goodchild, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102-2186

    Re:    **Constellation NewEnergy, Inc. v. Powerweb Technologies, Inc., et al., No. 02-CV-2733**

Dear Kara:

    During the deposition of David McGeown on February 26, 2004, Rudy Garcia requested that Mr. McGeown review his old home computer again for responsive documents. As a result of that search, we are forwarding a document Bates-labeled McGeown001-002.

                                  Very truly yours,

                                  *Jennifer C O'Neill*
                                  Jennifer C. O'Neill
                  For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure

DSB:956998.1/AES003-158567

Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations: Harrisburg, PA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

1

**Exhibit B**