IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC., :
:
        Plaintiff, :    Civil Action No. 02-CV-2733 (HB)
:
v. :
:
POWERWEB TECHNOLOGIES, INC., :
:
:
:
        Defendant. :

## DECLARATION OF DAVID McGEOWN

David McGeown declares:

1.     I am currently employed as an independent consultant and act as nonexecutive chairman of Energy Tracking, Inc. ("ETI").

2.     I have held this position since Spring 2001, when I left AES Intricity.

3.     I make this declaration from personal knowledge.

4.     In the Spring of 1999, I was hired by NewEnergy Ventures, the predecessor of AES NewEnergy, to develop and market energy services programs. Attached as Exhibit A to this declaration is a document Bates-labeled McGeown001-002, a true and correct copy of a letter regarding the proposed purchase of a customer's excess capacity. I recall that I was given the document by NewEnergy Ventures as an example of the type of projects New Energy Ventures was pursuing and that I should help to develop.

5.     NewEnergy Ventures was a non-regulated energy supplier, operating in several energy markets where deregulation first started, including Pennsylvania, New York, New England and California.



DSB:969009.3/AES003-158567

Exhibit D