

KARA H. GOODCHILD

Phone: (215) 972-7187

Fax: (215) 972-1825

kgoodchild@saul.com

www.saul.com

October 20, 2003

**Via Facsimile and U.S. Mail**
Zachary C. Glaser, Esquire
Wolf, Block, Schorr & Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097

Re:    Constellation New Energy, Inc. v. Powerweb Technologies, Inc. et al.
E.D. Pa. No. 02-CV-2733

Dear Zach:

Please provide deposition dates during November for the following:

Jim Curnyn;
George Drosdowich;
Kirk Hampton;
Brian Hayduk;
Pete Langbein;
Steve Levine;
Dierdre Lord;
Rob Morgan;
Dave McGeown; and
Doug Short.

Very truly yours,

Kara H. Goodchild

**Exhibit F**

Pamela S. Goodwin – New Jersey Managing Partner

BALTIMORE   CHESTERBROOK   HARRISBURG   NEW YORK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

## Goodchild, Kara H.

**From:**    Goodchild, Kara H.

**Sent:**    Wednesday, January 14, 2004 2:30 PM

**To:**      'Glaser, Zachary C. '

**Subject:** RE: Powerweb litigation

Zach- I will get you February dates.  We are still waiting on dates for several witness that we asked for in October and December.  Please get us dates for:

David McGeown
Brian Hayduk
Keith Mistry
Doug Short
Andrew Singer
Kirk Hampton

I will review my list and let you know if there is anyone I am forgetting.

With respect to the documents, I will look into it.  It was my understanding from Joel that you were working directly with RETX to obtain the documents, as they are covered by a confidentiality order entered by the district court in Georgia. Further, I do not believe that we have yet received a complete production from RETX.

Kara

Kara H. Goodchild
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Fl.
Philadelphia, PA  19102
215-972-7187 direct dial
215-972-1825 direct fax
kgoodchild@saul.com

> -----Original Message-----
> **From:** Glaser, Zachary C. [mailto:zglaser@WOLFBLOCK.com]
> **Sent:** Wednesday, January 14, 2004 1:53 PM
> **To:** Goodchild, Kara H.
> **Subject:** Powerweb litigation
>
> Kara:
>
> Please provide dates in February when you and your colleagues are available to participate in depositions.
>
> Also, at the deposition yesterday, your client made reference to several documents which I don't believe we have seen, including materials from RETX and paperwork from Powerweb and A-Valley relating to the work which A-Valey is alleged to have done for Powerweb on the Bell Atlantic deal.  This should include P.O.s, correspondence, receipts, checks, etc.
>
> Finally, we are still waiting to hear from you about several of the witnesses and potential witnesses whom we have identified over the past month.
>
> Regards,
>
> Zach
>
> Zachary C. Glaser, Esquire
> Wolf, Block, Schorr and Solis-Cohen LLP