```
                                          Volume:  1
                                          Pages: 1-162
                                          Exhibits: 68-97

              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PENNSYLVANIA

                              No. 02-CV-2733(HB)


       ------------------------------------

       CONSTELLATION NEWENERGY, INC.,

                 Plaintiff,

       VS.

       POWERWEB TECHNOLOGIES, INC., et al,

                 Defendant.

       ------------------------------------



            Deposition of STEVEN LEVINE, a witness
       called on behalf of the Defendant, taken pursuant
       to notice before Cindy M. Falcon, Certified
       Shorthand Reporter and Notary Public in and for
       the Commonwealth of Massachusetts, at the Holiday
       Inn, 242 Adams Place, Boxborough, Massachusetts,
       on Thursday, January 22, 2004, commencing at 12:05
       p.m.


                         ----------



            BRAMANTI & LYONS COURT REPORTING, INC.
              REGISTERED PROFESSIONAL REPORTERS
            240 Commercial St., Boston, MA 02109
            Tel: 617-723-7321/ Fax: 617-523-5153
```

**Exhibit H**

1   Q    You were employed at NewEnergy in 1999?
2   A    Yes.
3   Q    You worked there from some point?
4   A    Since November of '98.
5   Q    You worked with several people in the energy
6       services group who reported to you, and you listed
7       eight or nine of them, correct?
8   A    That's correct.
9   Q    You had occasion to talk with them about their
10      understanding of what types of product, what types
11      of products were available in the industry at that
12      particular time, right?
13   A    Yes.
14   Q    You had some awareness and knowledge of what
15      energy services group within NewEnergy knew about
16      the state of competition and types of products
17      that were available within the industry?
18   A    Yes.
19   Q    In 1999 when Mr. Budike was bringing this proposal
20      to NewEnergy, did NewEnergy already know about the
21      concept of capacity sales?
22   A    A number of staff, employees at NewEnergy
23      Ventures, were familiar with the idea of capacity
24      sales, not limited to the energy service unit, but

1         also in the trading group.
2                 With that said, I can't speak to whether we
3         had actually done a capacity or reserve sale at
4         that time.
5     Q   But certainly the concept wasn't anything that was
6         novel to the group of people within NewEnergy?
7                 MS. GOODCHILD:  Objection, argument.
8         He's already testified.
9     A   Not to my knowledge.
10    Q   Did you consider there to be anything novel or
11        unique about the program that Mr. Budike was
12        bringing to NewEnergy?
13    A   Well, as I said before--
14                MS. GOODCHILD:  Objection to the form of
15        the question.
16    A   As I said before, I did not review the Omni-Link
17        or Powerweb technology or program for its
18        technical viability or capabilities but for the
19        commercial application; and as I indicated, we
20        felt that the application as contemplated with
21        Bell Atlantic was not fully developed and more
22        efforts, as I mentioned, specifically needed to be
23        done before it would be -- before it could be
24        complete with Bell Atlantic.