1

1  UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
3  ------------------------------------x
4  CONSTELLATION NEWENERGY, INC.,
5                        Plaintiff,
6                                      Civil Action No.
         -against-                      02-CV-2733
7
   POWERWEB TECHNOLOGIES, INC., et al.,
8
                         Defendants.
9
   ------------------------------------x
10
                           January 8, 2004
11                         10:00 a.m.

12

13          "CONFIDENTIAL"

14

15      Deposition of **DEIRDRE LORD**, taken by
16  Defendants, pursuant to Scheduling Order, at
17  the offices of Wolf, Block, Schorr &
18  Solis-Cohen, LLP, 250 Park Avenue, New York,
19  New York, before Phyliss Salimbene, a
20  Registered Professional Reporter and Notary
21  Public within and for the State of New York.

22

23

24

25

**Exhibit I**



LegaLink Manhattan   tel (212) 557-7400   www.legalink.com
420 Lexington Avenue, Suite 2108   tel (800) 325-3376
New York, NY 10170   fax (212) 692-9171

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

38

1        DEIRDRE LORD - Confidential
2   deal into any kind of general classification
3   of projects; like, does it fall into a certain
4   type of deal that you would recognize as some
5   kind of category?
6        A.   In general, it is a capacity
7   project, that's how I would generally --
8   capacity sale and curtailment project.
9        Q.   Prior to the Bell Atlantic deal,
10  were you familiar with any other capacity sale
11  projects done or entered into by NewEnergy?
12       A.   By any region in NewEnergy, not
13  just New York and New Jersey?
14       Q.   Well, let's start with, let's
15  break them down:  What are the regions for
16  NewEnergy so we can make sure we're talking
17  about the same thing?
18       A.   At the time the regions were
19  California, New York and New Jersey, New
20  England, mid-Atlantic and Illinois.
21            MR. SWEET: "At the time," meaning
22  late '99, early 2000?
23            THE WITNESS:  Correct.
24       Q.   So were you aware of any other
25  capacity --

```
 1              DEIRDRE LORD - Confidential
 2       A.     Capacity sale projects, yes.
 3       Q.     For New York/New Jersey?
 4       A.     No.
 5       Q.     What about for New England?
 6       A.     No.
 7       Q.     What about for mid-Atlantic?
 8       A.     No.
 9       Q.     Any other A.E.S. regions?
10       A.     California, yes.
11       Q.     What kind of capacity sale
12  projects had A.E.S. done in California, A.E.S.
13  NewEnergy done in California?
14       A.     As I recall, the California ISO
15  paid customers to curtail and sell capacity
16  and energy in periods of high cost,
17  high-priced power cost in the summers, and
18  this would have been summer of '99, I believe.
19       Q.     Do you know whether or not A.E.S.
20  NewEnergy's California region actually had any
21  customers that participated in that program?
22       A.     Yes, they did.
23       Q.     And do you know how many customers
24  participated?
25       A.     No, I don't.
```