IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 02-CV-2733 (HB) |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| Defendant. | : | |

## PROPOSED VERDICT FORM OR JURY INTERROGATORIES
## BY POWERWEB, INC.

Powerweb, Inc. ("Powerweb")[1] proposes that the attached be included in the verdict form given to the jury at the trial of this action or submitted to the jury as special interrogatories. Powerweb also requests leave to revise and/or supplement its proposed jury interrogatories in response to any jury interrogatories proposed by Constellation NewEnergy ("NewEnergy"), or as may otherwise be necessary upon conclusion of the evidence.

       RG574
Rudolph Garcia, Esquire
Kara H. Goodchild, Esquire
Kristin L. Calabrese, Esquire
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-1961; -7187; -7533
Attorneys for Powerweb, Inc.

Date:   July 26, 2004

---

[1] Powerweb was incorrectly named in this action as "Powerweb Technologies, Inc."

816698.1 7/26/04

Proposed Jury Interrogatories submitted by Powerweb, Inc.

1. Do you find that NewEnergy has proven by a preponderance of the evidence that Powerweb breached the Bell Atlantic Agreement?

_____    Yes

_____    No

Proposed Jury Interrogatories submitted by Powerweb, Inc.

2. Do you find that NewEnergy has proven by a preponderance of the evidence that Powerweb was unjustly enriched?

_____    Yes

_____    No

Case 2:02-cv-02733-HB    Document 114    Filed 07/26/2004    Page 3 of 16

Proposed Jury Interrogatories submitted by Powerweb, Inc.

Proposed Jury Interrogatories submitted by Powerweb, Inc.

    3.    If you found that NewEnergy proved that Powerweb breached the Bell Atlantic Agreement or was unjustly enriched, please state the amount of damages you award to NewEnergy.

    $_____

4. Do you find the Powerweb has proven by a preponderance of the evidence that NewEnergy breached the Confidentiality Agreement?

_____    Yes

_____    No

Proposed Jury Interrogatories submitted by Powerweb, Inc.

5. Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy breached the Bell Atlantic Agreement?

_____    Yes

_____    No

6. Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy breached the Joint Marketing Agreement?

_____    Yes

_____    No

Proposed Jury Interrogatories submitted by Powerweb, Inc.

7. Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy breached any of its fiduciary duties to Powerweb?

_____    Yes

_____    No

Proposed Jury Interrogatories submitted by Powerweb, Inc.

8. Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy made any fraudulent misrepresentation to Powerweb?

_____   Yes

_____   No

9. Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy misappropriated any of Powerweb's trade secrets?

_____    Yes

_____    No

Proposed Jury Interrogatories submitted by Powerweb, Inc.

10. Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy tortiously interfered with Powerweb's prospective contracts with Bell Atlantic?

_____   Yes

_____   No

Proposed Jury Interrogatories submitted by Powerweb, Inc.

    11.    Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy unfairly competed with Powerweb?

_____    Yes

_____    No

Proposed Jury Interrogatories submitted by Powerweb, Inc.

    12.    Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy tortiously interfered with Powerweb's existing contract with Baltimore Gas & Electric?

    _____    Yes

    _____    No

      13.      If you answered yes to any of questions 4 through 12, please state the amount of damages you award to Powerweb.

      $_____

Proposed Jury Interrogatories submitted by Powerweb, Inc.

    14.    If you answered yes to any of questions 7 through 12, do you find that NewEnergy's conduct warrants an award of punitive damages?

    _____    Yes

    _____    No

If yes, please state the amount of punitive damages you award to Powerweb.

$_____

-14-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| Powerweb, | : | |
| | : | |
| v. | : | No. 02-CV-2733 (HB) |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| NewEnergy. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pretrial memorandum was filed electronically today and is available for viewing and downloading from the ECF system. The memorandum was served upon counsel for Constellation NewEnergy, Inc. by notice of electronic filing, addressed to:

>David E. Landau, Esquire
>Wolf, Block, Schorr and Solis-Cohen, LLP
>1650 Arch St., 22nd Floor
>Philadelphia, PA 19102
>dlandau@wolfblock.com


>_____RG574_____
>Rudolph Garcia, Esquire

Dated: July 26, 2004

816698.1 7/26/04