**EXHIBIT B**
**OBJECTIONS TO POWERWEB'S EXHIBITS**

| Powerweb Exhibit No. | Basis of Objection |
|---|---|
| 2 | Hearsay; authenticity. |
| 12 | Authenticity; relevance; hearsay. |
| 13 | Relevance. |
| 23 | Relevance. |
| 24 | Relevance. |
| 26 | Hearsay. |
| 30 | Relevance. |
| 36 | Relevance. |
| 37 | Relevance. |
| 38 | Relevance. |
| 41 | Relevance; authenticity. |
| 42 | Relevance; authenticity; hearsay. |
| 43 | Authenticity; hearsay. |
| 44 | Relevance. |
| 46 | Relevance. |
| 47 | Relevance. |
| 48 | Relevance. |
| 51 | Relevance. |
| 53 | Authenticity; relevance. |
| 54 | Authenticity; relevance; hearsay. |
| 55 | Authenticity; relevance; hearsay. |
| 57 | Relevance. |
| 67 | Relevance. |
| 69 | Authenticity. |
| 70 | Authenticity; relevance. |
| 71 | Authenticity; hearsay. |
| 83 | Authenticity; hearsay. |
| 84 | Authenticity; relevance; hearsay. |
| 85 | Authenticity; relevance; hearsay. |
| 86 | Relevance. |
| 92 | Relevance. |
| 93 | Relevance. |
| 95 | Relevance. |
| 96 | Relevance. |
| 97 | Relevance. |
| 98 | Relevance. |
| 99 | Relevance. |
| 100 | Relevance. |
| 101 | Hearsay; relevance. |
| 102 | Hearsay; relevance; authenticity. |
| 103 | Hearsay; relevance. |
| 104 | Hearsay; relevance. |
| 108 | Hearsay; relevance. |
| 109 | Relevance. |
| 112 | Authenticity; hearsay. |
| 113 | Authenticity; hearsay. |
| 117 | Relevance. |
| 131 | Relevance. |
| 136 | Relevance |

**EXHIBIT B**

**OBJECTIONS TO POWERWEB'S EXHIBITS**

| Powerweb Exhibit No. | Basis of Objection |
| --- | --- |
| 137 | Hearsay. |
| 158 | Relevance. |
| 159 | Relevance. |
| 162 | Relevance. |
| 163 | Authenticity; hearsay. |
| 164 | Authenticity; relevance; hearsay. |
| 165 | Authenticity; relevance; hearsay. |
| 167 | Authenticity. |
| 169 | Relevance. |
| 170 | Authenticity; relevance; best evidence rule; hearsay. |
| 171 | Authenticity; relevance; best evidence rule; hearsay. |
| 172 | Authenticity; relevance; best evidence rule; hearsay. |
| 173 | Authenticity; relevance; best evidence rule; hearsay. |
| 175 | Authenticity; relevance; hearsay. |
| 177 | Authenticity; hearsay. |
| 184 | Authenticity. |
| 185 | Authenticity. |
| 205 | Authenticity; relevance; hearsay; best evidence rule. |
| 214 | Authenticity; relevance; hearsay; best evidence rule. |
| 215 | Authenticity; relevance; hearsay; best evidence rule. |
| 216 | Authenticity; relevance; hearsay; best evidence rule. |
| 217 | Authenticity; relevance; hearsay; best evidence rule. |
| 218 | Authenticity; hearsay; relevance. |
| 219 | Authenticity; hearsay; relevance. |
| 221 | Hearsay; relevance. |
| 226 | Relevance; authenticity. |
| 227 | Relevance; authenticity; hearsay. |
| 230 | Authenticity; hearsay; relevance; vague (the exhibit is not identified). |
| 231 | Authenticity; hearsay; relevance; vague (the exhibit is not identified). |
| 232 | Authenticity; (pages aren't related) |
| 233 | Relevance. |
| 234 | Relevance. |
| 235 | Relevance; hearsay; authenticity. |
| 236 | Relevance; hearsay; authenticity. |
| 237 | Relevance. |
| 238 | Relevance; hearsay; authenticity. |
| 239 | Relevance; hearsay; authenticity. |
| 240 | Relevance; hearsay; authenticity. |
| 241 | Relevance; hearsay; authenticity. |
| 242 | Relevance; hearsay; authenticity. |
| 243 | Relevance; hearsay; authenticity. |
| 244 | Relevance; hearsay; authenticity. |
| 245 | Relevance; hearsay; authenticity. |
| 246 | Relevance; hearsay; authenticity. |
| 247 | Relevance; hearsay; authenticity. |
| 248 | Relevance; hearsay; authenticity. |
| 249 | Relevance; hearsay; authenticity. |
| 250 | Relevance; hearsay; authenticity. |
| 251 | Relevance; hearsay; authenticity. |

