IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC., : | |
| : | |
| Plaintiff, : | Civil Action No. 02-CV-2733 (HB) |
| : | |
| v. : | |
| : | |
| POWERWEB TECHNOLOGIES, INC., : | |
| : | |
| Defendant. : | |

**PLAINTIFF, CONSTELLATION NEWENERGY INC.'S MOTION *IN LIMINE* TO EXCLUDE SPECULATIVE AND UNFORESEEABLE DAMAGES RELATING TO ENERGY MANAGEMENT SERVICES**

Plaintiff, Constellation NewEnergy, Inc., respectfully moves to preclude defendant, Powerweb Technologies, Inc., from offering evidence at trial of speculative and unforeseeable damages relating to energy management services for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

       s/DL422
David E. Landau, I.D. #43341
Matthew A. White, I.D. #55812
Zachary C. Glaser, I.D. #85979
Jennifer C. O'Neill, I.D. #89755

Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd floor
Philadelphia, Pennsylvania 19103-2097
(215) 977-2000
Attorneys for Plaintiff,
Constellation NewEnergy, Inc.

Dated: July 26, 2004

DSB:976747.1/AES003-158567