IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ____ day of _____, 2004, upon consideration of Plaintiff, Constellation NewEnergy, Inc.'s Motion *in Limine* to Exclude Speculative and Unforeseeable Damages Relating to Energy Management Services, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.

**BY THE COURT:**

_____
The Honorable Harvey Bartle, III, J.

DSB:976748.1/AES003-158567