IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-CV-2733 (HB) |
| | : | |
| v. | : | |
| | : | |
| POWERWEB TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ___ day of _____, 2004, upon consideration of Plaintiff, Constellation NewEnergy, Inc.'s Motion *in Limine* to Exclude the Expert Testimony and Expert Reports of Constantinos Pappas, CPA, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED. Powerweb Technologies, Inc. is precluded from offering expert testimony and expert reports by Mr. Pappas at trial pursuant to Federal Rules of Evidence 403 and 702.

BY THE COURT:

_____
The Honorable Harvey Bartle, III, J.