IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC., | : |
| Plaintiff, | : Civil Action No. 02-CV-2733 (HB) |
| v. | : |
| POWERWEB TECHNOLOGIES, INC., | : |
| Defendant. | : |

**PLAINTIFF, CONSTELLATION NEWENERGY INC.'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF PETER FOX-PENNER**

Plaintiff, Constellation NewEnergy, Inc. respectfully moves to preclude defendant Powerweb Technologies, Inc. from offering the expert testimony of Peter Fox-Penner at trial for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

For WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP

   s/DL422
David E. Landau, I.D. #43341
Matthew A. White, I.D. #55812
Zachary C. Glaser, I.D. #85979
Jennifer C. O'Neill, I.D. #89755

1650 Arch Street, 22nd floor
Philadelphia, Pennsylvania 19103-2097
(215) 977-2000
Attorneys for Plaintiff,
Constellation NewEnergy, Inc.

Dated: July 26, 2004

DSB:977245.1/AES003-158567