IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC., : | |
| : | |
| Plaintiff, : | Civil Action No. 02-CV-2733 (HB) |
| : | |
| v. : | |
| : | |
| POWERWEB TECHNOLOGIES, INC., : | |
| : | |
| Defendant. : | |

**ORDER**

AND NOW, this ____ day of _____, 2004, upon consideration of Plaintiff, Constellation NewEnergy, Inc.'s Motion *in Limine* to Exclude the Expert Testimony of Peter Fox-Penner, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED. Powerweb Technologies, Inc. is precluded from offering expert testimony by Mr. Fox-Penner at trial pursuant to Federal Rules of Evidence 403 and 702.

**BY THE COURT:**

_____
The Honorable Harvey Bartle, III, J.

DSB:977247.1/AES003-158567