**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

CONSTELLATION NEWENERGY, INC.,  :
                                              :
              Plaintiff,        :      Civil Action No. 02-CV-2733 (HB)
                                              :
      v.                                  :
                                              :
POWERWEB TECHNOLOGIES, INC.,  :
                                              :
             Defendant.      :

---

## **ORDER**

**AND NOW**, this _____ day of _____, 2004, it is hereby

**ORDERED** that Powerweb, Inc.'s Motion to Bifurcate the Issues of Liability and Damages For Purposes of Trial is **DENIED**.

                                                      **BY THE COURT**

                                                      _____
                                                      **The Honorable Harvey J. Bartle, III, J.**