

August 16, 2000

Mr. Brian Hayduk
AES/NewEnergy
551 5th Avenue
Suite 400
New York, NY 10176

Reference: Powerweb Technologies Load Curtailment Product

Dear Brian:

In response to a phone call placed by Jim Curnyn, I am confused and perplexed about our current relationship with AES/NewEnergy. This relationship needs clarification.

Powerweb Technologies has been working with AES/NewEnergy for over 14 months developing a curtailment product and program for "end-user" re sale of energy and capacity in the energy marketplace.

Powerweb Technologies brought AES/NewEnergy all the paper contract mechanism, paper documents, intellectual property, and know-how to execute these transactions. This can be confirmed by our six executed contracts and your internal advice memo dated November 27, 1999.

Through our contractual relationship, I believe Powerweb Technologies deserves the right to be involved in some capacity to any "end-user" load curtailment opportunity of AES/NewEnergy. At the very least, Powerweb Technologies expects AES/NewEnergy to endorse the Omni-Link® product and honor all contractual obligations.

Brian, I need to know your official position on the product. I hope to release a press statement on September 5th that our two companies are working together on curtailment opportunities. Please respond to this letter in writing.

Thank you for your time in this matter.

Best Regards,

Lothar E.S. Budike Jr. / President

EXHIBIT
POWERWEB 22
12/7 Q
HAROLD BROWN, C.S.R.

POWERWEB TECHNOLOGIES
655 Niblick Lane, Suite 100
Wallingford, PA 19086
888-2POWERWEB
FAX 610-874-7212
www.2powerweb.com

NE000009

**EXHIBIT B**