

Tuesday, September 19, 2000 4:32:57 AM
Message

From:        lbudike@2powerweb.com

Subject:     Re: Re: Powerweb Technologies News Release

To:          Brian Hayduk

Brian,

I am so glad you finally took the time to respond (not the greatest response
I might add) to our several attempts to resolve this situation. What seems
to be the problem with the Press Release? Does AESNewEnergy have a problem
with the truth? The truth that your company used proprietary Powerweb
information to launch curtailment services and develop a competitive
internet product after signing a NDA and a Letter of Intent promising
Powerweb $500,000 dollars? Or are you unclear about your agreement to
co-develop a sales and marketing campaign on the curtailment product we
designed?

I want to move forward on this, I asked several times for you to propose a
solution but your company keeps procrastinating. I asked your people to put
a solution in writing over two weeks ago with no response.

And just for the record, the one financial institution that I did refer to
your company - got a negative response from your people on our company. What
a coincidence?
-----Original Message-----
From: Brian Hayduk <bhayduk@newenergy.com>
To: manderson@2powerweb.com <manderson@2powerweb.com>; lbudike@2powerweb.com
<lbudike@2powerweb.com>
Cc: skass@newenergy.com <skass@newenergy.com>; jcurnyn@newenergy.com
<jcurnyn@newenergy.com>; dmcgeown@newenergy.com <dmcgeown@newenergy.com>
Date: Monday, September 18, 2000 11:31 AM
Subject: Fwd: Re: Powerweb Technologies News Release


>Lou/Martin
>
>As you can see below, I specifically said that I would not agree to a
>press release regarding our two companies agreement. Given that, we were
>surprised to read your press release last week that we neither agreed to
>or reviewed. We are investigating our legal options at this point as well
>as whether to re-contact those financial institutions for whom we provided
>references on your behalf. I am clearly confused by your actions on
>several fronts regarding this relationship.
>
>Martin
>
>We will have to hold on this for now. I am not comfortable going with

EXHIBIT
NewEnergy - 45
4/13/04    JT am

NE000011

**EXHIBIT D**

>this without something solid in place, both on the project and/or contract
>side. Steve Kass is our Marketing Director and can provide you with some
>NewEnergy material for the bottom section.
>
>manderson@2bpowerweb.com writes:
>>Lou Budike asked me to forward the attached to you (as I think you know,
>>he is out of the country at the moment). We want to issue a news release
>>about the NewEnergy/Powerweb agreement as we think this is significant.
>>Also, we're tired of reading nothing but Silicon Energy's vaporware press
>>releases.
>>
>>I have written some words that you might of said (I think). As you know,
>>its usual for the writer of a Press Release to make up quotes and then
>>get them reviewed and blessed. Are these quotes okay with you? If not,
>>can you let me know what you would like to say.
>>
>>I need to fill in the bottom section on "About NewEnergy". I can get this
>>from your web site but if you have anything else that would help, please
>>send it to me.
>>
>>We want to issue this next week, so would like your input and approval as
>>soon as possible.
>>
>>Many thanks,
>>
>>Martin C.T. Anderson
>>Marketing Director
>>Powerweb Technologies, Inc.
>>415 East Baltimore Pike, Media, PA 19063
>>610-627-9600
>>manderson@2powerweb.com
>
>
>

NE000012