CONFIDENTIAL

From: "Keith Mistry" <Keith_Mistry@newenergy.com>
To: <lbudike@2powerweb.com>
Cc: <dshort@newenergy.com>; <dmcgeown@newenergy.com>
Subject: Re(2): Curtailment Project
Date: Friday, January 12, 2001 7:30 PM

Hello Lou,

Yes, please include pricing and any business terms and conditions that you feel are relevant. The regions are awaiting this response.

I will be calling you next week sometime on Monday or Tuesday to go thru some of the line item issues upon receipt.

Keith

lbudike@2powerweb.com,Internet writes:
>I reviewed this specification, all components on this spec are currently
>available on our product.
>
>What would be the next step - two page proposal?
>
>Price?
>
>Lou
>----- Original Message -----
>From: "Keith Mistry" <Keith_Mistry@newenergy.com>
>To: <lbudike@2powerweb.com>
>Cc: <dmcgeown@newenergy.com>
>Sent: Wednesday, January 10, 2001 6:50 PM
>Subject: Curtailment Project
>
>
>> Hello Lou,
>>
>> Please review the attachment and respond ASAP.
>>
>> Keith Mistry
>>
>>
>
>



PW00304

From: "Keith Mistry" <Keith_Mistry@newenergy.com>
To: <lbudike@2powerweb.com>
Subject: Re(2): Re(2): Curtailment Project
Date: Tuesday, January 16, 2001 2:36 PM

Lou,

The evaluations are underway now. Can you email the proposal?

I am on the road in Ca

You can mail to us here

AES NewEnergy
2175 N California Blvd
Suite 300
Walnut Creek CA 94596

Keith

CONFIDENTIAL

From: "George Harris" <gharris@2powerweb.com>
To: "Lothar Budike" <lbudike@2powerweb.com>
Subject: AES New Energy Proposal
Date: Tuesday, January 16, 2001 3:37 PM

(attachment – Proposal)