```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CONSTELLATION NEWENERGY, INC.   :      CIVIL ACTION
                                :
          v.                    :
                                :
POWERWEB TECHNOLOGIES, INC.     :      NO. 02-2733
```

ORDER

AND NOW, this      day of July, 2004, by agreement of counsel, it is hereby ORDERED that the name of the defendant and counterclaimant in the caption of this action is corrected to delete "POWERWEB TECHNOLOGIES, INC." and to substitute "POWERWEB, INC."  The Clerk is directed to make the necessary correction.

BY THE COURT:


_____
                            J.