```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.   :      CIVIL ACTION
                                :
         v.                     :
                                :
POWERWEB TECHNOLOGIES, INC.     :      NO. 02-2733
```

ORDER

AND NOW, this    day of July, 2004, after a conference with counsel, it is hereby ORDERED that:

(1) the motion of defendant Powerweb Technologies, Inc. to bifurcate the trial into liability and damages phases (Doc. #99) is DENIED; and

(2) the motion of defendant Powerweb Technologies, Inc. to be treated as the Plaintiff for purposes of the order of presentations at trial (Doc. #101) is DENIED.

                                        BY THE COURT:


                                        _____
                                                                   J.