IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC.,<br>   Plaintiff, | :<br>:<br>: |
| v. | :   No. 02-CV-2733 (HB) |
| POWERWEB TECHNOLOGIES, INC., *et al.*,<br>   Defendants. | :<br>:<br>:<br>: |

**INITIAL DISCLOSURES BY POWERWEB TECHNOLOGIES, INC.**

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Powerweb Technologies, Inc. ("Powerweb") submits the following initial disclosures to Constellation NewEnergy, Inc. ("NewEnergy"):

A. Individuals Likely to Have Discoverable Information

| | Witness | Subjects of Information |
|---|---|---|
| 1. | Martin Anderson<br>c/o counsel for Powerweb | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 2. | Andrew Bakey<br>c/o counsel for Powerweb | Business dealings and communications between Powerweb and New Energy. |
| 3. | Dan Baker<br>c/o counsel for NewEnergy | Business dealings and communications between Bell Atlantic and NewEnergy, and the Bell Atlantic project. |
| 4. | Michael Barford<br>c/o counsel for Powerweb | Technical information relating to the software and network platforms of the Omni-Link System. |
| 5. | Joe Bonner<br>c/o counsel for Powerweb | Business dealings and communications between Powerweb and NewEnergy. |

**EXHIBIT C**

|     | Witness | Subjects of Information |
|-----|---------|------------------------|
| 6.  | Lothar Budike, Jr.<br>c/o his counsel | Business dealings and communications between Powerweb and NewEnergy, NewEnergy's improper disclosure and use of information it received from Powerweb, and Powerweb's counterclaim in general. |
| 7.  | A-Valey Engineers, Inc.<br>c/o its counsel | The engineering work, field audits, and studies performed for Powerweb and NewEnergy relating to the Bell Atlantic project. |
| 8.  | Jim Curnyn<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 9.  | David A. DePerro<br>Government Sales Manager<br>Cutler-Hammer<br>Suite 100<br>955 Rockside Woods Blvd.<br>Independence OH  44131 | Business dealings and communications between Powerweb and NewEnergy. |
| 10. | George Drosdowich, Esq.<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 11. | Jim Goodman<br>Manager – Real Estate<br>Bell Atlantic Corp.<br>216 Morris Avenue<br>Spring Lake NJ  07762 | NewEnergy's business dealings with Bell Atlantic, and the Bell Atlantic project. |
| 12. | Kirk Hampton<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |

|     | Witness | Subjects of Information |
|-----|---------|-------------------------|
| 13. | Jon Harkness<br>c/o counsel for Powerweb | The factual allegations contained in Powerweb's counterclaim against NewEnergy. |
| 14. | George Harris<br>c/o counsel for Powerweb | Technical information relating to the software and network platforms of the Omni-Link System. |
| 15. | F. Huang<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 16. | Brian Hayduk<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 17. | James P. Hopkins<br>Bell Atlantic Corp.<br>216 Morris Avenue<br>Spring Lake NJ 07762 | NewEnergy's business dealings with Bell Atlantic, and the Bell Atlantic project. |
| 18. | Darcelle Lahr<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 19. | David Lahr<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 20. | Paul Langbein<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 21. | Steve Levine<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |

|     | Witness | Subjects of Information |
|-----|---------|------------------------|
| 22. | Diedra Lord<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 23. | Jeremy Metz<br>Bell Atlantic Corp.<br>216 Morris Avenue<br>Spring Lake NJ  07762 | NewEnergy's business dealings with Bell Atlantic, and the Bell Atlantic project. |
| 24. | Keith Mistry<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 25. | David McGeown, PE<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 26. | David McLaughlin<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 27. | Robert Morgan<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 28. | Sean Mullen<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |

|    | Witness | Subjects of Information |
|----|---------|-------------------------|
| 29. | R. Palmer<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 30. | Kevin Santella<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 31. | Mr. Peter Scarpelli<br>Vice President of Strategy & Business Development<br>RETX, Inc.<br>Plaza 400, Suite 180<br>5883 Glenridge Drive<br>Atlanta, GA 30328-5339 | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 32. | Doug Short<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 33. | Andrew Singer<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy, and NewEnergy's improper disclosure and use of information it received from Powerweb. |
| 34. | Kelly Speakes<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 35. | Stu Temple<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 36. | Aaron Thomas<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 37. | Derik Viner<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |
| 38. | E. Wasilewski<br>c/o counsel for NewEnergy | Business dealings and communications between Powerweb and NewEnergy. |

