```
 1
 2
 3        IN THE UNITED STATES DISTRICT COURT
 4    FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 5                  - - -
 6   CONSTELLATION NEWENERGY:  CIVIL ACTION
     INC.,                   :
 7            Plaintiff,     :
                             :
 8                           :
          vs.                :
 9                           :
     POWERWEB TECHNOLOGIES,  :
10   INC., et al.,           :
              Defendants.    : NO. 02-CV-2733 (HB)
11
12                  - - -
             Philadelphia, Pennsylvania
13             Friday, June 18, 2004
                    - - -
14
15         Pretrial Examination of PETER
16   FOX-PENNER, Ph.D., taken pursuant to notice,
17   at the law offices of Wolf Block, LLP, 1630
18   Arch Street, 22nd Floor, on the above date,
19   beginning at approximately 10:10 a.m., before
20   Debra Ann Whitehead, a Court Reporter, an
21   Approved Reporter of the United States
22   District Court, and Notary Public.
23         V A R A L L O  Incorporated
              Litigation Support Services
24          1835 Market Street, Suite 600
                1835 Market Street
25            Philadelphia, PA  19103
                 (215)  561-2220
```

1          Peter Fox-Penner, Ph.D.
2    any particular skill or expertise in
3    predicting or modeling Powerweb's lost
4    profits?
5         A.   No, I didn't, made no efforts to
6    learn anything of that nature.
7         Q.   Is modeling or predicting lost
8    profits something that the Brattle Group does?
9         A.   Yes, that is a line of business or
10   an activity that Brattle Group partners, many
11   Brattle Group partners, engage in.
12        Q.   Is that an activity that requires
13   some specialized knowledge or skill?
14        A.   Yes, in my opinion, it does.
15        Q.   What particular skill or expertise
16   do you think is necessary to predict or model
17   the lost profits of a business?
18        A.   I think you need to know some
19   economics, a little bit of accounting, and you
20   need to understand the particular business
21   that you're modeling.
22             Broadly speaking, those, I think,
23   are the core qualifications.
24        Q.   At the Brattle Group, what is the
25   typical background of qualifications of people