LOTHAR E.S. BUDIKE, JR.

Page 223

```
 1          Q.    You showed them the
 2   operation of the software, is that a fair
 3   statement?  You put on a screen, for
 4   example, on the calculation on the --
 5          A.    It was all live.
 6          Q.    A calculation -- you
 7   showed -- you did a calculation on the
 8   screen for them?
 9          A.    We did -- we did -- we
10   showed them the software and we operated
11   it live, all the functions of the
12   software.
13                We did not provide them
14   code, because code is kind of useless.
15   It's kind of -- code is code.  If the
16   programmer knows Java, he'll write the
17   application in Java.  If he knows C++,
18   he'll write the application.
19          Q.    On how many occasions did
20   you show them the software?
21          A.    I gave them passwords and
22   built them their own site to have over
23   many months.  So they had open access to
24   a website that was posted that had their
```