```
 1
 2         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                      - - -
 4   CONSTELLATION NEWENERGY, :   CIVIL ACTION
     INC.,                    :
 5                            :
                Plaintiff     :
 6                            :
             vs.              :
 7                            :
     POWERWEB TECHNOLOGIES,   :
 8   INC., et al.,            :
                              :
 9           Defendants :   NO. 02-CV-2733
10                      - - -
11    Wednesday, May 19, 2004, Philadelphia, PA
12
13                      - - -
14          Deposition of RAYMOND F. DOVELL, CPA,
15   CFE, taken pursuant to notice, at the law
16   offices of Saul, Ewing, LLP, Centre Square
17   West, 1500 Market Street, 38th Floor, on the
18   above date, beginning at approximately 10:25
19   a.m., before Andrea M. Brinton, RPR, CSR and
20   Notary Public.
21                      - - -
22
23
                V A R A L L O  Incorporated
24           1835 Market Street, Suite 600
                 Philadelphia, PA 19103
25          215.561.2220   215.567.2670
```

1
2      A.   There certainly wasn't any
3  references in the documents that I looked at
4  that talked about that.
5      Q.   Right.  And that's just the
6  documents on Exhibit 1; right?
7      A.   Yes.
8      Q.   Out of the universe of BGE
9  documents?
10         MR. GLASER:  We looked at
11 everything Mr. Pappas relied on as well.
12         THE WITNESS:  I don't know what
13 the --
14 BY MS. GOODCHILD:
15     Q.   You looked at the documents that
16 were referenced in Mr. Pappas' report;
17 correct?
18     A.   Correct.  I looked at Mr. Pappas'
19 report and I wanted all the documents that
20 were referenced in Mr. Pappas' report to see
21 what he was reviewing to base his lost profits
22 calculation on.
23     Q.   Okay.  And your opinions are based
24 on the assumption that Mr. Pappas didn't use
25 any knowledge of his own; is that correct?

1
2    A.  My opinions are based upon what he has in his report and what he referenced as what he used in his report as a basis and as data for his lost profits calculation.

    If he used knowledge of his own, he did not cite it in his report about what the source or what type of information that he was using.

    From his report, I don't see any specific comments about that this is knowledge that I have about the company's operations.

    Q.  Okay. Second paragraph of Mr. Pappas' report says that he provides write-up tax and accounting services throughout the year; is that correct?

    A.  That's correct.

    MR. GLASER:  Are you suggesting that obviates him under Rule 26? Because if so, we should probably get in front of the judge as soon as possible.

    MS. GOODCHILD:  Zach, I'm deposing Mr. Dovell right now.

    MR. GLASER:  You're making