



**EXHIBIT B**

















