2002



| Location | Actual Load (KW) |
|---|---|
| **MANHATTAN** | |
| | 2500 |
| | 2200 |
| | 500 |
| | 500 |
| | 1900 |
| | 800 |
| | 500 |
| Manhattan total | 7900 |
| **BKLYN/QUEENS** | |
| | 400 |
| | 400 |
| | 600 |
| Brooklyn/Queens totals | 1400 |
| **WESTCHESTER** | |
| | 400 |
| | 300 |
| | 1200 |
| | 300 |
| Westchester totals | 2200 |
| **LONG ISLAND** | |
| | 1100 |
| | 2200 |
| | 500 |
| | 300 |
| | 200 |
| | 200 |
| | 500 |
| | 800 |
| | 900 |
| | 140 |
| | 240 |
| | 500 |
| | 200 |
| | 100 |
| | 150 |
| | 160 |
| | 140 |
| | 200 |
| | 450 |
| | 200 |
| | 200 |
| | 200 |
| | 300 |
| | 200 |
| | 150 |
| | 100 |
| | 100 |
| | 150 |
| Long Island Total | |



CONFIDENTIAL
AUTHORIZED PERSONNEL
ONLY

TRG 013

**EXHIBIT D**