2001

| Location | Capacity | NYC | LI | ROS |
|---|---|---|---|---|
| **NYC** | | | | |
| | 3,300 | 3,300 | | |
| | 2,000 | 2,000 | | |
| | 600 | 600 | | |
| | 2,800 | 2,800 | | |
| | 800 | 800 | | |
| | 1,300 | 1,300 | | |
| | 400 | 400 | | |
| | 2,000 | 2,000 | | |
| **Boroughs** | | | | |
| | 400 | 400 | | |
| | 600 | 600 | | |
| | 400 | 400 | | |
| **Westchester County** | | | | |
| | 400 | | | 400 |
| | 200 | | | 200 |
| | 200 | | | 200 |
| | 100 | | | 100 |
| | 2,500 | | | 2,500 |
| | 300 | | | 300 |
| **Long Island** | | | | |
| | 200 | | 200 | |
| | | | - | |
| | 800 | | 800 | |
| | 700 | | 700 | |
| | 100 | | 100 | |
| | 1,300 | | 1,300 | |
| | 500 | | 500 | |
| | 300 | | 300 | |
| | 200 | | 200 | |
| | | | - | |
| | 200 | | 200 | |
| | 500 | | 500 | |
| | | | - | |
| | 200 | | 200 | |
| | 200 | | 200 | |
| | 3,200 | | 3,200 | |
| | 26,700 | 14,600 | 8,400 | 3,700 |



CONFIDENTIAL
AUTHORIZED PERSONNEL ONLY

TRG 012

**EXHIBIT C**