COMPLIMENTARY READING
AND SIGNING COPY FOR
DEPONENT

```
 1
 2
 3            IN THE UNITED STATES DISTRICT COURT
 4         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 5                      - - -
 6   CONSTELLATION NEWENERGY:  CIVIL ACTION
     INC.,                   :
 7           Plaintiff,      :
                             :
 8                           :
         vs.                 :
 9                           :
     POWERWEB TECHNOLOGIES,  :
10   INC., et al.,           :
             Defendants.     : NO. 02-CV-2733 (HB)
11
12                      - - -
              Philadelphia, Pennsylvania
13              Friday, June 18, 2004
                        - - -
14
15           Pretrial Examination of PETER
16   FOX-PENNER, Ph.D., taken pursuant to notice,
17   at the law offices of Wolf Block, LLP, 1630
18   Arch Street, 22nd Floor, on the above date,
19   beginning at approximately 10:10 a.m., before
20   Debra Ann Whitehead, a Court Reporter, an
21   Approved Reporter of the United States
22   District Court, and Notary Public.
              V A R A L L O   Incorporated
23          Litigation Support Services
          1835 Market Street, Suite 600
24             1835 Market Street
             Philadelphia, PA  19103
25                (215)  561-2220
```

**Ⅴ**  **V A R A L L O  Incorporated**

**Exhibit 1**

Peter Fox-Penner, Ph.D.

Q. Can you turn with me to Bates Page FPB 006391 in NewEnergy Exhibit 80, which is Page 43 of your original report, otherwise known as Table 12 of your report.

MR. GARCIA: I believe there were two Table 12's.

MR. GLASER: Not in the first report.

A. I'm sorry. FPB 006391?

Q. Yes, sir.

Are you there?

A. Yes.

Q. Now, I appreciate that you have a supplemental report where this table is amended, I think, two different ways, but just sticking with your original report for the moment.

Which part of this damages table consists of the work of the Brattle Group?

MR. GARCIA: Objection to the form of the question.

A. Well, the Brattle Group prepared this table in its entirety, but some of the data in the table come from and are sponsored

```
 1            Peter Fox-Penner, Ph.D.
 2   by Mr. Pappas.
 3        Q.   Which parts are sponsored by Mr.
 4   Pappas?
 5        A.   The lines that say, "Sales and
 6   Service of Powerweb Systems."
 7        Q.   Is that the one that totals in the
 8   first column $30,662,007?
 9        A.   Yes, sir.
10        Q.   Okay.
11        A.   That line and the two lines below
12   it, which are all part of the Sales and
13   Service of Powerweb Systems, that comes from
14   Mr. Pappas.
15             Moving down the table, there are
16   three lines starting with BG&E contract.  And
17   those three lines all the way across come
18   directly from Mr. Pappas and are sponsored by
19   him.
20             And, finally, the three lines
21   starting with Lost Contracts come from and are
22   sponsored by Mr. Pappas.
23        Q.   Do you have any understanding as to
24   how Mr. Pappas derived the group of numbers
25   associated with the first item you pointed me
```

1           Peter Fox-Penner, Ph.D.
2  received.
3      Q.   When did you receive it?
4      A.   I don't know the exact date I
5  received it.
6      Q.   Your memo to your file that you sent
7  to Mr. Garcia on May 7 doesn't reference that
8  you have received Mr. Pappas' report, does it?
9      A.   No, it does not.
10     Q.   Do you believe that in fact you had
11 received Mr. Pappas' report before you wrote
12 this memo to the file?
13     A.   Yes, I am certain I had received it
14 by May 7.
15     Q.   Did you review Mr. Pappas' report in
16 advance of creating and finalizing your
17 initial report?
18     A.   No, I did not.
19     Q.   So no part of Mr. Pappas' original
20 report played any role whatsoever in the
21 report that you have prepared in your original
22 report; correct?
23     A.   No part other than the numbers.
24     Q.   The numerical output?
25     A.   The numerical output.  No other part

```
 1              Peter Fox-Penner, Ph.D.
 2    of it.
 3         Q.   Did you have discussions with Mr.
 4    Pappas or with Mr. Budike as to how Mr. Pappas
 5    derived the output that's contained in this
 6    one page in the back of NewEnergy-82?
 7         A.   As I indicated earlier, I had one
 8    meeting that I can recall at the initiation of
 9    my work and Mr. Pappas' work to get clear on
10    the portions of the damages calculation that
11    he was going to calculate and that I was going
12    to calculate.
13              Beyond -- after that meeting, I
14    can't recall any specific conversations with
15    Mr. Pappas.  There may have been one or two
16    phone calls, but I'm pretty sure there were
17    no -- that there were no meetings, and I just
18    can't recall any substantive discussions.
19              MR. WHITE:  Can you mark this
20         as NewEnergy Exhibit 83.
21              (Document marked for
22         identification as NewEnergy Exhibit 83.)
23    BY MR. WHITE:
24         Q.   Sir, I am showing you what's been
25    marked as NewEnergy Exhibit 83.  It is an
```

```
 1              Peter Fox-Penner, Ph.D.
 2       Q.    Does the Brattle Group have any
 3   opinion as to the validity of the Verizon load
 4   management?
 5       A.    Let me just check.
 6             No; I believe that number also
 7   came -- or, excuse me, that number represents
 8   the present value of the numbers that came
 9   from Mr. Pappas.
10       Q.    So the Verizon load management
11   number of $1.888 million, the source for that
12   is Mr. Pappas; correct?
13       A.    Yes.  And in that sense, if I could
14   reference this as an amendment to my earlier
15   answer about the lines of this table that came
16   from Mr. Pappas.
17       Q.    Sure.
18       A.    I apologize.  I inadvertently
19   omitted that line.
20       Q.    Put another way, and perhaps an
21   easier way, is that the only source of numbers
22   on this table that's from the Brattle Group,
23   is the box related to Curtailment Revenues at
24   the top of the page; correct?
25             MR. GARCIA:  I object to the
```

```
 1              Peter Fox-Penner, Ph.D.
 2    form of the question.  And your use of
 3    the word "source" is ambiguous, given
 4    that there were inputs to Mr. Pappas from
 5    Brattle Group and that the numbers that
 6    came back from Pappas were reduced to
 7    present value by Brattle.  So it is not
 8    quite that simple.
 9             MR. WHITE:  You could have
10    objected and you can go back and ask
11    questions, if you like.  You don't need
12    to do that.
13             MR. GARCIA:  Explain why.
14             MR. WHITE:  Really, I don't
15    need the explanation.  Objection to the
16    form is fine, and I will take my risk --
17             MR. GARCIA:  Okay.
18             MR. WHITE:  -- with a vague
19    record, if I need to.
20       A.    You referred to a box.  I would
21 prefer to say that the --
22       Q.    How about a section?
23       A.    The one, two, three, four, five --
24 six lines on this table in the section
25 Curtailment Revenues, and the five following
```

