COMPLIMENTARY READING
AND SIGNING COPY FOR
DEPONENT

```
 1

 2

 3           IN THE UNITED STATES DISTRICT COURT

 4        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 5                       - - -

 6   CONSTELLATION NEWENERGY: CIVIL ACTION
     INC.,                  :
 7              Plaintiff,  :
                            :
 8                          :
            vs.             :
 9                          :
     POWERWEB TECHNOLOGIES, :
10   INC., et al.,          :
              Defendants.   : NO. 02-CV-2733 (HB)
11

12                       - - -
             Philadelphia, Pennsylvania
13             Thursday, July 1, 2004
                         - - -
14
          Pretrial Examination of CONSTANTINOS
15
     GUS PAPPAS, CPA, taken pursuant to notice, at
16
     the law offices of Wolf, Block, 1650 Arch
17
     Street, 22nd Floor, on the above date,
18
     beginning at approximately 10:05 a.m., before
19
     Debra Ann Whitehead, a Court Reporter, an
20
     Approved Reporter of the United States
21
     District Court, and Notary Public.
22
             V A R A L L O   Incorporated
23            Litigation Support Services
             1835 Market Street, Suite 600
24              1835 Market Street
              Philadelphia, PA   19103
25               (215)   561-2220
```

Exhibit 1        |V|    V A R A L L O  Incorporated

```
                  Constantinos Gus Pappas, CPA
 1
 2      Q.    You listened to what yourself had to
 3   say?
 4      A.    Yes.
 5      Q.    Okay.  Got you.
 6            You say that lost profits are
 7   derived from two sources, load management and
 8   energy management.
 9            What's load management in your
10   report?
11      A.    Load management is where a customer
12   of the utility has a device attached to their
13   utility -- their electrical meter that talks
14   back to Omni-Link.
15            And using Omni-Link's services, they
16   can control their load or curtail or keep an
17   eye on what's being -- what their load
18   consumption is.
19      Q.    And your calculation, if I
20   understand it, among other things, calculated
21   how many of those devices would have been sold
22   out to these customers of utilities; correct?
23                 MS. GOODCHILD:  Objection to
24       the form.
25      A.    No, that's not correct.
```

```
 1            Constantinos Gus Pappas, CPA
 2              MS. GOODCHILD:  Objection to
 3     the form.
 4  BY MR. WHITE:
 5     Q.    They don't have to drive out there?
 6  You are going to have an office in Altoona?
 7              MS. GOODCHILD:  Objection to
 8     the form.
 9     A.    You can hire a subcontractor in
10  Altoona.
11     Q.    But you have to pay that guy; right?
12     A.    Yes; but we are not going to pay for
13  him to fly out to Altoona.
14     Q.    But that's another cost that you
15  have to have, right, that's not just an hourly
16  cost?
17     A.    It could be, if you hire somebody
18  out in Altoona.
19           If you hire another contractor out
20  in California, it would be an hourly cost.
21     Q.    What's energy management services?
22     A.    Energy management services is
23  another service that Omni-Link provides where
24  a customer has access to an internet site, and
25  that customer can track his energy consumption
```

```
 1            Constantinos Gus Pappas, CPA
 2   to know there are certain rates, to know when
 3   to not -- to know when to turn down their
 4   energy consumption because they don't want to
 5   pay certain energy rates at certain times,
 6   things like that.
 7        Q.   Does Powerweb have any energy
 8   management customers?
 9        A.   Currently?
10        Q.   Yes.
11        A.   Yes.
12        Q.   How many?
13        A.   Does that fall -- okay.
14             Approximately?
15        Q.   Yes.
16        A.   From what I understand, for one
17   contract we have somewhere between 800 and 900
18   customers, or Powerweb has somewhere between
19   800 and 900 customers on one contract.
20             And on another, they have -- I'm not
21   really sure, but I believe it is around 400
22   customers.
23        Q.   How much do those customers pay per
24   month for the service?
25        A.   They do not pay Powerweb directly;
```

Constantinos Gus Pappas, CPA

give you any feeling that, perhaps either one of your reports must have been dramatically incorrect --

MS. GOODCHILD: Objection to the form.

Q. -- to have such a change?

MS. GOODCHILD: Objection to the form.

A. Both my reports are reasonable in the respect that, if you took it and looked at it from NewEnergy's standpoint, of what we could have done, what Powerweb could have done, I believe it would be very reasonable from that side.

If you look at it and take exactly what Powerweb has gotten into with its energy management and its penetration rates, with its current contracts, and based on the fact that you are talking about utilities that are considerably larger than the ones they have now, I would say, yes, again, it's -- would have been reasonable to assume that they -- that these numbers could have come.

Q. The current penetration rates you

```
 1              Constantinos Gus Pappas, CPA
 2       Q.   You are not an expert in the energy
 3   industry, are you?
 4       A.   No.
 5       Q.   For any of those 13 contracts, or
 6   customers listed there, have you seen a draft
 7   contract between them and Powerweb?
 8                MS. GOODCHILD:   Objection.
 9   Withdrawn.
10       A.   No, not seen any contract, draft
11   contracts.
12       Q.   Did you know whether any such
13   contracts existed?
14       A.   Between who?
15       Q.   Any of those 13 customers, or
16   potential customers, and Powerweb.
17       A.   No.
18       Q.   Why do you think that Powerweb would
19   have gotten, had a relationship with, any of
20   those 13 customers?
21       A.   From discussions with Mr. Budike;
22   that out of those 13, that they were the
23   finalists in requests for bids for each of
24   those utilities.
25       Q.   Did you see any documents or
```