Subj: Help
Date: 2/27/00 10:03:24 PM Eastern Standard Time
From: dmcgeown@newenergy.com (David McGeown)
To: Pweb1@aol.com

File: loadshapetechspecs.doc (24576 bytes)
DL Time (21600 bps): < 1 minute

Lou,

I am off to England for a week on Friday and am close to panic with the amount that needs to get done.

What follows is the equivalent of me thinking out loud.

We need to define what technical role OmniLink should play moving forward outside the Bell Atlantic relationship. My colleagues are unclear and I cannot explain the plan (we don't have a detailed one yet). Do not confuse this with the positions for OmniLink on which we are agreed Bell Atlantic and any deals you bring where you have presold OmniLink.

OmniLink as a dispatch system is very clear. However, for verification only our information product from EnergyTracking does a lot of what we need just needs speeding up. Help me figure out what to do. At the moment I am leaning toward asking you to customize a unique application of Omnilink for NewEnergy that sits on top of the ETI information product. This will mean streaming data between the two of you. Thus we secure a position for OmniLink in this niche product leaving open the door for pull through of controls that will be a requirement when the product line grows. For this year only I think the verification needs dominate. I suggest that we get together with ETI on Tuesday to figure our how to do this. Install their equipment connect to the Web and get ETI data to OmniLink.

Attached is the first cut at the specs for the product we will need for our curtailment (load shaping) product. It is not directed at nay piece of equipment, just describes what we think the needs are. Your input please.

As I prepared these I realize that we have not yet tackled the issues of what is you intellectual property (your "Energy Technology") and what is ours. It is not too relevant for Bell Atlantic alone, but if we are to 'sell' this further within the regions we need to think through how we do this. As the program has developed it has become clearer that OmniLink will not be used this year for dispatch. The issue we need to resolve is the notification and verification piece. As we have developed the application specs it has become clear to me that the end product must be unique to NewEnergy (AES). We will enhance the OmniLink and EnergyTracking products to do this. Where do we reasonably determine which pieces belong only to you and which are unique applications made available only to NewEnergy?

The simplest answer is for us to enhance the information products we currently have (no controls), but that does no maximize the opportunity to grow OmniLink.

Much of what we need to do for this product is a unique application of the products NewEnergy is pulling together. We have already come to agreement



EXHIBIT
NewEnergy - 41
1/13/03

PW00286

Exhibit 5    Wednesday, March 01, 2000    America Online: Pweb1    Page: 1

with EnergyTracking that whatever we ask them to do under our direction is
    r property. They have created a tool chest that allows us to create the
product that is, and remains, theirs. The business rules that we apply
using that tool chest is ours. As we develop the application for
curtailment (load shaping) I think we should go down the same route..

We need to quickly agree what we are doing. Now is the time to build
OmniLink into a standard AES product. I am getting some resistance on this
 only from a cost to the customer perspective  do we need additional
OmniLink burden. I know we can overcome it, but I need your help to figure
it out.

Hope this comes across clearly. It is late and I am rushing again.

David McGeown
NewEnergy
908 704 8437
E fax 413 581 9034


------------------ Headers ------------------
Return-Path: <dmcgeown@newenergy.com>
Received: from  rly-yh01.mx.aol.com (rly-yh01.mail.aol.com [172.18.147.33]) by air-yh02.mail.aol.com (v69.17) with ESMTP;
Sun, 27 Feb 2000 22:03:24 -0500
Received: from  mail.newenergy.com (mail.newenergy.com [207.16.110.9]) by rly-yh01.mx.aol.com (v69.17) with ESMTP;
  Jn, 27 Feb 2000 22:03:04 -0500
  essage-id: <fc.0064ba28000c69b6C064ba28000c69b6.c69b7@newenergy.com>
Date: Sun, 27 Feb 2000 18:59:24 -0800
Subject: Help
To: Pweb1@aol.com
From: dmcgeown@newenergy.com (David McGeown)
MIME-Version: 1.0
Content-type: multipart/mixed; boundary="-=_-3034522767.119171250.764"

PW00287