388

```
 1        IN THE UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                      - - -
 4    CONSTELLATION                :CIVIL ACTION
      NEWENERGY, INC.              :
 5         v.                      :
      POWERWEB TECHNOLOGIES,       :
 6    INC, A-VALEY                 :
      ENGINEERS, INC., and         :
 7    LOTHAR E.S. BUDIKE, JR.:NO.02-CV-2733(HB)
 8                      - - -
                  JANUARY 13, 2004
 9                  VOLUME II
                  CONFIDENTIAL
10                      - - -
11         Continuing videotape deposition of
12    LOTHAR E.S. BUDIKE, JR, held in the
13    offices of Wolf, Block, Schorr &
14    Solis-Cohen, 1650 Arch Street,
15    Philadelphia, Pennsylvania 19103,
16    commencing at 10:00 a.m., on the above
17    date, before Amanda Dee Maslynsky-Miller,
18    a Certified Realtime Reporter and Notary
19    Public in and for the Commonwealth of
20    Pennsylvania.
21
22                      - - -
            ESQUIRE DEPOSITION SERVICES
23        1880 John F. Kennedy Boulevard
                  15th Floor
24       Philadelphia, Pennsylvania 19103
```

COPY

Exhibit C

```
                                                        560
 1   headache, especially after the deal --
 2   you know, the deal, the way the situation
 3   was right now.
 4            Q.    Did you, in fact, spend up
 5   to $100,000?
 6            A.    More than.
 7                  Go ahead.
 8            Q.    So the answer is, yes, you
 9   spent more than $100,000?
10            A.    Yes.
11            Q.    Is there any documentation
12   for what that was spent on?
13            A.    Yes.  I didn't spend it.
14   A-Valey spent the money.
15            Q.    So you -- you subcontracted
16   all of the work --
17            A.    All of the engineering work,
18   yes.
19            Q.    So is the entire amount of
20   the $100,000 was -- went to A-Valey?
21            A.    The entire amount of the
22   $100,000?  No.  A-Valey spent more than
23   $100,000.
24            Q.    But at least $100,000 was
```

561

1  spent -- in other words, Power --
2  NewEnergy gives you $100,000, sends you
3  $100,000?
4           A.    Right.
5           Q.    Those actual dollars, all of
6  those dollars, at least, were used up by
7  A-Valey?
8           A.    They were used up, yes.
9           Q.    Well, I'm trying to figure
10 out whether Powerweb kept some of that,
11 you spent some of that or does it all go
12 to A-Valey?
13          A.    No. There's still monies
14 outstanding to A-Valey on our books
15 today.
16          Q.    Power -- so Powerweb --
17          A.    Has not paid the full bill
18 to A-Valey.
19          Q.    Okay. Powerweb, though,
20 didn't keep any of the $100,000 for its
21 own activity?
22          A.    No. No. It was all
23 dedicated to this project.
24          Q.    So if I wanted to get the

565

1           dollars?
2                   MR. LANDAU:  No, I didn't
3           ask that question.  I just asked
4           if there's $100,000.
5   BY MR. LANDAU:
6           Q.      And the question is -- the
7   next question is, how does that -- if you
8   can recall or if you know, how does that
9   $100,000 appear on the books and records
10  of your company?
11          A.      As an outstanding bill to
12  A-Valey Engineers for engineering
13  services on this project.
14          Q.      And the income or assets --
15          A.      It's on my P&Ls, yes.
16          Q.      As an asset on the P&Ls?
17          A.      No.  It's an asset on my
18  books and it's a deduction on my books as
19  well as an accounts payable to A-Valey.
20  Yes.
21          Q.      Right.  It's both.
22                  Do you recall having any
23  discussion in this period, February 2000,
24  March 2000, with Dave McGeown about