10:04:28

1
2  UNITED STATES DISTRICT COURT
3  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
4  ------------------------------------x
5  CONSTELLATION NEWENERGY, INC.,
6                              Plaintiff,
                                         Civil Action No.
7         -against-                      02-CV-2733
8  POWERWEB TECHNOLOGIES, INC., et al,
9                              Defendants.
10 ------------------------------------x
11                          February 17, 2004
                            10:05 a.m.
12
13     Deposition of BRIAN HAYDUK, taken by
14 Defendants, pursuant to notice, at the offices of
15 Wolf, Block, Schorr & Solis-Cohen, LLP, 250 Park
16 Avenue, New York, New York, before SUZANNE
17 PASTOR, a Shorthand Reporter and Notary Public
18 within and for the State of New York.
19
20
21
22
23
24
25                    Exhibit E

LEGALINK
A WORDWAVE COMPANY

LegaLink Manhattan                tel (212) 557-7400    www.legalink.com
420 Lexington Avenue, Suite 2108  tel (800) 325-3376
New York, NY 10170                fax (212) 692-9171

|  |  |
|---|---|
| | 1 |
| 11:40:40 | 2 |
| 11:40:44 | 3 |
| 11:40:46 | 4 |
| 11:40:48 | 5 |
| 11:40:52 | 6 |
| 11:40:54 | 7 |
| 11:40:54 | 8 |
| 11:41:04 | 9 |
| 11:41:06 | 10 |
| 11:41:08 | 11 |
| 11:41:10 | 12 |
| 11:41:14 | 13 |
| 11:41:16 | 14 |
| 11:41:20 | 15 |
| 11:41:22 | 16 |
| 11:41:22 | 17 |
| 11:41:28 | 18 |
| 11:41:30 | 19 |
| 11:41:32 | 20 |
| 11:41:34 | 21 |
| 11:41:34 | 22 |
| 11:41:48 | 23 |
| 11:41:50 | 24 |
| 11:41:54 | 25 |

BRIAN HAYDUK

Q. Was it your understanding that if there was anything left over, it would be used for other opportunities?

A. Yes. It was my understanding that during the term of the agreement, that's what would happen. It would be used for other opportunities.

Q. Well, does it say in here anywhere that it would be returned if it wasn't used for Bell?

A. No. But certainly my assumption was that if the entire contract was terminated and the funds weren't used for Bell Atlantic or other opportunities, then it would be refunded.

Q. And that was your assumption based on what?

A. Based on a contract being terminated, that that's what would happen.

Q. Powerweb never agreed to that, did they?

A. Not in -- no.

Q. At the time this was entered into, were you aware of any discussions within NewEnergy about pursuing this same type of

BRIAN HAYDUK

13:09:20  2   likely person to present this to Bell?
13:09:24  3       A.   At the time probably either Jim
13:09:30  4   Kernan or David McGeown.  I may have been
13:09:34  5   involved in presenting it, too, but I just don't
13:09:36  6   remember doing that.
13:09:38  7       Q.   Do you remember having any meetings
13:09:40  8   with Bell about the proposal?
13:09:42  9       A.   Not specifically, no.
13:09:58  10      Q.   What happened with the deal that was
13:10:00  11  being proposed?
13:10:06  12      A.   My understanding was sometime before
13:10:10  13  spring -- we had a deadline that we had to meet
13:10:14  14  in order to get the contracts done and all the
13:10:18  15  work that Powerweb had to do.  We had a deadline
13:10:22  16  that we had to meet.  And sometime right before
13:10:28  17  or right after, my recollection is I had a
13:10:32  18  conversation with Jeremy Metz where he
13:10:36  19  essentially told me that they, I don't know
13:10:38  20  exactly who "they" are in this case, but they
13:10:42  21  couldn't get comfortable with running the engines
13:10:50  22  as part of the program because of the permitting
13:10:50  23  on the engines.
13:10:52  24           I don't know if it was their legal
13:10:54  25  folks or their environmental folks or who, but

```
                              BRIAN HAYDUK
13:10:58   2    for whatever reason, they could not get past the
13:11:00   3    permitting issue and decided that they couldn't
13:11:04   4    run the engines.  And if they couldn't run the
13:11:08   5    engines, this deal essentially dies on the vine,
13:11:08   6    which is what happened.
13:11:12   7         Q.    And this was before the summer of
13:11:12   8    2000?
13:11:12   9         A.    Correct.
13:11:16  10         Q.    Was there a decision made at that
13:11:20  11    time to in effect postpone it until the summer of
13:11:20  12    2001?
13:11:26  13         A.    What's "it" in that case?
13:11:28  14         Q.    Proceeding with this proposal.
13:11:30  15         A.    I don't know.
13:11:44  16         Q.    What, if anything, was done with Bell
13:11:48  17    in the summer of 2001 in this regard?
13:11:48  18         A.    I don't think anything.
13:11:54  19         Q.    Was something done in New York?
13:11:56  20         A.    I don't believe so.
13:12:08  21         Q.    Even in 2001?
13:12:12  22         A.    In 2001 we -- at some point we were
13:12:16  23    involved with Electrotech that had a relationship
13:12:22  24    with Bell Atlantic, or maybe it was Verizon at
13:12:26  25    that point.  I don't know if that was '01 or
```