Subj:    **Fwd: Re: PowerWeb Conference call**
         12/30/99 5:23:19 PM Eastern Standard Time
From:    dmcgeown@newenergy.com (David McGeown)
To:      Pweb1@aol.com

File: Powerwebplansummary.DOC (45568 bytes)
DL Time (21600 bps): < 1 minute

Copy of final memo and confirmation that the call will be on Monday. Note one small adder - got some feedback that we may want the unspent money back if we do not move forward on other deals. That is so unlikely that I added it today. I don't like to even have the idea in there but at his point I just want it done. One idea to make the deal cleaner for NewEnergy was to let you increase the margin up front in return for forgoing a split of the operating margins downstream. I refused to bring that offer to you.

Hope you are having a good time in the Big Apple.

Best regards

>We will be having a conference call at 3:00 PM EST on Monday the 3rd to
>discuss the PoweWeb/Bell Atlantic opportunity in NJ. For those of you
>that do not have it, a summary of the deal will be forwarded to all.

Summary of the deal is attached.

.._EASE PLEASE call me if you have any questions. A lot of work has been put into this so far. I welcome the opportunity to talk to you before Monday. I will be checking voice mail regularly.
>
>
HAPPY NEW MILLENIUM

David McGeown
NewEnergy
908 704 8437
E fax 413 581 9034


---------------- Headers ----------------
Return-Path: <dmcgeown@newenergy.com>
Received: from rly-yb04.mx.aol.com (rly-yb04.mail.aol.com [172.18.146.4]) by air-yb04.mail.aol.com (v67.7) with ESMTP;
Thu, 30 Dec 1999 17:23:19 -0500
Received: from mail.newenergy.com (mail.newenergy.com [207.16.110.9]) by rly-yb04.mx.aol.com (v67.7) with ESMTP; Thu,
30 Dec 1999 17:23:04 -0500
Message-Id: <fc.0064ba2800084f520064ba280008477d.84f5c@newenergy.com>
Date: Thu, 30 Dec 1999 14:20:10 -0800
Subject: Fwd: Re: PowerWeb Conference call
To: Pweb1@aol.com
From: dmcgeown@newenergy.com (David McGeown)
ME-Version: 1.0
Content-type: multipart/mixed; boundary="-=_-3029408412.42985136.2084"

EXHIBIT
207

PW05857

**Exhibit F**