Subj: Re(2): PowerWeb Conference call
Date: 1/2/00 6:48:52 PM Eastern Standard Time
From: dmcgeown@newenergy.com (David McGeown)
To: Pweb1@aol.com

I understand, but please note added was ONLY if we did not agree on other deals. I will pass on your comments tomorrow.

Pweb1@aol.com, Internet writes:
>I don't not agree with the adder of yours, by giving money back says were
>not
>going to approach other deals together. I want a partner to approach
>other
>deals with, if thats not the case they let me know now.
>
>I know we both tried hard on this deal but I'm real tired of this
>eleventh
>hour bullshit.
>
>We have no deal until we get want we want a partner that wants to go
>after
>the market. I'll still expect your final answer by Monday.
>
>Happy New Year
>
>Lou

---------- Headers ----------
Return-Path: <dmcgeown@newenergy.com>
Received: from rly-zc02.mx.aol.com (rly-zc02.mail.aol.com [172.31.33.2]) by air-zc04.mail.aol.com (v67.7) with ESMTP; Sun, 02 Jan 2000 18:48:52 -0500
Received: from mail.newenergy.com (mail.newenergy.com [207.16.110.9]) by rly-zc02.mx.aol.com (v67.7) with ESMTP; Sun, 02 Jan 2000 18:48:43 -0500
Message-Id: <fc.0064ba28000858803b9aca00ccdcd61b.85881@newenergy.com>
Date: Sun, 02 Jan 2000 15:45:46 -0800
Subject: Re(2): PowerWeb Conference call
To: Pweb1@aol.com
From: dmcgeown@newenergy.com (David McGeown)
MIME-Version: 1.0
Content-type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 8bit



PW05855

Exhibit G