```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                 CASE NO. 02-CV-2733 (HB)
 3
 4   _____
     CONSTELLATION NEWENERGY, INC.,
 5
                Plaintiffs,              (Videotaped)
 6                                    Oral Deposition of:
         vs.
 7                                       DAVID McGEOWN
     POWERWEB TECHNOLOGIES, INC.,
 8   et al.,
                                         ORIGINAL
 9              Defendants.
     _____
10
11
                         * * * * *
12              Thursday, February 26, 2004
                         * * * * *
13
14
15        Transcript in the above matter taken at the
16   offices of Wolf Block, 101 Eisenhower Parkway,
17   Roseland, New Jersey, commencing at 10:17 a.m.,
18   before Seva Flicstein, Certified Shorthand
19   Reporter, Registered Merit Reporter, Certified
20   Realtime Reporter, a Notary Public of the State of
21   New Jersey.
22
             CERTIFIED SHORTHAND REPORTING SERVICES
23                     Arranged Through
             MASTROIANNI & FORMAROLI, INC.
24                709 White Horse Pike
               Audubon, New Jersey  08106
25                  (856) 546-1100
```

Page 150

1  the engine sizes. But I think that was primarily
2  Budike and Jim Curnyn worked on that.
3          Does that answer your question?
4      Q. Thank you very much.
5          Do you recall submitting a proposal
6  like this to Bell Atlantic?
7      A. I did not.
8      Q. Do you recall anyone else doing
9  that?
10     A. I believe Jim Curnyn did.
11     Q. Do you know whether it was actually
12 handed to someone at Bell Atlantic at a meeting or
13 sent by mail or how it was delivered?
14     A. I believe all of those. But I
15 believe the venue was Team Energy.
16     Q. So this was a meeting of people from
17 various parts of Bell Atlantic?
18     A. I believe at that point Team Energy
19 had final control. Rod Sluyter had taken it up to
20 the senior vice president of whatever that was the
21 number two or number three. And they may even have
22 been starting to call themselves Verizon at that
23 stage. And had gotten some approvals from him.
24 And this may have been the seminal document he was
25 trying to get result to a contract.

Page 151

1      Q. Did you attend the meeting at Team
2  Energy that you just described?
3      A. I attended multiple Team Energy
4  meetings. I missed multiple Team Energy meetings.
5  It wouldn't necessarily have been relevant that I
6  would have attended this one.
7      Q. What did Bell Atlantic decide
8  regarding this proposal?
9          MR. WHITE: Objection.
10     A. If I may recharacterize, with regard
11 to our proposal, which this probably reasonably
12 represents but I don't know if this specifically
13 was examined in detail --
14     Q. I will accept that revision.
15     A. The senior vice president with whom
16 we had to go up to approved the program, and gave
17 an instruction that this program is going to work.
18 And I remember clearly that the rub was he had to
19 instruct a different team that was not part of Team
20 Energy called the generator guys to participate.
21         And that was the rub, instructing
22 them to participate.
23     Q. Who were the generator guys?
24     A. The responsibility for the operations
25 of -- does the phrase "CO" make sense? CO is that

Page 152

1  switching center? Central Office, that's what it's
2  called, where the switch gear is that we were
3  planning to turn the generators on and off.
4          Team Energy was in an advisory
5  capacity only, not an execution capacity. Thus,
6  the generator guys were part of another division
7  that I believe was called Operations. I'm not
8  sure. That was their function. And Team Energy
9  could not instruct the generator guys.
10     Q. So how was it expected that this
11 would be brought about?
12     A. That from the instruction from the
13 head cheese, the senior vice president, that Team
14 Energy would approve the deal. Somebody in Team
15 Energy, probably Jeremy Metz, would be the contract
16 point of contact.
17         And that moving forward, we would
18 have generator guys in Operations that would
19 somehow be notified in the event that we were going
20 to execute a curtailment call, that they had to go
21 to the site and turn the generators on.
22     Q. Once that decision had been made,
23 what was the next step that was expected to occur?
24         MR. WHITE: Objection. You may
25 answer.

