~~this Court deems appropriate~~<u>in excess of $90 million, including lost profits, attorney's fees, interest and costs</u>, and that the Court permanently enjoin NewEnergy from ~~using~~<u>any further use or disclosure of</u> the ~~"~~<u>Energy Technology</u>~~"~~ information ~~or disclosing it to third-parties~~<u>and grant such other relief as may be appropriate and just</u>.

## COUNT IV
### (Breach of Contract)

<u>185.</u>   <u>Paragraphs 1 through 184 above are incorporated herein by reference.</u>

<u>186.</u>   <u>The Joint Marketing Agreement was a valid enforceable contract.</u>

<u>187.</u>   <u>Powerweb has complied with all of its obligations under the Joint Marketing Agreement.</u>

<u>188.</u>   <u>NewEnergy has breached its obligations under the Joint Marketing Agreement by improperly disclosing Powerweb's Energy Technology information to third-parties and by using Powerweb's Energy Technology information for NewEnergy's own financial gain without Powerweb's prior written approval.</u>

<u>189.</u>   <u>NewEnergy also has breached its obligations under the Joint Marketing Agreement by independently pursuing similar opportunities with other customers in the PJM and New York ISO territories.</u>

<u>190.</u>   <u>Powerweb has suffered damages as a result of NewEnergy's breaches of the Joint Marketing Agreement.</u>

<u>WHEREFORE, Powerweb requests that judgment be entered in its favor against NewEnergy in an amount to be determined at trial, currently believed to be in excess of $90 million, including lost profits, attorney's fees, interest and costs, and that</u>

<u>the Court permanently enjoin NewEnergy from any further use or disclosure of the Energy Technology information and grant such other relief as may be appropriate and just.</u>

## COUNT V
### (Breach of Duty of Good Faith and Fair Dealing <s>Against NewEnergy and CILCO</s>)

<s>177. Powerweb incorporates here by reference the allegations of paragraphs 1 through 176.</s>

<u>191.</u> <u>Paragraphs 1 through 190 above are incorporated herein by reference.</u>

<u>192.</u> <s>178.</s> NewEnergy owed a duty to Powerweb to perform its obligations under the Confidentiality Agreement, the Letter Agreement, <s>and</s> the Joint-Venture Agreement and <s>to conduct itself in accordance with the implied duty of good faith and fair dealing.</s><u>the Joint Marketing Agreement and to conduct itself in accordance with the implied duty of good faith and fair dealing.</u>

<s>179. CILCO owed a duty to Powerweb to perform its obligations under the Confidentiality Agreement and to conduct itself in accordance with the implied duty of good faith and fair dealing.</s>

<u>193.</u> <s>180.</s> NewEnergy breached its duty of good faith and fair dealing <s>to Powerweb</s> by, among other things, using the Confidentiality Agreement to procure <s>certain</s> confidential<s>,</s><u>_and_</u> proprietary information <s>from Powerweb in order to design its own software system to compete with the Omni-Link System in the reserve capacity sales market</s><u>in order to develop its own competing products and services and thereby deprive Powerweb of the intended benefits of its bargain.</u>