IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.  :  CIVIL ACTION

v.  :

POWERWEB TECHNOLOGIES, INC.  :  NO. 02-2733

**FILED**
APR 3 0 2004
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 30th day of April, 2004, after a telephone conference with counsel, it is hereby ORDERED that the motion of defendant Powerweb Technologies, Inc. for leave to file second amended counterclaims is DENIED as out of time.

BY THE COURT:

_____, J.

Mail - W. Matthews
N. Tobias
R. Garcia
J. Scott
N. Nastasi
K. Goodchild
K. Calabrese
J. O'Dea
E. Weiss
E. Horwitz

Fax - H. Langer
J. O'Neill
J. Sweet
L. Rosengard
M. Baio
Z. Glaser

EXHIBIT D