Proposed Jury Interrogatories submitted by Powerweb, Inc.

    6.    Do you find that Powerweb has proven by a preponderance of the evidence that NewEnergy breached the Joint Marketing Agreement?

    _____    Yes

    _____    No

EXHIBIT E