```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.    :     CIVIL ACTION
                                 :
          v.                     :
                                 :
POWERWEB, INC.                   :     NO. 02-2733
```

ORDER

AND NOW, this      day of August, 2004, it is hereby ORDERED that:

(1)  the motion of plaintiff Constellation NewEnergy, Inc. ("NewEnergy") in limine to exclude speculative and unforeseeable damages relating to energy management services (Document #117) is GRANTED to the extent that Powerweb, Inc. is precluded from presenting evidence related to the eleven lost utility contracts.  See this court's Memorandum and Order dated August 10, 2004 (Document #146); and

(2)  the motion of plaintiff NewEnergy is otherwise DENIED without prejudice.

                                     BY THE COURT:


                                     _____
                                                                 J.