```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.   :      CIVIL ACTION
                                :
          v.                    :
                                :
POWERWEB, INC.                  :      NO. 02-2733
```

## ORDER

AND NOW, this      day of August, 2004, it is hereby ORDERED that the motion of defendant Powerweb, Inc. for leave to file a surreply memorandum (Document #149) is DENIED.

                      BY THE COURT:

                      _____
                                                     J.