```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CONSTELLATION NEWENERGY, INC.    :    CIVIL ACTION
                                 :
          v.                     :
                                 :
POWERWEB, INC.                   :    NO. 02-2733

## ORDER

AND NOW, this      day of August, 2004, it is hereby ORDERED that the motion of plaintiff Constellation NewEnergy, Inc. in limine to preclude expert and opinion testimony by Lothar Budike, Jr. and Andrew Bakey (Document #115) is DENIED.

                                BY THE COURT:

                                _____
                                                      J.