IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTELLATION NEWENERGY, INC.    :    CIVIL ACTION
                                 :
        v.                       :
                                 :
POWERWEB, INC.                   :    NO. 02-2733

ORDER

AND NOW, this     day of August, 2004, it is hereby ORDERED that:

(1) the motion of plaintiff Constellation NewEnergy, Inc. ("NewEnergy") in limine to exclude the expert testimony and expert reports of Constantinos Pappas, C.P.A. is DENIED without prejudice;

(2) the court shall conduct a hearing regarding the qualification of Mr. Pappas to testify as an expert witness. See Daubert v. Merrell Dow Pharms., 509 U.S. 579 (1993); and

(3) the motion of plaintiff NewEnergy to exclude the expert testimony of Peter Fox-Penner, Ph.D., is DENIED without prejudice. Depending on the outcome of the Daubert hearing held for Mr. Pappas, Dr. Fox-Penner may be precluded from presenting evidence or testimony that derives from Mr. Pappas' report.

BY THE COURT:

_____
                              J.