```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CONSTELLATION NEWENERGY, INC.   :      CIVIL ACTION
                                :
          v.                    :
                                :
POWERWEB, INC.                  :      NO. 02-2733
```

<u>ORDER</u>

AND NOW, this      day of August, 2004, it appearing that Juror #13 has a financial hardship, it is hereby ORDERED that the Fiscal Department shall reimburse said juror for last night's stay at the Holiday Inn and for each additional night's stay until the conclusion of this trial.

                                        BY THE COURT:


                                       _____
                                                             J.