**EXHIBIT B**
**OBJECTIONS TO POWERWEB'S EXHIBITS**

| Powerweb Exhibit No. | Basis of Objection |
| --- | --- |
| 252 | Relevance; hearsay; authenticity. |
| 253 | Relevance; hearsay; authenticity. |
| 254 | Relevance; hearsay; authenticity. |
| 255 | Relevance; hearsay; authenticity. |
| 256 | Relevance; hearsay; authenticity. |
| 257 | Relevance; hearsay; authenticity. |
| 258 | Relevance; hearsay; authenticity. |
| 259 | Relevance; hearsay; authenticity. |
| 260 | Relevance; hearsay; authenticity. |
| 261 | Relevance; hearsay; authenticity. |
| 262 | Relevance; hearsay; authenticity. |
| 263 | Relevance; hearsay; authenticity. |
| 264 | Relevance; hearsay; authenticity. |
| 265 | Relevance; hearsay; authenticity. |
| 266 | Relevance; hearsay; authenticity. |
| 267 | Relevance; hearsay; authenticity. |
| 268 | Relevance; hearsay; authenticity. |
| 269 | Relevance; hearsay; authenticity. |
| 270 | Relevance; hearsay; authenticity. |
| 271 | Relevance; hearsay; authenticity. |
| 272 | Relevance; hearsay; authenticity. |
| 273 | Relevance; hearsay; authenticity. |
| 274 | Relevance; hearsay; authenticity. |
| 275 | Relevance; hearsay; authenticity. |
| 276 | Relevance; hearsay; authenticity. |
| 277 | Relevance; hearsay; authenticity. |
| 278 | Relevance; hearsay; authenticity. |
| 279 | Relevance; hearsay; authenticity. |
| 280 | Relevance; hearsay; authenticity. |
| 281 | Relevance; hearsay; authenticity. |
| 282 | Relevance; hearsay; authenticity. |
| 283 | Authenticity; hearsay; best evidence rule. |
| 284 | Authenticity; hearsay; best evidence rule. |
| 285 | Authenticity; hearsay; best evidence rule. |
| 286 | Authenticity; hearsay; best evidence rule. |
| 287 | Authenticity; hearsay; best evidence rule. |
| 288 | Authenticity; hearsay; best evidence rule. |
| 289 | Authenticity; hearsay; best evidence rule. |
| 291 | Hearsay; relevance. |
| 292 | Relevance; hearsay; authenticity. |
| 295 | Relevance. |
| 296 | Relevance; hearsay. |
| 297 | Vague (no adequate identification of the exhibit); authenticity; relevance. |
| 298 | Relevance; hearsay. |
| 299 | Relevance; hearsay. |
| 300 | Relevance; hearsay. |
| 301 | Relevance; hearsay. |
| 302 | Relevance; hearsay. |
| 303 | Relevance; hearsay. |
| 304 | Relevance; hearsay. |

# EXHIBIT B
## OBJECTIONS TO POWERWEB'S EXHIBITS

| Powerweb Exhibit No. | Basis of Objection |
|---|---|
| 305 | Relevance; hearsay. |
| 306 | Relevance; hearsay. |
| 307 | Hearsay; speculative; relevance. |
| 308 | Hearsay; speculative; relevance. |
| 309 | Hearsay; speculative; relevance. |
| 310 | Hearsay; speculative; relevance. |
| 311 | Relevance; hearsay; authenticity. |
| 312 | Relevance; hearsay; authenticity. |