B.  **Supporting Documents in Powerweb's Possession**

 1. Communications between Powerweb and Bell Atlantic.
 2. Communications between Bell Atlantic and NewEnergy.
 3. Communications between Powerweb and NewEnergy.
 4. Communications between Powerweb and AES Cilco.
 5. Communications between NewEnergy and AES Cilco.
 6. Confidentiality Agreement executed by NewEnergy in favor of Powerweb.
 7. Letter Agreement signed by Powerweb and NewEnergy.
 8. Joint-Venture Agreement signed by Powerweb and NewEnergy.
 9. Joint-Marketing Agreement signed by Powerweb and NewEnergy.
 10. Profit Distribution Agreement signed by Powerweb and NewEnergy.
 11. Letter of intent signed by Powerweb and NewEnergy.
 12. Internal memoranda and email by NewEnergy regarding Powerweb, the Omni-Link System, Energy Technology information and/or capacity resale.
 13. Documents and information that Powerweb provided to NewEnergy.
 14. Presentations created by NewEnergy on the benefits of capacity resale and electric curtailment.
 15. Correspondence between A-Valey Engineers and Powerweb regarding the work described in the amended complaint.
 16. Press release issued by Powerweb detailing the strategic alliance between Powerweb and NewEnergy.
 17. Promotional materials generated by NewEnergy detailing its capacity resale projects.
 18. Patents and related documents regarding the Omni-Link System.
 19. Copies of the Omni-Link software and related documents.

The documents listed above are in the possession of Powerweb and its counsel.

C. **Computation of Damages**

Powerweb's damages include expenses related to the Bell Atlantic project and lost profits on that project and many others, the full extent of which has not yet been determined.

D. **Existence and Contents of Any Insurance Agreements**

NewEnergy has not yet disclosed whether it has a policy of insurance that may cover Powerweb's counterclaim. Powerweb is not aware of any insurance policy that would apply to NewEnergy's claims against Powerweb.

E. **Supplementation**

Powerweb reserves the right to supplement these disclosures.

_____
Rudolph Garcia, Esquire
Joseph F. O'Dea, Jr., Esquire
Nicholas J. Nastasi, Esquire
Atty. I.D. Nos. 25336, 48370, 82102
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-1961; -7109; -1983
Attorneys for Powerweb Technologies, Inc.

Dated: November 21, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTELLATION NEWENERGY, INC., <br> Plaintiff, | : <br> : <br> : | |
| v. | : | No. 02-CV-2733 (HB) |
| | : | |
| POWERWEB TECHNOLOGIES, INC., *et al.*, <br> Defendants. | : <br> : <br> : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing disclosures was served today upon counsel for Constellation NewEnergy, Inc. by first-class mail, postage prepaid, addressed as follows:

    Joel M. Sweet, Esquire
    Wolf, Block, Schorr and Solis-Cohen LLP
    1650 Arch Street, 22nd Floor
    Philadelphia, PA  19102-2097

                                                   _____
                                                   Rudolph Garcia, Esquire
                                                   Joseph F. O'Dea, Jr., Esquire
                                                   Nicholas J. Nastasi, Esquire
                                                   Atty. I.D. Nos. 25336, 48370, 82102
                                                   Saul Ewing LLP
                                                   Centre Square West
                                                   1500 Market Street, 38th Floor
                                                   Philadelphia, PA  19102
                                                   (215) 972-1961; -7109; -1983
                                                   Attorneys for Powerweb Technologies, Inc.

Dated: November 21, 2002