Peter Fox-Penner, Ph.D.

lines, are numbers entirely produced and sponsored by myself.

The remaining lines of the table are numbers calculated -- that are present value of numbers that are calculated and sponsored by Mr. Pappas.

Q. And am I correct that for those numbers that are calculated and sponsored by Mr. Pappas, you have no idea how he derived those numbers?

A. Well, I would have to say no to that.

Q. Do you know what he did to derive those numbers?

A. I know something about what he did to derive those numbers.

Q. Tell me what you know.

A. What I know is that, for at least some of these lines I provided him with my estimate of customers and meters in each year that I forecast would have been involved in load management in association with NewEnergy. And he took those numbers of customers and meters and estimated the profits

```
 1              Peter Fox-Penner, Ph.D.
 2   that Powerweb itself would have earned from
 3   the sales of systems and systems support
 4   related to those meters and customers.
 5        Q.   How do you know that that's what Mr.
 6   Pappas did?
 7        A.   That's what we discussed that he
 8   would do in this initial meeting.  And, from
 9   my recollection of his report, that's what he
10   says he did.
11        Q.   Do you know whether he did it
12   accurately or correctly?
13        A.   No.  As I've said, I have not
14   checked it, his method or calculation itself.
15        Q.   Have you checked whether he took
16   your inputs -- or, excuse me.  Have you
17   checked whether he took the assumptions or the
18   base numbers that you gave and used the
19   correct numbers?
20        A.   No, I have not checked his math.
21        Q.   Have you checked whatever model he
22   used to generate his values?
23        A.   No, did not check his model or
24   calculation.
25        Q.   And you have no assessment or
```

```
 1              Peter Fox-Penner, Ph.D.
 2   to load-management customers products or
 3   services, other than, perhaps, to Bell
 4   Atlantic?
 5              MR. GARCIA: Objection. All of
 6       this goes to liability, not damages,
 7       which was the scope of his report.
 8       A.   I have not reached any conclusion
 9   about that. But there is certainly language
10   in those agreements that I have seen that
11   could be interpreted as creating a
12   relationship between Powerweb and NewEnergy.
13              But I'm not a lawyer, I can't reach
14   any legal conclusions about those agreements.
15              As a practitioner, all I can say is
16   that I looked at them and saw something that,
17   to my nonlegal eyes, suggests a business
18   relationship between the two entities.
19       Q.   Do you believe that that business
20   relationship, to the extent you understand it,
21   would justify a $30.6 million damages figure?
22              MR. GARCIA: Same objection.
23       A.   If you're asking me about Mr.
24   Pappas' estimate, which I have present valued
25   to be $30.6 million, I have no opinion as to
```

```
                 Peter Fox-Penner, Ph.D.
```

about.

A.   As I said, I don't know the degree of conservatism in Mr. Pappas' numbers.

Q.   You don't know if there is a degree of conservativism in those numbers, do you?

A.   I will just say I don't know the degree of conservatism in Mr. Pappas' numbers.

Q.   Does the Brattle Group typically incorporate number in its report where it has no basis to assess whether those numbers are valid or not?

A.   I don't know what you mean by the term "incorporate." But it is not at all unusual in the course of our assignments to work as part of a team of experts and to have our work combined with the work of other experts.

In this case I think I have been extremely clear about how that work has been combined. And the idea of combining the work of several experts in a legal proceeding, I would say, is quite common.

Q.   Are you relying on the $70 million of numbers that Mr. Pappas has brought to you

138

Peter Fox-Penner, Ph.D.

1
2  in your original report?
3      A.   I am not relying on Mr. Pappas'
4  numbers in the sense of -- that I am not
5  sponsoring them.
6           I have taken Mr. Pappas' numbers,
7  which constitute his opinion, and I have made
8  a simple calculation to present value them for
9  the -- so that they can be discounted at the
10 same -- in the same framework as the rest of
11 my numbers.
12          But he is sponsoring his numbers,
13 his opinions, and I am sponsoring mine.
14     Q.   And hopefully this will be the last
15 question about Mr. Pappas' numbers for a
16 while.
17          You don't have any reason to believe
18 Mr. Pappas' numbers are reliable in any way,
19 do you?
20               MR. GARCIA:  Objection to the
21     form of the question.
22     A.   I would disagree with that.
23     Q.   What's your basis to say that Mr.
24 Pappas' numbers are reliable?
25     A.   Well, my understanding is that Mr.