Page 153

1      A. Somewhere in Bell Atlantic we were
2  going to put the operational stuff together of what
3  sites, who, and how do we communicate with them to
4  make the program work. Oh, pardon me.
5          The next step, somebody was going to
6  sign a contract.
7      Q. Did that happen?
8      A. To my knowledge, no.
9      Q. Why not?
10     A. Because it is my understanding that
11 one of the generator guys wrote to the regional
12 Environmental Protection Agency to seek
13 clarification that if they ran their diesel
14 generators during a summer peak for profit, would
15 that be okay.
16         And the regional EPA guy sent a very
17 swift memo back telling Bell Atlantic that they
18 would be treated as an electric utility, and thus,
19 all their permits would be invalidated.
20     Q. Was this an official in New Jersey?
21     A. I don't know if it was a New Jersey
22 guy or the New York guy. It didn't really matter.
23 It was dead at that point.
24     Q. Was any effort made to try to solve
25 that problem?

Page 154

1    A.  Other than begging, pleading? Yes,
2 multiple efforts were made to try and get around
3 it. But at that point the operations team had an
4 official letter. And they sat back, that was it.
5    Q.  Did that occur sometime in year
6 2000?
7    A.  I'm pretty sure -- it had to occur
8 about the time of the proposal. It was all 2000.
9 By inference, yes.
10    Q.  Was anything done with Bell
11 Atlantic -- by "anything" I mean some sort of
12 curtailment program -- at all in the year 2000?
13    A.  I believe the answer is no.
14    Q.  Was anything done like that with Bell
15 Atlantic in the year 2001?
16    A.  I don't know the answer to that.
17 Pretty sure it's -- I'm pretty sure the answer is
18 no.
19    Q.  Was there a program in New York done
20 with Bell Atlantic for curtailment?
21    A.  There was a program in New York. I
22 don't think Bell Atlantic participated. I think we
23 tried. We didn't get it.
24    Q.  Are you sure about that? Or you're
25 not sure?

Page 155

1    A.  I can remember trying. I can
2 remember talking about facilities in New York, as
3 we tried to resurrect the deal and keep something
4 going. I remember we tried hard. But I don't
5 think they participated in the end.
6    Q.  Do you remember NewEnergy doing
7 anything with Bell Atlantic in the year 2002?
8    A.  No. Not to my knowledge. With
9 regard, again, to programs of this nature.
10    Q.  I am showing you what has been marked
11 as Exhibit Powerweb-20.
12       Have you seen this before?
13    A.  No.
14    Q.  For the record, it's titled
15 "Agreement for Customer Curtailment of Electricity
16 Under the PJM Customer Load Reduction Pilot
17 Program." It appears to be entered into between
18 Amboy Aggregates and NewEnergy.
19       And -- I don't see an offerings date
20 on it, but there is a fax on the back that has a
21 header, July 26, 2000.
22       Do you know whether any sort of
23 curtailment agreement was entered into with Amboy
24 Aggregates and NewEnergy?
25    A.  No, I don't.

Page 156

1    Q.  Do you know whether NewEnergy entered
2 into any curtailment contracts with any customers
3 in the year 2000?
4    A.  I believe the answer is they did.
5    Q.  What customers?
6    A.  I don't recall.
7    Q.  Do you recall whether that was done
8 in the PJM?
9    A.  No, I don't.
10    Q.  Do you recall whether it was done in
11 the New York ISO?
12    A.  Yes, I do.
13    Q.  Do you recall the customers there?
14    A.  No. There is only a handful. I
15 don't recall specifically who did sign up.
16    Q.  Do you know whether it was done in
17 any other regions of NewEnergy?
18    A.  I don't know -- California program
19 came and went. I believe there was probably
20 something in California. I'm pretty sure there was
21 something in Chicago.
22       MR. GARCIA: Would you mark this,
23 please.
24       (Exhibit Powerweb-214, Request for
25 advice on the purchase of Energy Tracking, Inc.,

Page 157

1 Bates stamped NE005843 through NE005849, was marked
2 for identification.)
3    Q.  (BY MR. GARCIA:) I am showing you
4 what has been marked as Exhibit PW-214. It appears
5 to be a request for advice on the purchase of
6 Energy Tracking, Inc.
7       Have you seen this before?
8    A.  Yes.
9    Q.  It says, "Please respond to Robert
10 Morgan or David McGeown at AES NewEnergy by
11 August 25, 2000."
12       Did you have a role in preparing
13 this?
14    A.  Yes.
15    Q.  What was your role?
16    A.  I believe I was the author.
17    Q.  And were you recommending the
18 purchase of Energy Tracking?
19    A.  Yes, I was.
20    Q.  What type of technology did Energy
21 Tracking have?
22       MR. WHITE: Objection; overly broad.
23 You may answer.
24    A.  Web-based information services and
25 metering equipment to go with it.